UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELI MISTOVICH, JR.<br>    Plaintiff<br><br>v.<br><br>ELIZABETH BOWDEN, STEPHEN URBAN, STEPHEN NEVERO and ALISON LEATON<br>    Defendants | )<br>)<br>)<br>)   C.A. No. 04-12340-EFH<br>)<br>)<br>)<br>)<br>)<br>) |

**ASSENTED TO MOTION TO EXTEND DEADLINE
TO FILE RESPONSIVE PLEADING**

    The parties, through counsel, stipulate that the time in which the defendants, Stephen Urban and Stephen Nevero, will be required to answer or otherwise respond to plaintiff's complaint is extended to November 23, 2004.

                                        Respectfully submitted,
                                        Stephen Urban and Stephen Nevero,

                                        By their attorneys,

                                        /s/ Laurie F. Rubin
                                        Walter B. Prince, BBO#406640
                                        Laurie F. Rubin, BBO#564947
                                        Prince, Lobel, Glovsky & Tye, LLP
                                        585 Commercial Street
                                        Boston, MA 02109
                                        (617) 456-8000

Assented to:

Eli Mistovich, Jr.
By his attorney,

  /s/ Frank J. Teague/lfr
Frank J. Teague, BBO#493780
Frank J. Teague & Associates
One Liberty Square, 4th Floor
Boston, MA
(617) 350-7700

Dated: November 17, 2004