UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELI MISTOVICH, JR.<br>        Plaintiff<br><br>V.<br><br>ELIZABETH BOWDEN, STEPHEN URBAN, STEPHEN NEVERO and ALISON LEATON<br>        Defendants | )<br>)<br>)<br>)  CIVIL ACTION NO. 04-12340-EFH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned Plaintiff Eli Mistovich, Jr. and counsel hereby affirm that they have conferred pursuant to Local Rule 16.1(D)(3) with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Eli Mistovich, Jr.

_____
Frank J. Teague, Esquire, BBO#493780
Attorney for Plaintiff
Frank J. Teague & Associates
One Liberty Square, 4th Floor
Boston, MA 02109
617-350-7700

Dated: _____

## CERTIFICATE OF SERVICE

I, Frank J. Teague, Esquire, attorney for the Plaintiff, hereby certify that I have served a copy of the attached pleading by first class mail, postage prepaid, to Laurie F. Rubin, Esquire, Attorney for Defendants Bowden, Urban and Nevero, on January 4, 2005.

Frank J. Teague