UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELI MISTOVICH, JR. ) | |
| Plaintiff ) | |
| ) | |
| v. ) | C.A. No. 04-12340-EFH |
| ) | |
| ELIZABETH BOWDEN, STEPHEN ) | |
| URBAN, STEPHEN NEVERO and ) | |
| ALISON LEATON ) | |
| Defendants ) | |

## LOCAL RULE 16.1 (D) CERTIFICATE

PLEASE TAKE NOTICE THAT the undersigned parties to this action, and their

counsel, hereby certify pursuant to Local Rule 16.1(D)(3) of the Local Rules of the

United States District Court for the District of Massachusetts that:

(a)     they have conferred with a view to establishing a budget for the costs of

conducting the full course, and various alternative courses, of this

litigation; and

(b)     they have conferred to consider the resolution of the litigation through the

use of alternative dispute resolution programs such as those outlined in

Local Rule 16.4.

ELIZABETH BOWDEN, STEPHEN
URBAN, and STEPHEN NEVERO,

By their duly authorized representative,          By their attorneys,

/s/ Richard Davey                                 /s/ Laurie F. Rubin

_____          _____
Richard Davey                                     Walter B. Prince, BBO # 406640
General Counsel                                   Laurie F. Rubin, BBO #564947
Massachusetts Bay Commuter Railroad, LLP          Prince, Lobel, Glovsky & Tye LLP
89 South Street - 8th Floor                       585 Commercial Street
Boston, MA 02111                                  Boston, MA 02109
(617) 222-8022                                    (617) 456-8000
Dated:  January  10  , 2005