UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ELI MISTOVICH,
     Plaintiff

v.

ELIZABETH BOWDEN, ET AL.,
     Defendants.

CIVIL ACTION NO.:
04-12340-EFH

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## REVISED FINAL PRETRIAL CONFERENCE ORDER

September 22, 2005

HARRINGTON, S.D.J.

 The parties in the above-entitled case having conducted an Initial Scheduling Conference pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1, the Court orders that the Final Pretrial Conference be held in Judge Harrington's courtroom (No. 13 on the 5th floor) at **11:00 A.M.** on  Wednesday, February 8, 2006  .

 SO ORDERED.

            /s/ Edward F. Harrington
            EDWARD F. HARRINGTON
            United States Senior District Judge