UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELI MISTOVICH, JR. )<br>    Plaintiff )<br> )<br>v. )<br> )<br>ELIZABETH BOWDEN, STEPHEN )<br>URBAN, STEPHEN NEVERO and )<br>ALISON LEATON )<br>    Defendants )<br> ) | C.A. No. 04-12340-EFH |

AFFIDAVIT OF LAURIE F. RUBIN IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1. My name is Laurie F. Rubin and I am counsel to defendants Elizabeth Bowden, Stephen Urban and Stephen Nevero in this case.

2. Attached hereto as Exhibit A is a true and accurate copy of excerpts of the deposition of Eli Mistovich, Jr., taken on September 22, 2005.

3. Attached hereto as Exhibit B is a true and accurate copy of excerpts of the deposition of Elizabeth Bowden, taken on September 27, 2005.

4. Attached hereto as Exhibit C is a true and accurate copy of excerpts of the deposition of Stephen Nevero, taken on September 15, 2005.

5. Attached hereto as Exhibit D is a true and accurate copy of excerpts of the deposition of Stephen Urban, Jr., taken on September 14, 2005.

6. Attached hereto as Exhibit E is a true and accurate copy of excerpts of the deposition of Alison Leaton, taken on September 29, 2005.

7. Attached hereto as Exhibit F is a true and accurate copy of Urban Deposition Exhibit 2, the resume of Marvin F. Morgan, Jr.

2

8. Attached hereto as <u>Exhibit G</u> is a true and accurate copy of Nevero Deposition Exhibit 5, an e-mail exchange on March 11, 2004 between Elizabeth Bowden and Alison Leaton.

9. Attached hereto as <u>Exhibit H</u> is a true and accurate copy of Nevero Deposition Exhibit 7, notes by S. Nevero of Interview of Eli Mistovich on 3/26/04.

10. Attached hereto as <u>Exhibit I</u> is a true and accurate copy of Mistovich Deposition Exhibit 11, Interview Questions to Ask Eli Mistovich regarding his hiring process for Trackmen – March 2004.

11. Attached hereto as <u>Exhibit J</u> is a true and accurate copy of Bowden Deposition Exhibit 30, Interview Questions to Ask Alison Leaton regarding hiring process completed by Eli Mistovich with Trackmen – March 2004.

12. Attached hereto as <u>Exhibit K</u> is a true and accurate copy of the <u>Boston Globe</u> article entitled, "The Hard Numbers: Segregation Remains Real, Widespread" (March 9, 2003).

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 31st DAY OF OCTOBER, 2005.

    /s/ Laurie F. Rubin
Laurie F. Rubin