# EXHIBIT A
# (V of V)

Eli Mistovich, Jr.                                        09/22/2005

185

1    she handled candidates for other people who were hiring

2    at MBCR?

3         A.   I have no idea.

4         Q.   And are you saying that because she was

5    referring employees -- referring applicants to Map

6    Quest, that was an attempt to force you out of MBCR?

7         A.   No.   I'm saying that by doing that, it

8    resulted in many candidates being late or being a

9    no-show or lost or they gave up trying to find BET, to

10   the point where there were three consecutive no-shows,

11   which none of these series of events ever would have

12   evolved if it hadn't been for those three no-shows.

13        Q.   And when Ms. Leaton passed on to Liz Bowden

14   the allegations that you were discriminating against

15   black applicants, do you believe that Alison Leaton

16   believed those allegations to be true?

17             In other words, when Alison Leaton passed

18   on these allegations to Liz Bowden, is it your

19   understanding that Alison Leaton thought that you were

20   discriminating against black applicants?

21        A.   I don't know what goes on in her mind.   I

22   attempted to explain to her that I try to get above

23   average candidates.   I'm looking for above average

24   candidates that meet the job description that can do

Eli Mistovich, Jr.                                    09/22/2005

186

1    this work based on my 28-year career here.  What her

2    interpretation or what her take on it was, I wouldn't

3    attempt to enter the mind of Alison Leaton.

4         Q.    Okay.  So you don't know whether she

5    believed it or not?

6         A.    I have no idea.

7         Q.    And in terms of your interactions with

8    Alison Leaton in general, when did you first meet her?

9         A.    Sometime in the late autumn, early winter

10   of 03.

11        Q.    And was this in connection with hiring

12   trackmen?

13        A.    Yes.

14        Q.    Did you have any relationship with her

15   outside of work?

16        A.    No.

17        Q.    And in the course of your employment,

18   approximately how many times did you have interactions

19   with Ms. Leaton?

20        A.    On the phone?  Or in person?

21        Q.    Either way.

22        A.    Days of interviews or -- I mean, how do you

23   want --

24        Q.    Approximately how many days out of your

Eli Mistovich, Jr.                                    09/22/2005

187

1    employment were you --

2         A.    Interviews in person or on the phone

3    talking?  15.

4         Q.    And this was exclusively around hiring

5    trackmen?

6         A.    Yes.

7         Q.    Do you enjoy a good working relationship

8    with Alison Leaton?

9         A.    I'd say decent.

10        Q.    Did you have any difficulties with

11   Ms. Leaton before the issues that surfaced around Marvin

12   Morgan?

13        A.    Not really.  I mean, like I said, she was a

14   bit odd.  She really went off on a tangent on this -- on

15   this presidential primary thing.  She was really, really

16   off, almost on an irrational basis on that.  But I can't

17   say there was any problems.

18        Q.    Okay.  Did Ms. Leaton ever say anything to

19   you that was complimentary about your performance as an

20   MBCR employee?

21        A.    Not that I can remember.

22        Q.    Did anyone ever tell you that Ms. Leaton

23   said anything that was complimentary about your

24   performance as an MBCR employee?

Eli Mistovich, Jr.                                    09/22/2005

191

1          A.    Apparently, at some point she was getting
2     pressure from Liz Bowden who was getting pressure from
3     City Councilor Chuck Turner about the lack of diversity
4     in MBCR's work force, the lack of hiring.  I'm not quite
5     sure yet of the time frame there, but apparently they
6     were under some type of pressure.
7          Q.    Apart from the Chuck Turner information, is
8     there any other reason why you think that Alison Leaton
9     may have been setting you up?
10         A.    Not that I can figure out.
11         Q.    Were you saying that she may have been
12    setting you up because she was for Kerry and not for
13    Bush?
14         A.    How much of a factor that played I don't
15    know.  I can't quantify that.
16         Q.    So you don't know whether that played a
17    role or not?
18         A.    I can't prove that.
19         Q.    I'm not asking what you can prove.  I'm
20    asking what your belief is.
21         A.    It didn't help me.  I can tell you that.
22    It didn't help me.
23         Q.    But you don't know whether that played a
24    role or not?

Eli Mistovich, Jr.                                        09/22/2005

192

1          A.    It didn't help me.

2          Q.    Okay.  I'm not sure what you mean by that.

3    Do you know whether it played a role --

4          A.    I think it may have played a role in her

5    deliberations.  That's how odd and bizarre and

6    irrational --

7          Q.    And when you say it may have played a role,

8    why are you saying that?  On what basis?

9          A.    Because how else can I explain this

10   incredible scenario where she's asking me to sort

11   resumes?  And there's a stack of two dozen resumes.  And

12   no comment is made as I'm looking through these resumes

13   until I put one there, along with -- I'm putting them

14   all there, as I read it -- and during this time I don't

15   think I covered -- during all this time, I'm doing the

16   best I can.  I'm reading them with one eye.  During this

17   time I'm blind in my right eye.  I think you have

18   documentation.  I had a branch retinal vein occlusion.

19   A blood vessel burst in my right eye sometime over the

20   winter.

21          So during this entire time period, I cannot

22   see anything out of my right eye but a red blotch.  The

23   left eye has always been my weakest eye.  I'm trying to

24   do the best I can going through these resumes.  We got

Eli Mistovich, Jr.                                    09/22/2005

193

1    three no-shows consecutive.

2              And as soon as I do this -- as soon as --

3    the others, nothing was said.  As soon as that one was

4    put there, she yelled, You're putting that one there

5    because with the name Marvin Morgan from Dorchester, you

6    think he's a minority.  It was absolutely bizarre how

7    she could make -- that's racist on her part to make that

8    accusation.

9              Apparently -- the only conclusion I could

10   draw is she knew it was a minority and this was a

11   set-up, a plant, whenever scenario you want to say.  She

12   had to have knowledge of that.

13        Q.   Okay.  You've already -- I mean, again, I

14   don't want you to repeat things that you've already

15   testified to.  I'm trying to explore new territory.

16              When I'm asking you -- or the question I

17   was asking you is why you thought it may have been a

18   set-up.  And you indicated that it may have been because

19   she was in favor of Kerry and you were in favor of Bush.

20   And the reason for that belief is because you think

21   otherwise it's just too incredible to have happened.  Is

22   that fair -- is that what your testimony is?

23        A.   I thought I already covered that.

24              MR. TEAGUE:  Let's go off the record.

Eli Mistovich, Jr.                                          09/22/2005

195

1      Q.    Okay.  And, to your knowledge, was Alison

2  Leaton aware of concerns that were being raised by Chuck

3  Turner?

4      A.    I have no knowledge of that directly at

5  this time what the time frame was.

6      Q.    And to your knowledge was Alison Leaton

7  under any pressure from Liz Bowden to terminate your

8  employment?

9      A.    I don't know that.

10      Q.    And did Alison Leaton ever lie to your

11  knowledge other than the lie that you said that when you

12  called her about the meeting on March 26th?

13      A.    I don't know.

14      Q.    You're not aware of any other lies?

15      A.    I wouldn't trust her either.

16      Q.    No, but I'm asking you if you're aware of

17  any other lies.

18      A.    No.

19      Q.    Did Ms. Leaton ever do or say anything in

20  your presence that indicated to you that Ms. Leaton

21  wanted your employment to end?

22      A.    No.

23      Q.    Did you ever learn that Ms. Leaton ever did

24  or said anything out of your presence that indicated she

Eli Mistovich, Jr.                                          09/22/2005

196

1    wanted your employment with MBCR to end?

2         A.   No.   Only in the context of the March 26th

3    meeting, the allegations that were made.

4         Q.   And are you aware of any reasons that

5    Ms. Leaton may have wanted your employment to end?

6         A.   No.

7         Q.   And it's your understanding that Ms. Leaton

8    was wrongfully claiming that you were screening out

9    applicants that she thought may be minority?

10        A.   I didn't get the front end of that

11   question.

12        Q.   It's your understanding that Ms. Leaton was

13   wrongly saying to others that you were screening out

14   applicants on racial grounds?

15        A.   Yes.

16        Q.   Do you believe that she was lying?

17        A.   Lying when?

18        Q.   When she made those statements to Liz

19   Bowden.

20        A.   I don't know.

21        Q.   Were you screening out minority applicants?

22        A.   No.   I was screening out what I deemed to

23   be below average resumes.   I like to hire or consider

24   above average candidates.

Eli Mistovich, Jr.                                      09/22/2005

197

1      Q.    And you had testified before that you

2   didn't know whether Alison Leaton believed what she was

3   saying or not.  Do you have anything to indicate that

4   she did not believe what she was saying?

5      A.    I think too many double negatives.  Can you

6   repeat that?

7      Q.    Yeah, I can try that again.  You testified

8   before that you couldn't sort of read Alison Leaton's

9   mind and you didn't know whether she believed the

10  accusations against you or not.

11      My question for you is:  Do you have any

12  reason to think that she knew what she was saying was

13  not true?

14      A.    Well, it's possible.  Again, I don't know

15  what the time frame is.  But as Mr. Urban testified,

16  there's been an ongoing concern from this city

17  councilor, Chuck Turner.  So I don't know how far back

18  that concern went.  So it's in the realm of possibility

19  it was a concern during this whole period and that she

20  was aware of it.

21      And, again, who is the responsibility going

22  to fall to?  She's the sole recruiter for six months for

23  MBCR so who are they going to go to?  So with her

24  contract nearing an end, I guess she figured she'd

Eli Mistovich, Jr.                                    09/22/2005

198

1    better throw somebody under the bus in hopes to save her

2    contract.

3         Q.   And is there anything that makes you think

4    that by accusing you of discrimination it was going to

5    extend her employment contract?

6         A.   It's reasonable to conclude that that would

7    get the heat -- the immediate heat off of her onto

8    somebody else.  And probably that's all she was

9    concerned with at the time.

10        Q.   Do you know?

11        A.   I don't know.  But from how it was related

12   to me that Turner lambasted Bowden and Bowden came back

13   and lambasted Leaton, so you can draw -- any reasonable

14   mind could draw their own conclusions from that.

15        Q.   And you don't know who told you that?

16        A.   I can't remember.

17        Q.   So you don't know whether Chuck Turner

18   lambasted Bowden?

19        A.   Well, I think a reasonable person can

20   connect the dots.

21        Q.   I'm asking you what you know.

22        A.   I know that even Steve Urban, one of the

23   defendants, testified that there was ongoing concerns

24   with Chuck Turner's office with the lack of diversity

Eli Mistovich, Jr.                                    09/22/2005

199

1      hiring.

2          Q.    No.   But my question -- my question for you

3      is:   To your knowledge -- your knowledge -- did Chuck

4      Turner lambaste Elizabeth Bowden?

5          A.    I believe he did.

6                (Attorney and client confer.)

7          A.    I don't -- it's based on information

8      related to me by somebody who had no reason to lie.  But

9      do I have personal knowledge?

10         Q.    That's my question.

11         A.    But I also -- actually, I do have personal

12     knowledge.  I've read in the newspaper -- there's been

13     articles in the Boston newspapers where City Counsilor

14     Chuck Turner has been quite critical of MBCR's hiring

15     practice.

16         Q.    Okay.  But my question for you was:   To

17     your knowledge, your personal knowledge, did he lambaste

18     Elizabeth Bowden in particular?

19         A.    Not that I have witnessed, no.

20         Q.    And to your personal knowledge, did

21     Elizabeth Bowden lambaste Alison Leaton?

22         A.    I understand that's what happened, but I

23     did not personally witness that.

24         Q.    Okay.  And your understanding is based on

Eli Mistovich, Jr.                                    09/22/2005

200

1    this unknown person that you can't identify?

2         A.    Almost two -- a year and a half, two years

3    later, I can't remember who told me.  But at the time

4    the person who told me I considered reliable and had no

5    reason to lie to me.

6         Q.    Did you ever hear any criticism of Alison

7    Leaton's performance as an MBCR recruiter?

8         A.    Yes.

9         Q.    By how many people?

10         A.    At least three.  Probably more -- more than

11    that.

12         Q.    And who are the three people that

13    criticized Alison Leaton's performance to you?

14         A.    Harold Hoffman, as I, again, testified

15    earlier, said he'd be willing to appear as a witness.

16    He had some type of argument with her and allegedly

17    Alison Leaton turned in, quote, unquote Harold to two

18    people that I'm unaware of for -- the circumstances I'm

19    unaware of.  But there was some kind of argument,

20    disagreement concerning the hiring process between those

21    two.

22         Q.    Anybody else?

23         A.    Let's see.  Yes.  On the witness list --

24    not MBCR but Susanne Allen is the head of Amtrak HR and

Eli Mistovich, Jr.                                    09/22/2005

205

1    may have been motivated to extend her contract in

2    raising these allegations against you, what makes you

3    think that her raising these allegations against you

4    might have extended her contract?

5          A.    I don't know.  Perhaps -- perhaps they

6    would -- she would be seen as the white knight who threw

7    me under the bus and got another contract extension.  I

8    don't know.

9          Q.    Okay.  Do you have any reason to conclude

10   that Alison Leaton's role in all this was based on

11   anything other than her belief that you were

12   discriminating?

13         A.    One more time, please?

14         Q.    Do you have any reason to conclude that

15   Alison Leaton's role in the events that led up to your

16   termination was based on anything other than a belief on

17   her part that you were discriminating?

18         A.    Yes.

19         Q.    And is that the information that you

20   previously testified to?

21         A.    Yes.

22         Q.    Or is there anything else?

23         A.    No.  What I've already said about it.

24         Q.    To your knowledge, did Alison Leaton tell

Eli Mistovich, Jr.                                    09/22/2005

207

1      Q.    Okay.    Looking at what has been marked as

2    Deposition Exhibit 11, I would like to go through it and

3    find out which of these statements you agree occurred,

4    which of them you disagree with, which you can't recall.

5              So I'd like to go through it.    It deals

6    with the March 26th meeting.    And I'd like to start at

7    page one.    And the second paragraph starting with,

8    Meeting held March 26th at 1:30.    In that paragraph it

9    refers to the time, the place, and the people who were

10   there.    To your knowledge, is that a correct statement

11   of the time, place, and the participants?

12     A.    Yes.

13     Q.    Moving to the next paragraph, it says,

14   Statement from E. Bowden indicating that MBCR is an

15   equal opportunity employer is indicated in the policy

16   signed by our general manager in August 2003.    The

17   reason for the meeting is a report by the recruiter,

18   Alison Leaton, that Eli Mistovich was eliminating

19   qualified applicants because of their name and their

20   home address as is indicated on their resume under the

21   assumption that they were black.

22              Do you recall Elizabeth Bowden making a

23   statement to this effect?

24              MR. TEAGUE:    Note my objection.    There's no

Eli Mistovich, Jr.                                    09/22/2005

208

1    identification of this document.  He didn't prepare it.

2              MS. RUBIN:  I'm not asking -- I'm asking

3    whether he recalls that happening.  I'm not asking what

4    --

5              MR. TEAGUE:  I'm just noting my objection.

6    I'm not going to argue with you.  It's inappropriate to

7    stick an unidentified document and ask him questions

8    about it.  You can answer it as best you can.

9         A.   I don't recall that.  She might have said

10   that, but I don't recall.

11        Q.   Okay.  Moving to the next paragraph, it

12   says, As a result of interviews conducted on March 4th

13   and 5th, 2004, there was need to consider additional

14   applicants for the open trackman position.

15             During a meeting on March 5th between Eli

16   and Alison, a qualified resume previously accepted by

17   Alison and passed over by Eli was presented for

18   consideration.  It was at this point that Eli indicated

19   that he did not want to interview this person as he had

20   trouble with people like that in the past.

21             Do you recall Elizabeth Bowden or anybody

22   or anybody in this meeting making a comment to you to

23   that effect?

24        A.   Yes.

Eli Mistovich, Jr.                                    09/22/2005

209

1      Q.    And then it goes on to say, When asked

2   about this on March 26th by E. Bowden, his first

3   response was that was true, and he had records to

4   validate his statement.

5           Is that a correct paragraph?

6      A.    That's true.

7      Q.    So your first response to Elizabeth Bowden

8   was it was true and you had records to validate your

9   statement that you had trouble with people like that in

10  the past?

11     A.    That's correct.  But it didn't address

12  their race.  It was candidates either above average or

13  below average.  The resume was below average for the

14  requirements of the position.  That's what I base it

15  on.  I couldn't tell what the guy's race was.  It was a

16  below average resume.

17     Q.    So you do recall telling Ms. Bowden and the

18  others that you had problems with people like that in

19  the past.  But you were referring to people who had

20  below average resumes?

21     A.    Correct.  Below average resumes,

22  qualifications, job experience.  This candidate that was

23  being discussed didn't have any construction laborer

24  experience, which was a prerequisite, didn't have a

Eli Mistovich, Jr.                                    09/22/2005

210

1    hoisting license.

2              The job -- the position -- the

3    advertisement said able to lift, bend, carry heavy

4    loads.  Hadn't any indication of that.  Didn't have any

5    railroad experience.  There was a gap in his resume from

6    2002.  That was his last job.  There was a gap.  There

7    was a few things that didn't look like this was an above

8    average candidate to me.

9         Q.   **The next paragraph, it says, When**

10   **challenged on this, Eli indicated he had lots of**

11   **experience in selecting applicants.  And his goal was to**

12   **select the best or above average candidates.  Eli**

13   **appeared put out as he outlined that his comments to the**

14   **recruiter he thought were -- were he thought in**

15   **confidence.**

16             **Do you recall that paragraph?  Do you**

17   **recall the events in that paragraph?**

18        A.   Yes.

19        Q.   **Is that a true characterization of what**

20   **happened at the meeting?**

21        A.   Yeah, but, again, the context -- you're

22   insinuations here are drifting the wrong way.  I was

23   trying to select above average applicants because when I

24   don't, I end up with problems down the road.  I've had

Eli Mistovich, Jr.                                    09/22/2005

215

1    qualified applicants to fill the approved requisition.

2    So the discussion on March 5th was to identify other

3    potential applicants, altogether approximately 15 people

4    we interviewed, one or two minority candidates.

5              Do you recall giving that response at any

6    point?

7         A.   Yes.

8         Q.   And is that accurate, to your knowledge?

9         A.   Yes.

10        Q.   Questions three, We have been advised that

11   you would not interview certain applicants because of

12   their name and their address.  The discussion was that

13   you assumed that they were black or minority.  What is

14   your response to this?

15             Do you remember being asked that question?

16        A.   I can't remember exactly.  But I remember

17   Bowden making allegations.  So, yes, I do remember words

18   to that effect.

19        Q.   And then it goes on to say, I always select

20   the best or above average candidates.

21             Do you recall making that response --

22        A.   Yes.

23        Q.   -- to her -- well, let me finish the

24   sentence.  Do you recall making that response in terms

Eli Mistovich, Jr.                                    09/22/2005

216

1     of her asking you whether or not you were not

2     interviewing minority candidates?

3             A.    No.

4             Q.    So you don't recall the answer to that

5     question?

6             A.    I don't remember being questioned about was

7     I not interviewing minority candidates.  I don't

8     remember that question.

9             Q.    But you remember saying at some point that

10    you select the best or above average candidates?

11            A.    Yes.

12            Q.    But you don't remember what that was in

13    response to?

14            A.    No.

15            Q.    And then it goes on to say, This was not

16    challenged.  The point of who got selected for

17    interviews was.

18                  And then it says, Eli would not respond

19    beyond this comment.

20                  Do you recall any statement from Liz Bowden

21    or anybody else to the effect of they were trying to

22    understand your selection process in terms of

23    minorities?

24            A.    I'm sorry.  The question was --

Eli Mistovich, Jr.                                      09/22/2005

217

1          Q.    In terms of this paragraph, this was not

2     challenged, is that an accurate representation of what

3     you recall happening at the meeting?

4          A.    Yes.

5          Q.    Okay.  So you recall that someone telling

6     you the point was who got selected for interviews and

7     that you did not respond beyond that comment?

8          A.    I remember being in a daze.

9               MR. TEAGUE:  This refers to, I always

10    select the best or above average?

11              MS. RUBIN:  Right.  That's right.

12              MR. TEAGUE:  This was not challenged?

13              MS. RUBIN:  Right.

14              MR. TEAGUE:  I'm losing you.

15         Q.    What I'm asking is, where it says, Eli

16    would not respond beyond the comment of, I always select

17    the best or above average candidates, is it your memory

18    that you gave no other response beyond I always select

19    the best or above average candidates?

20         A.    I can't remember anything else.  I was in a

21    daze with that medication.  I was shocked that I was

22    being asked these questions.

23         Q.    So you can't recall?

24         A.    No.

Eli Mistovich, Jr.                                          09/22/2005

218

1          Q.   All right.  Then it says, As Eli was not

2     providing any information, E. Bowden stated that absent

3     a comment from Eli, the information from the recruiter

4     was considered accurate and without objection.

5               Do you recall Elizabeth Bowden making a

6     comment to that effect?

7          A.   Yes.

8          Q.   And then it says, Eli stated, It sounds

9     like you've already made up your mind.

10              Do you recall making that statement in

11    response?

12         A.   Vaguely, yeah, I think I did make that.

13    Yeah.

14         Q.   And then it says, E. Bowden restated that

15    no conclusions have been formed.  That is the purpose of

16    this meeting.  Do you recall her making any statement to

17    that effect?

18         A.   No, I don't remember that part of it.  But,

19    again, it seems to me that I was being set up.  And even

20    in that impaired state, I could figure out that they had

21    already made up their mind and this was a done deal,

22    pretty much.

23         Q.   Okay.  Again, I'm not -- we've already

24    covered -- I don't want to go back in time to what

221

1    glean who's going to be an above average candidate.

2    That particular candidate did not meet many of the

3    requirements.

4         Q.   Again, I'm only focusing on what you

5    communicated at this meeting, all right, and what was

6    communicated to you, not other facts.  We are just

7    focusing on the meeting on March 26th.

8              So in terms of what's listed here as

9    question number four, you recall being asked about a

10   certain applicant and not interviewing that applicant

11   because of their name and address?  That's correct?

12        A.   I was questioned on that.

13        Q.   That's right.

14        A.   Yes.

15        Q.   And in terms of the question that is worded

16   here, it gives the response that Alison Leaton had

17   reported that you had problems with people like that.

18             Do you recall being asked about that

19   statement that Alison Leaton said that you had given

20   her?

21        A.   Yeah.  I think Bowden did ask me about

22   that.

23        Q.   And she asked you what did you mean?

24        A.   Yes.

Eli Mistovich, Jr.                                      09/22/2005

222

1        Q.   And then it says, No further comments be

2   added after the original statement indicating had he, in

3   fact, had problems.  Is that an accurate representation

4   of what happened at this meeting?

5        A.   Again, in the prior one, it seemed like

6   they had their mind made up.

7        Q.   I'm not asking you what you thought.  I'm

8   asking you if this is an accurate representation of what

9   happened at this meeting.

10       A.   I'm sitting there in a daze, unable to

11  comment.  I'm speechless at this point.

12       Q.   So it is a correct representation that no

13  further comment was added on your part?

14       A.   Correct.

15       Q.   Then it says, Eli stated that during the

16  hiring requirements at his previous employer he always

17  exceeded the required numbers.

18            Do you recall making a statement to that

19  effect?

20       A.   Yes.

21       Q.   And then it says in parentheses, This

22  cannot be validated by MBCR.  Was this something that

23  was said to you at this meeting?

24       A.   What was that?

Eli Mistovich, Jr.                                    09/22/2005

232

1    conversation about benefits.  I remember -- I do

2    remember that.

3         Q.   Okay.  And the other things that are

4    written here you don't recall?

5         A.   I can't remember exactly.

6         Q.   Okay.  And then it ends with, At no point

7    did Eli indicate that he was not biased in his hiring

8    practices and did not deny the overall circumstances of

9    the meeting and its content.  When pressed on the

10   issues, he opted to say nothing.

11             Is that an accurate characterization of

12   what happened at this meeting?

13        A.   No.  That's Ms. Bowden's interpretation.

14   I'm sitting there in a daze.

15             MR. TEAGUE:  Just --

16        A.   No.

17        Q.   So you disagree with that?

18        A.   Yeah, I disagree with that.

19        Q.   Did at some point you indicate that you

20   were not biased?

21        A.   All I can recall is saying I try to hire

22   above average -- I select above average resumes,

23   candidates, interviews.  I try to get above average

24   candidates.  That's it.

Eli Mistovich, Jr.                                      09/22/2005

233

1        Q.   So you don't recall making any statement

2   about not being biased in your hiring practices other

3   than saying you hire above average candidates or the

4   best candidates?

5        A.   That's all I can recall.  I can't remember

6   the exact -- as that paragraph is written, I don't know

7   if that was or was not.

8        Q.   We've just gone through four pages of

9   Exhibit No. 11, Bates stamped 9 through 12, of someone's

10  notes about the meeting on March 26th.  Apart from the

11  information that we've just gone through, is there

12  anything else that happened on March 26 -- that March

13  26th meeting that we haven't gone through that you

14  recall that's not in these notes?

15       A.   I can't remember.

16       Q.   Then there was the termination meeting.

17  And that was the March 30th meeting; is that correct?

18       A.   Yes.

19       Q.   And you understood at that meeting that you

20  are being terminated or being told that you were

21  terminated because MBCR concluded that you were

22  discriminating against minority applicants; is that

23  correct?

24       A.   I didn't know that as I walked in the

Eli Mistovich, Jr.                                    09/22/2005

235

1        Q.    And at the time that you reviewed it, was

2    everything true and accurate?

3        A.    I believe so.  There were a few typos and a

4    few words that I corrected.  But I did review it and

5    make a few minor -- mostly typos.

6        Q.    Okay.  So to your knowledge before it was

7    filed those were corrected and the complaint accurately

8    represented your beliefs and knowledge about incidents

9    relating to your termination?

10       A.    Yes.

11       Q.    If you turn to paragraph 24 on page

12   seven -- or first if you go up one paragraph to

13   paragraph 23, that refers to the termination meeting on

14   March 30th?

15       A.    Yes.

16       Q.    And then it goes on to say in paragraph 24,

17   Plaintiff then inquired as to why he was being fired.

18   Defendant Nevero replied that it was based on the fact

19   that plaintiff had discriminated in his screening of

20   candidate's resumes based on geography.

21            Plaintiff was informed by Nevero that

22   plaintiff had the opportunity at the previous Friday

23   meeting to set the record straight but had failed to do

24   so.  Defendant Bowden then stated that there was also an

236

1    issue concerning female candidates.  No explanation was

2    provided to plaintiff as to what this issue was.

3            As you sit here today, do you recall Nevero

4    or Ms. Bowden making those comments?

5        A.   Yes.

6        Q.   And that's an accurate statement of what

7    happened at the meeting?

8        A.   Yes.

9        Q.   When Steve Urban assisted you after the

10   meeting in clearing out your records and your office and

11   the automobile, did you and he discuss anything during

12   that time?

13       A.   Not really.  I was kind of shocked and

14   upset.

15       Q.   Did you discuss your termination at all?

16       A.   No, I don't think so.

17            MS. RUBIN:  Let's go off the record.

18            (Discussion off the record.)

19       Q.   Okay.  Mr. Mistovich, I'd like to sort of

20   just go back to hiring in general.  During your

21   employment with MBCR, did you have training on anti-

22   discrimination principles?

23       A.   Yes.

24       Q.   And did you also have training on that at

246

1   practices at MBCR?

2       A.   Not that I can recall.

3       Q.   **In terms of the hiring -- need for hiring**

4   **trackmen at MBCR, when did that hiring process begin?**

5       A.   I think I alluded to earlier, late fall

6   early winter of 03.

7       Q.   Of 03.  **And what was your role in the**

8   **hiring process?  Could you walk me through the steps?**

9       A.   Well, we had been trying to get people

10  hired without success.  And when authorization finally

11  came, I was told that Alison Leaton -- this individual

12  named Alison Leaton would be the recruiter, and I'd be

13  dealing with her.

14           And so I contacted her, and we started the

15  process.  I recall I sent her all the resumes I had.  I

16  think 60 was the first batch.  And I guess that was 60

17  resumes.  And at some point she got back to me and she

18  was rather irate saying, We only have four -- four or

19  six vacancies, and 60 is way too many resumes for that

20  amount.  And I'm working by myself.  I can't process

21  that many.  And I certainly can't interview.  So you

22  need to edit that down to 10 or 15 resumes.

23      Q.   **And this was in the fall of 2003?**

24      A.   It's an ongoing process.  It started in the

Eli Mistovich, Jr.                                    09/22/2005

247

1    fall -- in the late fall into the wintertime.

2         Q.    You initially did some interviewing based

3    on a posting in October 2003; is that correct?

4         A.    I think we did -- the first one was for

5    four, and I believe we filled two, if my memory serves

6    me.  We filled two.  So we hired two and still had two

7    vacancies.

8              MS. RUBIN:  I'd like to have this marked as

9    the next exhibit?

10             (Exhibit.  No. 18 position description

11   marked.)

12        Q.    I'm handing you what has been marked as

13   Deposition Exhibit 18.  Do you recognize that document?

14        A.    Yes.  It's a position description for a

15   trackman.

16        Q.    And is that the position that was posted in

17   October of 2003?

18        A.    Yes.

19        Q.    And did you play any role in getting that

20   position posted?

21        A.    As far as a position description?  Or as

22   far as to fill vacancies?

23        Q.    To fill vacancies.

24        A.    Yes.

Eli Mistovich, Jr.                                09/22/2005

248

1        Q.    And what role was that?

2        A.    As I testified earlier, there had been a

3   freeze on hiring in the last year and a half with

4   Amtrak.  And then MBCR didn't hire anybody.  As I

5   previously testified, in August of 03 we had a snow

6   meeting.  I explained to Mr. Nevero we wouldn't have

7   enough people to do snow duty.  Nothing happened.  I

8   followed up with a memo in late September.

9        Q.    And when you say you followed up with a

10  memo in late September, are you referring to Deposition

11  Exhibit No. 1?

12       A.    Yes.

13       Q.    Okay.  That was a memo that you gave

14  Mr. Nevero?

15       A.    Yes.

16       Q.    And then what happened?

17       A.    And some time went by.  And then there was

18  an authorization for four trackmen.

19       Q.    And this was in the fall of 2003?

20       A.    Yes.

21       Q.    And then you interviewed how many

22  candidates?

23       A.    I can't even remember.

24       Q.    Was that with Alison Leaton?

Eli Mistovich, Jr.                                                     09/22/2005

249

1          A.    Yes.

2          Q.    And you're saying you filled two of the

3    positions?

4          A.    Yeah.  I seem to recall we filled two, and

5    there were two vacancies.

6                MS. RUBIN:  I'd like to have this marked as

7    the next exhibit.

8                (Exhibit No. 19 interview schedule marked.)

9          Q.    I'm handing you what's been marked as

10   Deposition Exhibit 19.  Do you recognize this?

11         A.    Yes.

12         Q.    What is it?

13         A.    It looks like it's -- Alison Leaton would

14   put out an interview schedule of the candidates for a

15   particular day.  This looks like the two days -- we had

16   two days of interviews lined up and the candidates

17   scheduled for certain times.

18         Q.    And were these the candidates that you did,

19   in fact, interview on October 24th and 25th, 2003?

20         A.    Yeah.  I can't remember exactly, but the

21   names look familiar.

22         Q.    Okay.  And it says, Christen Clark and Gary

23   Collin were both hired.  Is that a correct statement?

24         A.    Correct.

Eli Mistovich, Jr.                                    09/22/2005

250

1    Q.    And those were the two people that you said

2    were hired?

3    A.    Yes.

4    Q.    You were trying to hire for four people; is

5    that correct?

6    A.    Correct.

7    Q.    And so you didn't have enough qualified

8    applicants for the other two positions?

9    A.    I can't remember exactly.  We would have

10   liked to, but apparently we didn't have what we felt

11   were above average candidates for whatever reason --

12   no-shows or they withdrew or -- I don't know.  It could

13   be anything.

14   Q.    And all of the candidates that you

15   interviewed that day, what were their races?

16   A.    I can't tell looking at the names.

17   Q.    Do you recall whether any of those

18   applicants were minorities?

19   A.    I can't recall.  It's two years ago --

20   almost two years ago.  I don't remember.

21   Q.    And do you recall what happened next in the

22   hiring process since you still needed to hire some

23   additional trackmen?

24   A.    Well, probably the next thing that happened

Eli Mistovich, Jr.                                    09/22/2005

251

1    was the snowstorm of December 6th and 7th.  It was a

2    complete disaster.  And apparently that series of events

3    motivated MBCR to authorize additional people to be

4    hired.

5           Q.   And so how many additional people were

6    authorized?

7           A.   I recall four to the original four making a

8    total of eight total authorized.  We already had two so

9    there were six vacancies.

10          Q.   And so was the job reposted?

11          A.   I can't remember whether it was reposted or

12   -- yeah, I don't remember.

13               (Exhibit No. 20 list marked.)

14          Q.   Handing you what's been marked as

15   Deposition Exhibit No. 20, do you recognize it?

16          A.   Yes.

17          Q.   What is it?

18          A.   It looks like a list that looks like my

19   printing, a revised list of track resumes dated February

20   9th of 04.

21          Q.   So these were people that you were trying

22   to hire in 2004 or you were considering hiring?

23          A.   Yes.  They were candidates -- what I think

24   this is is the original 60 resumes that I had sent to

Eli Mistovich, Jr.                                    09/22/2005

259

1        Q.    But when Alison Leaton had the discussion

2    with you about Marvin Morgan and handed you his resume,

3    was there anybody else present in the room?

4        A.    There might have been.  I can't remember if

5    there was or not.

6        Q.    Okay.  And where were you meeting when you

7    met with Alison Leaton?

8        A.    Where we were doing the interviews in the

9    -- we had a conference room at BET upstairs.

10       Q.    And after Alison Leaton handed -- well, you

11   were going through -- she told you or you both discussed

12   that you needed to hire some additional people or

13   interview additional people?

14       A.    Correct.

15       Q.    And there were the stack of rejected

16   resumes that you were looking through to see if there

17   was anybody else from there that you originally --

18       A.    I don't know that they were rejected.  I

19   didn't know if they were new, recycled.  I didn't know

20   what they're -- all I knew is she had then a stack of

21   resumes.

22       Q.    They asked you to look through?

23       A.    And she handed them across the table.  And

24   there was a pile in front of me.  And I started looking

Eli Mistovich, Jr.                                                    09/22/2005

260

1      through them.

2              Q.    And do you recall approximately how many

3      resumes were in the pile?

4              A.    I'm going to say one to two dozen.  I don't

5      know.  12 to 24.  I don't know.

6              Q.    Do you recall?

7              A.    No.  I don't know.  There was a small stack

8      of them.

9              Q.    Okay.  And Marvin Morgan's resume was in

10     that stack?

11             A.    Yes.

12             Q.    And after you -- as you say, you were

13     looking through the resumes and putting them in a pile

14     of those that you were rejecting?

15             A.    My recollection -- here's the pile of

16     resumes.  As I would look through each one, I'd put them

17     right here like this.

18             Q.    Indicating yes or no or indicating

19     anything?

20             A.    Again, I was just looking through them.

21             Q.    And as you put Marvin's --

22             MS. RUBIN:    The witness -- let the record

23     reflect that the witness is just indicating that he

24     picked up the document and put it in another pile.

Eli Mistovich, Jr.                                        09/22/2005

264

1    Q.   Do you recall her telling you that what you

2    were doing was against the law?

3    A.   No.

4    Q.   And when you say you don't recall, she may

5    have said it but you just can't remember?

6    A.   I don't remember that being said.

7    Q.   Okay.  Do you recall her saying something

8    to the effect of that she wasn't going to make you hire

9    a minority or a person who wasn't qualified; but if they

10   were, she would go to the mat for that person?

11   A.   I don't -- I remember vaguely she did say

12   something like that.  But I can't remember what was the

13   exact --

14   Q.   What is it that you vaguely recall her

15   saying?

16   A.   I can recall her remember saying, you know,

17   I'm not going to make you hire a minority if they're not

18   qualified.  But if they are qualified, I want you to

19   hire them.  Words to that effect.

20   Q.   And then did you tell her there was no

21   point in arguing with her because you weren't going to

22   win?

23   A.   I can't recall.

24   Q.   And did you have the impression in this

Eli Mistovich, Jr.                                          09/22/2005

265

1    meeting that Alison Leaton wanted to interview Marvin

2    Morgan?

3          A.   By the conclusion, I handed back resumes

4    with the assumption she was going to process them.  His

5    was in that pile to be processed.  So my conclusion -- I

6    assumed he was going to be set up for an interview.

7          Q.   And it was your understanding that she was

8    telling you that she thought you should interview him;

9    is that correct?

10         A.   She felt he was a qualified candidate.

11         Q.   And in your opinion, he did not have the

12   qualifications that other people had; is that correct?

13         A.   I thought he was below average in his

14   qualifications.

15         Q.   And so if she hadn't suggested that you

16   interview him, you would not have interviewed him; is

17   that correct?

18         A.   I don't know.

19         Q.   And what made his qualifications any

20   different from the qualifications of James P.

21   Fitzgerald, which is the last resume in Exhibit 21?

22         A.   Well, this guy is driving a dumpster.  This

23   guy is an assistant manager of an $11 million business.

24   He's done hiring, training, scheduling cashiers.  This

Eli Mistovich, Jr.                                    09/22/2005

268

1    guess.  It's a meaningless question.  I don't understand

2    it.

3              Q.    All right.  Let me rephrase it.  If

4    Ms. Leaton had drawn some conclusions based on addresses

5    of where applicants lived whether she thought they were

6    white, black, or whatever race, are you saying that

7    there's no -- that that would be an unreasonable thing

8    for her to do?

9              A.    If Ms. Leaton did that, that would be

10   racism, what she was accusing me of doing.

11             Q.    But would it be something that it would be

12   impossible for someone to try to figure out, based on

13   where someone lived what their race may be?

14             A.    Yeah.  I don't see how that's -- how you

15   can do it.

16             Q.    So regardless of where anybody's address

17   is, you wouldn't be able -- I understand you might not

18   know for sure what their race is.  But you might be able

19   to guess what their race might be.  Is that correct?

20             A.    No.  You can't tell.

21             Q.    Okay.  So you wouldn't be able to -- say

22   somebody lived in Mattapan, be able to guess that

23   perhaps they may be black?

24             A.    No.

Eli Mistovich, Jr.                                          09/22/2005

269

1      Q.    You think there's equal likelihood that

2      they may be white?

3      A.    Tom Finneran lives in Mattapan.

4      Q.    No.  I understand that.

5      A.    Kevin Lydon lives in Dorchester.  How could

6      you tell?

7      Q.    Well, you don't know for sure, do you?

8      A.    No.

9      Q.    But you might be able to guess based on --

10     MR. TEAGUE:  You've asked him this four

11     times, and he's said, No.  So let's move on.  It's asked

12     and answered.

13     Q.    I just want to make sure I'm clear.

14     MR. TEAGUE:  You can ask him one more time,

15     and give her the answer.  And that's it.

16     Q.    In your opinion, it is not reasonable to

17     make guesses about -- no one could make a reasonable

18     inference about what somebody's race is based on where

19     they live?

20     A.    That's correct.

21     Q.    I'm handing you what has been previously

22     marked as Deposition Exhibit 8.  What is that?

23     A.    It looks like another list of resumes.

24     It's entitled, New resumes.  New resumes, dated January