# EXHIBIT C

# In The Matter Of:

*Eli Mistovich, Jr.  v.*
*Elizabeth Bowden, et al.*

---

*Stephen Nevero*
*Vol. 1, September 15, 2005*

---

*Doris O. Wong Associates, Inc.*
*Professional Court Reporters*
*50 Franklin Street*
*Boston, MA  02110*
*(617) 426-2432*

*Original File NEVERO.V1, 67 Pages*
*Min-U-Script® File ID: 1646323332*

**Word Index included with this Min-U-Script®**

Page 4

[1] to allow me to finish my question before you start
[2] your answer for the stenographer; and if you —
[3] rather, if you would say "yes" or "no" rather than
[4] nod your head or say "uh-huh" or some of the other
[5] ways that we converse, just so the record will show
[6] your answer. And if you want to take a break or
[7] talk to your counsel, you can so indicate at any
[8] time; and if you don't understand my question, I'd
[9] be happy to rephrase it. Okay?
[10]    A: Okay.
[11]    Q: Would you state your name for the record.
[12]    A: Stephen Nevero.
[13]    Q: And for the record what's your home
[14] address?
[15]    A: 35 Callahan Street, Billerica, Mass.
[16]    Q: And how old are you?
[17]    A: Fifty-seven.
[18]    Q: Are you married?
[19]    A: No.
[20]    Q: Would you describe — well, are you a high
[21] school graduate?
[22]    A: Yes.
[23]    Q: Any education after high school?
[24]    A: Yes.

Page 5

[1]    Q: Would you describe that education.
[2]    A: Civil BS in civil engineering from
[3] Northeastern University.
[4]    Q: And when did you receive your BS?
[5]    A: 1971.
[6]    Q: And any other degrees?
[7]    A: No.
[8]    Q: Okay. Are you presently employed?
[9]    A: Yes.
[10]    Q: And are you employed by the Massachusetts
[11] Bay Commuter Railway?
[12]    A: No.
[13]    Q: And who are you employed by at the present
[14] time?
[15]    A: HNTB Corporation.
[16]    Q: And what is the business of that entity?
[17]    A: They're a consulting firm.
[18]    Q: Where are they located?
[19]    A: My home office is located in Burlington,
[20] Mass.
[21]    Q: And what consulting corporation — do they
[22] have a particular field of expertise?
[23]    A: Mostly engineering.
[24]    Q: And how long have you worked for HNTB?

Page 6

[1]    A: Since around 2000. I don't remember the
[2] exact date.
[3]    Q: Sometime in 2000?
[4]    A: Yes, I think. I'm not sure of the exact
[5] date.
[6]    Q: Okay. Are they one of the principals or
[7] owners of the Massachusetts Commuter Railway
[8] Company?
[9]    A: No.
[10]    Q: At some point were you employed by
[11] Massachusetts Bay Commuter Rail Company?
[12]    A: No.
[13]    Q: You've never been employed by them?
[14]    A: No.
[15]    Q: Okay.
[16]    MS. RUBIN: Can we go off the record for a
[17] minute?
[18]    MR. TEAGUE: Yes.
[19]       (Discussion off the record)
[20]    Q: After a discussion with your counsel, is my
[21] understanding correct that you work with the
[22] Massachusetts Bay Commuter Railway Company as a
[23] consultant?
[24]    A: Yes.

Page 7

[1]    Q: And is that pursuant to some agreement or
[2] an agreement between HNTB and what I'll call "MBCR"?
[3]    A: Yes.
[4]    Q: And how long have you worked as a
[5] consultant with MBCR?
[6]    A: Since July 2003.
[7]    Q: Okay. And are you still working as a
[8] consultant with MBCR?
[9]    A: Yes.
[10]    Q: Okay. Do you have an official title or
[11] position with MBCR?
[12]    A: Yes.
[13]    Q: What is that?
[14]    A: Chief engineer.
[15]    Q: And what are your duties as chief engineer?
[16]    A: My duties are to direct and oversee the
[17] maintenance and construction of the tracks, bridges,
[18] buildings, signal system.
[19]    Q: Are there other consultants from HNTB that
[20] work with MassBay Commuter Railroad besides you?
[21]    A: Not that I'm aware of, full time.
[22]    Q: Before you came to MassBay Commuter
[23] Railroad, what job did you do for HNTB?
[24]    A: I had various jobs. I was project manager

Page 12

[1] A: My understanding was that he worked for
[2] Amtrak.
[3] Q: Okay. Did you — prior to, let's say, July
[4] of 2003 when he came to work for MBCR, did you see
[5] him on more than one occasion?
[6] A: I saw him more than once, yes.
[7] Q: Did you have conversations with him from
[8] time to time?
[9] A: Yes.
[10] Q: Okay. And were they — did they involve
[11] professional matters?
[12] A: To the best of my knowledge, they all did,
[13] yes.
[14] Q: You didn't have any personal acquaintance,
[15] personal relationship —
[16] A: No, I didn't.
[17] Q: — with Mr. Mistovich?
[18] MS. RUBIN: I just want to interrupt for a
[19] second. You need to slow down again, because you're
[20] sort of answering before he finishes the question.
[21] So just slow down.
[22] Q: Very common, almost every deposition that
[23] happens. That's the way people talk; but,
[24] unfortunately, we have to have this as a structured

Page 13

[1] question and answer.
[2] A: Okay.
[3] Q: Okay. Now, you recall that Mr. Mistovich
[4] was terminated from his employment at MBCR on March
[5] 30, 2004?
[6] A: I recall that he was terminated. I don't
[7] remember the exact date.
[8] Q: Okay. And did — is it your understanding
[9] that Mr. Mistovich worked for MBCR starting around
[10] July of 2003?
[11] A: Yes.
[12] Q: Okay. Were you his immediate supervisor?
[13] A: Yes.
[14] Q: And who did you report to while you worked
[15] at MBCR?
[16] A: I reported to Steve Urban.
[17] Q: Okay. Do you recall what Mr. Mistovich's
[18] job title was at MBCR?
[19] A: I believe it was assistant chief engineer,
[20] Track.
[21] Q: Did you have other assistant chief
[22] engineers besides Mr. Mistovich working —
[23] A: Yes.
[24] Q: — under you? And how many?

Page 14

[1] A: About five or six.
[2] Q: And, now, he was assistant chief engineer,
[3] Track. Do you remember what his job
[4] responsibilities were in that position?
[5] A: Yes. He directed and oversaw the
[6] maintenance activities for the Track Department, for
[7] the track work.
[8] Q: And do you recall if he had employees that
[9] worked under him in the Track Department?
[10] A: Yes, he did.
[11] Q: And do you remember how many?
[12] A: I don't remember exactly how many, no.
[13] Q: Now, is it called the Track Department or
[14] Division?
[15] A: Yes, Track Department.
[16] Q: How many other departments were there under
[17] you? You said you had five other chief engineers.
[18] A: The same amount, five or six.
[19] Q: Okay. Do you remember — how would you
[20] identify the other departments?
[21] A: Communication and Signals, Force Account,
[22] Bridges and Buildings, Facilities, Administrative,
[23] and Track.
[24] Q: Okay. What's involved in Force Account?

Page 15

[1] A: It's — Force Account is a department set
[2] up under Engineering where they manage the extra
[3] work not under the agreement services as requested
[4] by the MBTA.
[5] Q: Do you know how many total employees are in
[6] those six departments that are under you?
[7] A: I don't remember the exact number.
[8] Q: Do you have an approximation?
[9] A: Yes.
[10] Q: How many would that be?
[11] A: Five hundred.
[12] Q: Okay. Did Mr. Mistovich have hiring
[13] responsibility for the Track Department?
[14] A: Yes.
[15] Q: And did each of the other engineers also
[16] have hiring responsibilities for the departments?
[17] A: For their respective departments, yes.
[18] Q: Did you as chief engineer get involved in
[19] the hiring decisions?
[20] A: I did not.
[21] Q: Now, is it your understanding that when
[22] MBCR started operating the commuter rail system for
[23] the MBTA July of 2003 that they employed many
[24] employees from Amtrak that worked in the commuter

**Page 36**

[1] Cobble Hill.
[2]  **Q:** And at the first meeting Mr. Mistovich was
[3] present, correct?
[4]  **A:** Correct.
[5]  **Q:** And then also Ms. Lydon (sic), Mr. Urban
[6] and you; is that correct?
[7]  **A:** Correct.
[8]  **Q:** Was anybody else present; do you recall?
[9]  **A:** I don't recall anyone else being present.
[10] **Q:** How did you become to be present at that
[11] meeting?
[12] **A:** I don't recall the exact details, but I was
[13] notified that Alison Leaton had indicated that Eli
[14] was screening out certain applications from certain
[15] sections of the city where minorities resided.
[16] **Q:** And who provided you with that information?
[17] **A:** I think it was Elizabeth.
[18] **MS. RUBIN:** Do you recall? When you say
[19] "you think" —
[20] **A:** I don't fully recall.
[21] **Q:** Okay. Were you given this information
[22] prior to the first meeting with Mr. Mistovich?
[23] **A:** Yes.
[24] **Q:** And do you recall how long prior to the

**Page 37**

[1] first meeting you were provided with this
[2] information?
[3]  **A:** I do not recall.
[4]  **Q:** Do you remember having any discussions with
[5] Elizabeth Bowden before the first meeting about
[6] Mr. — the subject of that meeting?
[7]  **A:** I did have discussions.
[8]  **Q:** And how many did you have?
[9]  **A:** I do not recall.
[10] **Q:** Was it more than one?
[11] **A:** I do not recall.
[12] **Q:** Were these at the Somerville location?
[13] **A:** I do not recall.
[14] **Q:** Do you remember if any of them were by
[15] telephone?
[16] **A:** I do not recall.
[17] **Q:** Was anyone else present besides you and Ms.
[18] Bowden during any of these discussions?
[19] **MS. RUBIN:** Objection.
[20] **A:** I do not recall.
[21] **Q:** Okay. Were you provided with any documents
[22] before the first meeting, copies of documents?
[23] **A:** I do not recall.
[24] **Q:** Do you remember anything that Ms. Bowden

**Page 38**

[1] said in any of these discussions to you?
[2]  **MS. RUBIN:** Other than what he's already
[3] testified to?
[4]  **MR. TEAGUE:** Yes.
[5]  **Q:** Any specific comments you made.
[6]  **A:** I remember that she requested that I be
[7] part of the investigation. I don't recall anything
[8] else right now.
[9]  **Q:** Do you remember anything you said?
[10] **A:** Not specifically.
[11] **Q:** Or how about generally?
[12] **A:** Generally I was asking what the
[13] investigation was for.
[14] **Q:** And she gave you the information you
[15] previously provided, that Mr. Mistovich had — it
[16] had been alleged that he had been screening out
[17] applicants due to where their place of residence
[18] was?
[19] **A:** I believe so.
[20] **Q:** Do you recall anything else she said?
[21] **A:** Not specifically.
[22] **Q:** I'm going to show you a document that MBCR
[23] has produced for this proceeding, it's Bates stamped
[24] No. 1, which appears to be a copy of an e-mail

**Page 39**

[1] between Elizabeth Bowden and Alison Leaton of March
[2] 11, and just ask you if you've seen that before.
[3]  **A:** (Reviewing document) I don't recall seeing
[4] this.
[5]  **MR. TEAGUE:** Okay. Why don't we just mark
[6] this for identification as — we'll call it "Nevero
[7] Exhibit 5."
[8]  **MS. RUBIN:** Okay.
[9]     (Document marked as Nevero
[10] Exhibit 5 for identification)
[11] **Q:** Did you — okay. Let me… I'm going to
[12] show you a document that's been provided by MBCR and
[13] it's stamped — Bates stamped No. 4. Do you
[14] recognize this document?
[15] **A:** I do not.
[16] **Q:** That's not something you prepared, I take
[17] it?
[18] **A:** I don't believe I did.
[19] **Q:** Okay. I'm just reading the top line of the
[20] document. It says "March 15, '04, Beth/Liz/Steve."
[21] Do you know who that refers to?
[22] **A:** "Liz" I would guess "Liz Bowden."
[23] **Q:** How about "Beth"?
[24] **A:** I can't be sure.

Page 40

[1]   **Q:** Okay. Did you recall ever meeting with Liz
[2] Bowden and someone else concerning these Track
[3] interviews? The only reason I'm asking you is the
[4] word "Steve" there. It could very well be you or
[5] Mr. Urban or someone else.
[6]   **A:** Can you repeat that question?
[7]   **Q:** If you look along the top line, the names
[8] are "Liz/Beth/Steve," and my question is, the name
[9] "Steve," does that refresh your recollection as to
[10] any meeting you may have had with Liz Bowden or a
[11] person named "Beth" concerning Mr. Mistovich's
[12] participation in these Track interviews?
[13]   **A:** It does not refresh my memory about a
[14] meeting.
[15]   **MR. TEAGUE:** Why don't we mark this Bates
[16] stamped Document No. 4 as Nevero Exhibit 6 for
[17] identification.
[18]   (Document marked as Nevero
[19] Exhibit 6 for identification)
[20]   **Q:** Now, you — earlier you used the word
[21] "investigation" in the discussion about your
[22] conversation with Ms. Bowden. Was it your
[23] understanding that there was an investigation being
[24] conducted of Mr. Mistovich's activities in this

Page 41

[1] regard?
[2]   **A:** That was my understanding.
[3]   **Q:** Okay. Can you recall how long before the
[4] first meeting with Mr. Mistovich you became aware
[5] that this investigation was taking place?
[6]   **A:** I cannot recall.
[7]   **Q:** You remember if it was more than a week?
[8]   **A:** I do not remember.
[9]   **Q:** Okay. Did you talk to Mr. Mistovich prior
[10] to this first meeting about the subject matter of
[11] the meeting?
[12]   **A:** I do not believe that I did.
[13]   **Q:** Were you instructed or advised by Ms.
[14] Bowden or Mr. Urban not to discuss this matter with
[15] Mr. Mistovich before the meeting?
[16]   **A:** I was advised not to discuss this matter
[17] with Eli Mistovich, but I don't remember by whom.
[18]   **Q:** Besides Liz Bowden and Mr. Urban, was there
[19] anyone else that you recall being involved in this
[20] investigation prior to the first meeting?
[21]   **A:** I don't recall anybody else being involved.
[22]   **Q:** Did the person that instructed you not to
[23] talk to Mr. Mistovich about the purpose of the
[24] meeting prior to the meeting, did that person

Page 42

[1] indicate why they were giving you that instruction?
[2]   **A:** I don't recall if there was — I don't
[3] recall the reason.
[4]   **Q:** Did you have an understanding of the
[5] reason?
[6]   **A:** Not that I recall.
[7]   **Q:** Do you know if anyone else provided any
[8] information to Mr. Mistovich about the reason for
[9] the meeting prior to the first meeting?
[10]   **A:** I do not recall.
[11]   **Q:** Okay. Did you ever talk to Alison Leaton
[12] about the allegation prior to the first meeting?
[13]   **A:** I do not recall.
[14]   **Q:** And prior to this initial meeting with Mr.
[15] Mistovich, were you aware of any criticism of the
[16] MBCR by any city, Boston city, or Massachusetts
[17] state officials about a failure to hire minorities?
[18]   **A:** Can you repeat that again.
[19]   **Q:** Yes. Before this incident or before the
[20] termination of Mr. Mistovich, were you personally
[21] aware of any criticism of MBCR for failure to hire a
[22] sufficient number of minorities by Boston or state
[23] government officials?
[24]   **A:** Not that I'm aware of.

Page 43

[1]   **Q:** Okay. And do you recall how Mr. Mistovich
[2] came to be present at that initial meeting?
[3]   **A:** I believe I asked him to attend a meeting.
[4]   **Q:** And was this in writing or did you just —
[5]   **A:** I do not recall.
[6]   **Q:** And how much advance notice was he given?
[7]   **A:** I do not recall.
[8]   **Q:** Okay. What do you recall — well, let me
[9] strike that. Let me go back a step.
[10]   Your counsel has produced a document
[11] stamped No. 66 today, and can you tell us what that
[12] is.
[13]   **A:** (Reviewing document) Those were notes that
[14] I made.
[15]   **Q:** And those were notes of the first meeting?
[16]   **A:** Yes.
[17]   **Q:** And maybe you can look at — the first line
[18] says "Notes by S. Nevero of interview of Eli
[19] Mistovich on 3/26/04"?
[20]   **A:** Yes.
[21]   **Q:** Is it fair to say that's when the meeting
[22] occurred, March 26th of 2004?
[23]   **A:** I believe so.
[24]   **Q:** And what do you recall, and you can refresh

Page 44

[1] your recollection with the notes, what do you recall
[2] being said at the meeting, and who said it, the
[3] general remarks that went back and forth?
[4]     A: What I recall about the meeting was that
[5] Liz Bowden was asking the questions of Eli, and I
[6] don't remember many of the details at all. But I do
[7] remember after the meeting that it was my
[8] understanding that the — that the — or it was my
[9] feeling that the — that Eli screened out
[10] applications from certain areas of the city where
[11] residents lived.
[12]     Q: Well, that was the allegation that gave
[13] rise to the meeting, correct?
[14]     A: Yes.
[15]     Q: Okay. And other than these notes, do you
[16] have any recollection of remarks that were made at
[17] the meeting, in other words, who said what?
[18]     A: I have one particular recollection that Eli
[19] stated something to the effect that he had a problem
[20] with those types of people and he could produce a
[21] box of documents.
[22]     Q: Did anyone ask him what he meant by "those
[23] types of people"?
[24]     A: I do not recall.

Page 45

[1]     Q: In your notes of the interview, it said,
[2] "Mr. Mistovich's initial response to Elizabeth
[3] Bowden's question, 'Did you say to Alison Leaton
[4] that you had trouble with them?'" — that was in
[5] quotes — "I can show you a box of documents in my
[6] office that will show you the problems." You recall
[7] those words?
[8]     A: I don't recall them.
[9]     Q: Okay. Do you recall Mr. Mistovich stating
[10] that in hiring he was trying to get the best
[11] candidate for MBCR during the hiring process?
[12]     A: I recall that.
[13]     Q: And do you recall anything else he said in
[14] that regard?
[15]     A: No, I don't.
[16]     Q: And it says, "He further stated that he had
[17] hired many people of color always trying to get the
[18] best candidate"?
[19]     A: I vaguely recall that.
[20]     Q: Okay. And did he — do you recall him —
[21] do you understand what he was referring to, I mean,
[22] when he "hired many people of color"?
[23]     A: Not specifically.
[24]     Q: Did you understand him to mean that this

Page 46

[1] was during his work at Amtrak?
[2]     A: I did not understand that, no.
[3]     Q: Then it says when asked by Elizabeth Bowden
[4] if he gave Alison Leaton a difficult time when she
[5] recommended that he interview a qualified candidate
[6] from a specific area, he — meaning Mr. Mistovich —
[7] stated, quote, No, closed quote. Do you remember?
[8]     A: I vaguely remember that.
[9]     Q: Okay. And then he said when asked, or you
[10] say, When asked by Elizabeth Bowden a second time if
[11] he told Alison Leaton, quote, that he had trouble
[12] with them, close quote, he stated that he could not
[13] remember exactly what he said; do you remember that?
[14]     A: Vaguely.
[15]     Q: These questions by Elizabeth Bowden, were
[16] they referring to a meeting or a conversation
[17] between Eli Mistovich and Alison Leaton in the
[18] hiring process?
[19]     A: I don't quite understand the question.
[20]     Q: Okay. Your notes, the last line, refer to
[21] a statement or information given to Eli or given to
[22] Alison Leaton by Eli Mistovich, correct?
[23]     A: (Reviewing document) What was the question
[24] again?

Page 47

[1]     Q: In other words, these questions by
[2] Elizabeth Bowden, this investigation, were focusing
[3] on a conversation between Alison Leaton and Mr.
[4] Mistovich that occurred during the hiring process,
[5] correct?
[6]     A: I need to hear that one more time.
[7]     Q: Huh?
[8]     A: I need to hear that question again.
[9]     Q: Okay. Your — let's look at your initial,
[10] first bullet point in your summary. It might be my
[11] awkward questioning. Forgive me for that. But you
[12] have what you describe as Mr. Mistovich's initial
[13] response to Elizabeth Bowden's question, okay, and
[14] Elizabeth Bowden's question, which you quote, is,
[15] "Did you say to Alison Leaton that you had trouble
[16] with them?" Do you remember that? That's what you
[17] wrote, correct?
[18]     A: That's what I wrote.
[19]     Q: Okay. Now, when Elizabeth Bowden was
[20] asking this question of Mr. Mistovich, you
[21] understood that Elizabeth Bowden was referring to a
[22] discussion that had previously occurred between
[23] Alison Leaton and Mr. Mistovich, did you not?
[24]     A: That was my understanding.

Page 52

[1] informing you of how many candidate resumes he had
[2] looked at in this hiring process?
[3] **A:** I do not recall.
[4] **Q:** And do you have any information as to how
[5] many candidates were actually interviewed by Mr.
[6] Mistovich or Ms. Leaton or both of them?
[7] **A:** I do not recall.
[8] **Q:** Before the meeting or at the meeting of
[9] March 26th, did you make any inquiry into Mr.
[10] Mistovich's health situation?
[11] **A:** I don't believe I did.
[12] **Q:** Do you recall about a week before the March
[13] 26th meeting that Mr. Mistovich was having some
[14] difficult vision in one eye?
[15] **A:** I do not recall.
[16] **Q:** Do you recall him leaving work on a day
[17] because he had to go to a doctor because of blurred
[18] vision? Do you have any recollection of that?
[19] **A:** I do not recall.
[20] **Q:** Do you know if you or anyone else made any
[21] inquiry of Mr. Mistovich on the day of the meeting
[22] as to whether he was taking any medication that
[23] might affect his mental condition?
[24] **A:** I do not recall.

Page 53

[1] **Q:** Did you recall asking at the meeting how
[2] long prior to March 26th this incident had occurred?
[3] **A:** I do not recall.
[4] **Q:** Did it appear to you that Mr. Mistovich had
[5] any difficulty in remembering the candidate whose
[6] name was being discussed?
[7] **A:** I do not recall.
[8] **Q:** Now, you said a little earlier that after
[9] the meeting you had concluded that Mr. Mistovich had
[10] screened interviews, screened candidates because of
[11] where they lived. I believe that's what you said.
[12] Is that —
[13] **A:** I remember that was my conclusion after the
[14] meeting.
[15] **Q:** What led you to that conclusion?
[16] **A:** I don't remember all the details that led
[17] me to that.
[18] **Q:** Do you remember any of them?
[19] **A:** I remember Eli's statement that he had
[20] problems with those types of people and can produce
[21] a box of documents, something to that effect.
[22] **Q:** When he said "those" —
[23] **A:** And —
[24] **Q:** Okay. I'm sorry. Go ahead.

Page 54

[1] **A:** And that was in regards to a question by
[2] Elizabeth Bowden, something to the effect of that
[3] question to him, whether he was screening out
[4] applications, but I don't remember the details.
[5] **Q:** Okay. What happened next after the
[6] meeting? You had a meeting March 26th, and he was
[7] terminated on March 30th. Was there an interim
[8] meeting or discussion between you and Ms. Bowden and
[9] Mr. Urban or anyone else?
[10] **A:** Yes, there was.
[11] **Q:** And when did that occur?
[12] **A:** I don't remember the exact date.
[13] **Q:** It was obviously prior to March 30th?
[14] **A:** Prior to the termination date, yes.
[15] **Q:** And do you remember, was there more than
[16] one meeting or discussion or...
[17] **A:** I recall one meeting.
[18] **Q:** Okay. Where did that occur?
[19] **A:** That meeting occurred at 89 South Street.
[20] **Q:** Is that someone's office?
[21] **A:** Yes.
[22] **Q:** And whose is that?
[23] **A:** I believe that was — it was the general
[24] manager's office where we had the meeting.

Page 55

[1] **Q:** It was Kevin Lydon's?
[2] **A:** Yes.
[3] **Q:** And who was at the meeting besides you and
[4] Mr. Lydon?
[5] **A:** I remember that Kevin Lydon, Elizabeth
[6] Bowden, Steve Urban and I were at the meeting.
[7] **Q:** Okay. Was anyone else present?
[8] **A:** I don't recall anybody else being present.
[9] **Q:** Do you remember an attorney Mr. Davey being
[10] present?
[11] **A:** I don't recall him being present.
[12] **MS. RUBIN:** I just want to interrupt. He
[13] didn't recall Mr. Davey being present; but under the
[14] same agreement as before, he's going to be
[15] testifying to this meeting, and we're not waiving
[16] any potential privilege by virtue of him discussing
[17] it.
[18] **MR. TEAGUE:** That's understood throughout
[19] the proceeding.
[20] **MS. RUBIN:** All right.
[21] **MR. TEAGUE:** You don't have to interject
[22] that. I understand he may or may not have been
[23] there. If he's there, you did not object to
[24] disclosing a discussion as long as it was not

Page 56

[1] considered a general waiver of the attorney/client
[2] privilege?
[3] **MS. RUBIN:** Correct.
[4] **MR. TEAGUE:** Just for purposes of that
[5] meeting?
[6] **MS. RUBIN:** Correct.
[7] **MR. TEAGUE:** Understood.
[8] **Q:** What do you recall being said at the
[9] meeting with Mr. Lydon?
[10] **A:** I recall that there was discussion about
[11] the investigation and that the general manager made
[12] the decision to terminate Eli Mistovich.
[13] **Q:** Do you remember anything anyone said?
[14] **A:** I don't remember the details of the
[15] discussions.
[16] **Q:** Did you say anything?
[17] **A:** I'm sure I did.
[18] **Q:** I mean that you remember?
[19] **A:** I know that I stated that it was my opinion
[20] that Eli was screening out applications.
[21] **Q:** Did you recall recommending that he be
[22] terminated?
[23] **A:** I did not recommend that.
[24] **Q:** Did you recommend some other option?

Page 57

[1] **A:** I don't recall.
[2] **Q:** Do you recall recommending a demotion or
[3] relieving him of hiring responsibilities in lieu of
[4] a termination?
[5] **A:** I vaguely recall that.
[6] **Q:** Okay. After this initial meeting of March
[7] 26th, did you ever go and say anything to Mr.
[8] Mistovich to make further inquiry as to what had
[9] happened?
[10] **A:** I don't believe that I did.
[11] **Q:** Were you under directives from Ms. Bowden
[12] or Mr. Urban not to talk to him about this subject
[13] matter after the meeting?
[14] **A:** I remember I was advised not to discuss it
[15] with him, but I don't remember by whom.
[16] **Q:** So at the March 26th meeting — let me see
[17] if I can understand this correctly — Mr. Mistovich
[18] was asked by you to come to this meeting, correct?
[19] **A:** To the best of my knowledge, yes.
[20] **Q:** Did you tell him who would be present at
[21] the meeting?
[22] **A:** I don't recall if I did or not.
[23] **Q:** Okay. And he goes in the meeting in the
[24] Engineering Conference Room, and then Ms. Bowden and

Page 58

[1] you and Mr. Urban are present, correct?
[2] **A:** This is for the first meeting?
[3] **Q:** First meeting.
[4] **A:** That's correct.
[5] **Q:** And Mr. Urban is the assistant general
[6] manager of MBCR, correct?
[7] **A:** Yes. Assistant or deputy of —
[8] **Q:** Yes —
[9] **A:** — I'm not sure.
[10] **Q:** — deputy. Mr. Lydon's number one
[11] assistant, is he not?
[12] **A:** Yes.
[13] **Q:** And Elizabeth Bowden is head of Human
[14] Resources, correct?
[15] **A:** Yes.
[16] **Q:** And the first — do you remember who led
[17] the discussion at the meeting? Was it Ms. Bowden,
[18] Elizabeth Bowden?
[19] **A:** Yes.
[20] **Q:** And she says to Mr. Mistovich that there
[21] was some allegations of improper screening of
[22] resumes, something to that effect?
[23] **A:** Something to that effect.
[24] **Q:** And that's the very first information that

Page 59

[1] Eli Mistovich has about this issue, correct?
[2] **A:** To the best of my knowledge. I don't know
[3] of any other information he had prior to that.
[4] **Q:** So he's got the head of HR, his immediate
[5] superior, who is you, and the number two person in
[6] the company sitting there making an accusation at
[7] him —
[8] **MS. RUBIN:** Objection.
[9] **Q:** — is that correct?
[10] **A:** I'd say it's correct.
[11] **Q:** And that's a rather — and everyone else
[12] had had advance notice of the subject matter and the
[13] purpose of the meeting except Mr. Mistovich,
[14] correct?
[15] **A:** To the best of my knowledge, yes.
[16] **Q:** And that, would you agree, is a somewhat
[17] stressful situation for an employee to be faced
[18] with?
[19] **MS. RUBIN:** Objection.
[20] **Q:** Out of the blue?
[21] **MS. RUBIN:** Objection.
[22] **MR. TEAGUE:** It's reserved. So go ahead.
[23] **A:** I would be stressed, yes.
[24] **Q:** In fact, an accusation like that could