# EXHIBIT F

**MARVIN F. MORGAN JR.**
194 Normandy Street
Dorchester, MA  02121
(617)445-2035
C.D.L. B CERTIFIED
(617) 265-9981

*COMPLETED*

- LM 8/9/04
W/ Grandmother
who's not seen
him for 3 mos.
-12 noon 3/11

## EDUCATION

Dorchester High School
New England Tractor Trailer Training School

## EMPLOYMENT HISTORY

| Jet a Way Disposal & Recycle | | 1993 – 2002 |
| Duties | | |
| Roll-Off Driver | 66,000 1B G.V.W. | |
| Packer Driver | 60,000 1B G.V.W. | |
| Snow Plow Driver | | |
| Hydraulic Heavy Equipment Operator | | |
| 966 Cat Front End Loader | | |
| 300 Komatsu Grapple | | |
| 310 Komatsu Grapple | | |
| Bobcat Operator | | |

| Waste Management Woburn Division  Boston/North | | 1991 – 1992 |
| Duties | | |
| Roll-Off Driver | 66,000 1B G.V.W. | |
| Packer Driver | 60,000 1B G.V.W. | |

Ann & Hope Dept Store, Watertown Arsenal Mall        1990 – 1991
  Duties
    Warehouse Facility, Shipping & Receiving dock
    Stock Merchandise in Proper Storage Area
    Maintain Warehouse
    Retrieve Merchandise for Shipping
  Equipment Operated
    Electric & Propane Gas Fork Lift
    Electric Aerial Lift

Delta Air Lines, Cargo Warehouse, Logan Airport        1990- 1990
  Duties
    Load & Unload Cargo from Delta Air Planes
    Stock Cargo in Delta Warehouse
    Load & Unload Cargo from Shipping & Rec. dock
  Equipment Operated
    Propane Gas Fork Lift



EXHIBIT 2

United Parcel Service, Watertown Facility        1989-1990
    Duties
          Parcel Delivery Driver 4000 1B G.V.W.
          Maintain Delivery & Pick Up Order Log

D. Trucking Co. Inc.                                 1982-1988
    Duties
          Preventive Maintenance Hydraulic Equipment
          Roll-Off Driver        66,000 1B G.V.W.
          Packer Driver          60,000 1B G.V.W.
          966 Cat Front end Loader
          Snow Plow Driver