# EXHIBIT G

# Elizabeth Bowden

From: Alison Leaton
Sent: Thursday, March 11, 2004 4:56 PM
To: Elizabeth Bowden
Subject: RE: Information



Hi Liz,

The only conversation I had with Eli about whom to interview and not was late last week based on interviewing additional candidates. So, in that conversation I went over additional resumes that I'd screened as yeses and he did not want to interview a person who was, based on name and where he lived being Eli's assumption, that he was black. I pushed very hard and basically told him that we were going to interview him because he was as qualified, if not more so, than other candidates.

He was not happy about it and said he'd not had "good luck" with people "like that" in the past. He said there has been a "greater percentage" of people like that who are problems for him. I did tell him I was not going to "make him hire a minority if they were not qualified, but if they are I will go to the mat". He was not happy about it, but seemed resigned. I'm fairly certain he trusts me enough to just go along if necessary, and I push.

As I said I pushed back and we interviewed him today. He did very well in the interview and I am checking his references. Harold was present (thankfully) in the interview. So if his references check out we will make him an offer.

Please let me know if you need anything else. This is the only conversation I've had with Eli around this.

Alison

-----Original Message-----
From: Elizabeth Bowden
Sent: Thursday, March 11, 2004 2:14 PM
To: Alison Leaton
Subject: Information

Alison

Please provide me a detailed outline regarding the conversation you had with Eli regarding his choice of who to interview and not and how the candidates interviewed were selected.

I need this by the close of business Friday - by email

Thanks

Liz

M-0001