# EXHIBIT H

NOTES BY S. NEVERO OF INTERVIEW OF ELI MISTOVICH ON 3/26/04

Present During Interview: Elizabeth Bowden, Stephen Urban, Stephen Nevero

- Mr. Mistovich's initial response to Elizabeth Bowden's question "Did you say to Alison Leaton that you had trouble with them" was "I can show you a box of documents in my office that will show you the problems"
- Mr. Mistovich when on to state that he was trying to get the best candidate for MBCR during the hiring process
- He further stated that he had hired many people of color, always trying to get the best candidate
- When asked by Elizabeth Bowden if he gave Alison Leaton a difficult time when she recommended that he interview a qualified candidate from a specific area, he stated "no"
- When asked by Elizabeth Bowden a second time if he told Alison Leaton that "He had trouble with them" he stated that he could not remember exactly what he said.



M-0066