# EXHIBIT J

**Interview Questions to ask Alison Leaton regarding hiring process completed by Eli Mistovich with Trackmen –March 2004.**

Purpose of meeting to follow up on e-mail provided by Alison upon request of Elizabeth Bowden March 11, 2004.

What date did you discuss the interviewing of additional candidates?

- Friday March 5th 2004

In person or by telephone?

- In person

How many positions were being filled? - How many people were interview conducted? - how many minority candidates interviewed?

- 5 Trackman – 11 Interviewed – 1 Minority Person – Approximately 50 resumes reviewed – 15 – 20 passed to Eli for consideration.
- Marvin Morgan - Dorchester

Who had all the resumes - did HR have them or did Eli add additional ones not in HR?

HR had all resumes

What specifically did Eli say regarding the addresses and that he assumed the people were black? Did he specifically say "Black"

- Why don't you want to interview this person? (M.M.) (A.L.)
- So your telling me you don't want to interview this person because you think they're black. (A.L.)

Did you ask him what he meant by "people like that" - (this may be answered in above)

- What do you mean? (A.L.)
- No answer given
- It's illegal Eli to do that – not interview people because you think they are black.

Greater percentage of people like that - again - did you confirm that he meant blacks or all diversity? - was there any room for misinterpretation?

- No confirmation
- No room for misinterpretation



M-0002

**Interview Questions to ask Alison Leaton regarding hiring process completed by Eli Mistovich with Trackmen –March 2004.**

What did Eli say or do differently before, during, or after the interviews of minority candidates?

- No Difference
- When asked what he though – Eli said "fine"

How many of the 11 interviewed are prospective hires?

- 7 people

If the references of all seven are positive – who would make the final decision?

- The hiring manager.

Other comments or observations.

- When pushed to interview M.M – I advised Eli it was not about hiring a black person that was not qualified – but if he is I will push really hard. (A.L.)
- I can't win this conversation so I'm not going to argue (E.M.)


Date of Meeting: March 15, 2004


Present: Alison Leaton, Elizabeth Bowden, Elizabeth Trowbridge.

M-0003