UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELI MISTOVICH, Jr.<br>           Plaintiff<br><br>V.<br><br>ELIZABETH BOWDEN, STEPHEN<br>URBAN, STEPHEN NEVERO and<br>ALISON LEATON,<br>           Defendants | CIVIL ACTION NO. 04-12340-EFH |

**PLAINTIFF'S ASSENTED TO MOTION TO EXTEND TIME FOR FILING OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Now comes the Plaintiff, Eli Mistovich, Jr. and moves, pursuant to Local Rule 7.1(B)(2) and 56.1, for an extension of time to file his Opposition to Defendants' Motion for Summary Judgment for fourteen (14) days, from November 14, 2005 until November 28, 2005. The grounds for this Motion are that Plaintiff's attorney, a sole practitioner, has been engaged in preparation for the trial of another case and requires the additional time to prepare his Opposition to Defendants' Motion based on voluminous materials. This Motion is assented to by Defendants through their cousel.

Respectfully submitted,
Eli Mistovich, Jr.,

_____
Frank J. Teague, Esq.
Frank J. Teague & Associates
One Liberty Square, 4th Floor
Boston, MA 02109
(617) 350-7700
BBO#493780

Assented to:

_____
Laurie F. Rubin, Esq.
Prince, Lobel, Glovsky & Tye, LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000
BBO#564947

Dated: 11/04/05