# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ELI MISTOVICH, Jr.<br>　　　　　　　　Plaintiff<br><br>V.<br><br>ELIZABETH BOWDEN, STEPHEN<br>URBAN, STEPHEN NEVERO and<br>ALISON LEATON,<br>　　　　　　　　Defendants | CIVIL ACTION NO. 04-12340-EFH |

## AFFIDAVIT OF ELI MISTOVICH, JR.

Eli Mistovich, Jr., deposes and says as follows:

1.    I am a resident of Londonerry, New Hampshire.  I am 53 years old, married and the father of four children.  At the time of the termination of my employment by MBCR on March 30, 2004, my two oldest children were in college.

2.    As assistant division engineer in the track department for 18 years at Amtrak and subsequently at MBCR, I supervised over 170 employees in track maintainance and did almost all of the track department's interviewing and hiring.  I was also responsible for oversight of capital and infrastructure improvements, meeting budgetary goals, contract administration, customer service, consulting with outside attorneys in defense of liability suits, and interacting with union representatives on collective bargaining issues.

3.    During my 26 years of employment at Amtrak, I received annual written performance evaluations.  I was always rated satisfactory or better.  I was never the

subject of any disciplinary action. Diversity in hiring was an important goal at Amtrak
and hiring managers were evaluated annually in this category. I was always rated as
having exceeded diversity in hiring goals, and was commended in writing for my efforts
at hiring and supervising minorities. Copies of annual performance reviews for the years
1989,1990, 1992, 1993, 1994, 1998, 1999 and 2000 containing such written
commendations are attached hereto  as Exhibits A through H. I attended anti-
discrimination and diversity in hiring training at Amtrak, and at MBCR. In my 28 years
of railroad employment, I was never charged by any supervisor or subordinate with
discrimination.

    4.    I learned for the first time during this proceeding that Alison Leaton, at the
direction of Elizabeth Bowden, had placed advertisements for entry level trackmen in the
Bay State Banner, a community newspaper serving the Afro-American community in
Boston. (See Exhibit I attached hereto, which is a copy of the Bay Sate Banner's
advertisement on the Internet on Amazon.com soliciting subscriptions to the
"Community newspaper of greater Boston's Afro-American community"). Bowden and
Leaton inexplicably did not place advertisements in the Boston Globe, Herald or any
other newspaper serving any other community. This amounts to seeking applicants based
solely on race and excluding other applicants, including other minorities, such as
Hispanics and Asians. I was not informed nor aware that Bowden and Leaton had done
this, notwithstanding several conversations with Leaton about the hiring process, and the
fact that I was the hiring manager. I had no idea that Leaton had obtained resumes from
this advertisement, or that Bowden was aware of this. I certainly would have made
efforts to comply with a professionally designed affirmative action hiring program, and

supported such a program as I had for many years at Amtrak. However, without being informed, I could not have participated in such an unprofessional effort by two individuals who knew nothing about the qualities necessary for laborers in the track department.

Signed under penalties of perjury this 23 day of November,

2005.

Eli Mistovich, Jr.



*Mistovich Aff Exh-A*



| | | P15 |
|---|---|---|

### ANNUAL PERFORMANCE EVALUATION
### FOR MANAGEMENT EMPLOYEES

**CONFIDENTIAL**                                                                          **PERSONNEL USE ONLY**

| LAST NAME | INITIALS | SOCIAL SECURITY NUMBER | APPRAISAL PERIOD |
|---|---|---|---|
| *Mistovich* | E. | 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 | 1/1/88 TO 1/1/89 |

| DEPARTMENT DURING APPRAISAL PERIOD | RES/LOC | LOCATION | NEXT APPRAISAL DUE |
|---|---|---|---|
| *Engineering - Commuter* | 9651 | *Boston* | MO 1 DAY 1 YR 90 |

| JOB TITLE DURING APPRAISAL PERIOD | JOB CODE | MONTHS IN POSITION | HIRE DATE TO MANAGEMENT |
|---|---|---|---|
| *Assistant Division Engineer - Track* | 6NC30 | 24 | 1/16/78 |

**USE THE FOLLOWING SEQUENCE IN COMPLETING THIS APPRAISAL**

1. FORMALLY REVIEW EACH EMPLOYEE'S PERFORMANCE AT LEAST ONCE A YEAR. PERFORMANCE SHOULD BE INFORMALLY REVIEWED ONCE A QUARTER OR SEMI-ANNUALLY.

2. COMPLETE ALL SECTIONS EXCEPT THE PERSONAL DEVELOPMENT PLAN ON LAST PAGE. SEND FORM TO THE SECONDARY REVIEWER FOR APPROVAL.

3. BEFORE MEETING WITH THE EMPLOYEE FOR THE FORMAL APPRAISAL SESSION, GIVE THE EMPLOYEE A COPY OF THIS FORM AND ASK HIM/HER TO USE IT AS A BASIS FOR THINKING ABOUT HIS/HER PERFORMANCE AND DEVELOPMENT NEEDS.

4. DISCUSS THE COMPLETED PERFORMANCE EVALUATION WITH THE EMPLOYEE. MODIFY IF NECESSARY. COMPLETE THE PERSONAL DEVELOPMENT PLAN THROUGH MUTUAL DISCUSSION AND AGREEMENT. REVIEW AND CHANGE THE POSITION DESCRIPTION AS APPROPRIATE DURING THIS PROCESS.

5. AFTER COMPLETION OF THE APPRAISAL INTERVIEW, HAVE THE EMPLOYEE REVIEW, SIGN AND COMMENT IN THE SPACES PROVIDED. (COMMENTS ARE OPTIONAL.) GIVE THE EMPLOYEE A COPY OF THE EVALUATION. SEND COMPLETED ORIGINAL TO PERSONNEL DEPARTMENT FOR PERMANENT RECORDS STORAGE.

**SECTION A: PERFORMANCE FACTORS**-Rate the employee's performance during this evaluation period by checking appropriate scale.

| NOT APPL. TO POSITION | | EXCEEDS REQUIREMENTS | ACCEPTABLE TO POSITION | IMPROVEMENT NEEDED |
|---|---|---|---|---|
| ☐ | 1. Verbal communications | ☐ | ☒ | ☐ |
| ☐ | 2. Writing skills | ☐ | ☒ | ☐ |
| ☐ | 3. Gets along well with others | ☐ | ☒ | ☐ |
| ☐ | 4. Cooperation, teamwork | ☐ | ☒ | ☐ |
| ☐ | 5. Ability to work under pressure | ☐ | ☒ | ☐ |
| ☐ | 6. Management of own work time | ☐ | ☒ | ☐ |
| ☐ | 7. Ability to anticipate and avoid problems | ☐ | ☒ | ☐ |
| ☐ | 8. Keeps supervisor/superior informed | ☒ | ☐ | ☐ |
| ☐ | 9. Timeliness in meeting deadlines/schedules | ☐ | ☐ | ☒ |
| ☐ | 10. Completeness of assignments | ☐ | ☒ | ☐ |

**COMMENTS: [IDENTIFY BY ITEM NUMBER AND MAKE COMMENTS AS NEEDED]**

*#8 - Eli maintains daily communications with me both in the morning for much need info and followups in the PM.  #9 - More work is needed in administrative responses. - i.e. Time Claims.*

**SECTION B: ACCOUNTABILITY RATINGS**-All "comments on performance" must fully and completely justify the rating given, e.g., A TWO rating, comments must clearly specify how individual generated results above those expected of position.

**DEFINITIONS OF CATEGORIES USED:** (Plus (+) and minus (−) may be used with the number rating to further distinguish performance level.)

**ONE:** Extraordinary and exceptional accomplishments with significant contribution to objectives of the department or the division.

**TWO:** Consistently generates results above those expected of the position. Contributes in a superior manner to innovations both technical and functional. Demonstrates the ability to get good results from others.

**THREE:** Fulfills all major position requirements and generates desired results. There may be a minor deviation above or below expectations but the general level of performance accomplishes what the job was designed to do.

**FOUR:** Category for an employee with sufficient time and experience in position who shows shortcomings in major position requirements. Also category for new/inexperienced employee who is progressing adequately, but not yet fulfilling all position requirements.

**FIVE:** Overall work performance is unsatisfactory and does not meet minimum job standards.

**1. KEY ACCOUNTABILITY**

IT IS ONE OF THE PRIMARY RESPONSIBILITIES OF ALL SUPERVISORS AND MANAGERS TO ADHERE TO AND COMPLY WITH THE FOLLOWING FIVE AREAS OF JOB PERFORMANCE. THESE ACCOUNTABILITIES ARE IMPORTANT AND EACH INDIVIDUAL'S PERFORMANCE SHOULD BE EVALUATED INDEPENDENTLY OF THE OTHER KEY JOB ACCOUNTABILITIES AND THE SUBSEQUENT RESULTS ACHIEVED. EACH OF THE FIVE AREAS SHOULD BE ADDRESSED IN THE COMMENTS SECTION BELOW, WHERE APPLICABLE, AND INCLUDE SPECIFIC QUANTITATIVE REMARKS.

- ADHERES TO ALL AFFIRMATIVE ACTION PROGRAMS AND ENSURES OPEN ACCESS TO ALL DEVELOPMENTAL AND PROMOTIONAL OPPORTUNITIES IN AN ENVIRONMENT OF NON-DISCRIMINATION.
- ADHERES TO ALL CORPORATE PERSONNEL POLICIES AND SOUND MANAGERIAL PRINCIPLES.
- EFFECTIVELY UTILIZES AMTRAK FINANCIAL RESOURCES (BUDGETS, COST CONTROLS, ETC.) AND
- EXAMINES, RECOMMENDS AND IMPLEMENTS VARIOUS AREAS OF POSSIBLE PRODUCTIVITY IMPROVEMENTS.
- COMPLIES WITH SAFETY AND OPERATING RULES TO ENSURE A SAFE, CLEAN ENVIRONMENT FOR EMPLOYEES AND THE PUBLIC.

**COMMENTS ON PERFORMANCE**                                      **RATING**   3+

Eli has had great involvement in the hiring program during this evaluation period. He is to be commended for the time and effort spent in this task. His adherence to Amtrak's AAP and corporate policies have enabled the hiring of qualified individuals on a non discriminatory basis. He has improved in the area of employee evaluations during this period.

Eli maintains a high level of fiscal awareness and operates within budget guidelines. There have been several items beyond his control that have impacted FY89's budget. Eli has made inroads even in these areas demanding closer scrutiny of the budget.

**2. Key Accountability:**

Instills in subordinates the fact that safety is a corporate priority and a successful safety program is a prime responsibility of all supervisory personnel. Consistently observes, corrects and trains subordinates to ensure compliance with safety rules, corporate safety policies and procedures. Monitors the work environment for cleanliness and safety.

XXKXXXCCXXXXXXBXXXX

**COMMENTS ON PERFORMANCE**                                      **RATING**   3+

The Track Department has greatly improved its safety ratio of 9.2 last year to a ratio of 6.7 for this year. Continued work is needed in this area to maintain this positive trend.

**3. KEY ACCOUNTABILITY**

Supervises subordinates in the constructin and maintenance of track and associated appurtenances. Guidance is provided to subordinates with daily contact, training & review of projects & work requirements.

**COMMENTS ON PERFORMANCE**                                      **RATING**   2-

Eli continues to provide excellent direction in both technical and procedural aspects of construction and maintenance. His direction has ensured a final product with excellent quality built to specifications.

**4. KEY ACCOUNTABILITY**

Must meet maintenance and production goals with budget and appropriate time frames. Must be flexible to address emergency situations as they arise.

**COMMENTS ON PERFORMANCE**                                      RATING    2

This evaluation period was again plagued by management shortages and personnel hiring problems. Despite this problem, Eli and his department increased production figures over last year and accomplished many jobs that helped eliminate present restrictions (Beverly Draw) and reduce potential restrictions. (tie job, curve renewals)

**5. KEY ACCOUNTABILITY**

Responsible for technical expertise in railroad maintenance & construction and the compliance with all related regulations.

**COMMENTS ON PERFORMANCE**                                      RATING    3

Eli has an excellent comprehension of the technical and federal requirements of maintenance and construction. He has insisted upon a higher degree of inspection from his subordinates but must insist on meeting target dates for completion on them.

**6. KEY ACCOUNTABILITY**

Comply in a timely fashion with all administrative material inventory and other managerial functions as required by the position.

**COMMENTS ON PERFORMANCE**                                      RATING    3-

There was some improvement during the last portion of this evaluation period, however much more work is needed to bring this accountability within an acceptable range especially in the area of time claims and labor issues.

**7. KEY ACCOUNTABILITY**

**COMMENTS ON PERFORMANCE**                                      RATING

**8. KEY ACCOUNTABILITY**

**COMMENTS ON PERFORMANCE**                                      RATING

**(USE ADDITIONAL SHEETS AS REQUIRED)**

## SECTION C: PERSONAL DEVELOPMENT

### EMPLOYEE STRENGTHS

1. *Insistence on quality while producing quantity.*
2. *Excellent technical background.*
3. *Consistently provides information on daily work and problems.*
4.
5.

### AREAS NEEDING IMPROVEMENT

1. *Continue work on time management especially in administrative area.*
2. *Continue to improve relationships with labor groups and MBTA managers.*
3.
4.

**PERSONAL DEVELOPMENT PLAN** (To be completed through mutual discussion and agreement between the employee and supervisor during the appraisal discussion. Supervisor is accountable for monitoring progress against this plan.)

| AREAS FOR DEVELOPMENT | ACTION STEPS | RESPONSIBILITY | TARGET DATE |
|---|---|---|---|
| *Continue to improve administrative duties i.e. timely responses* | *Continue with program in existence.* | *EM/WDF* | *Ongoing* |

**SECTION D: SUMMARY COMMENTS** *Mr. Mistovich continues to provide a reliable product with the Track Department. His leadership and guidance has helped both maintenance and force account projects to be successful. He has provided valuable information and background to his writer to ease my move to the Boston Division.*

**OVERALL RATING:** The overall rating should be determined based upon all ratings received with consideration given to the importance of each accountability. (Plus (+) and minus (−) may be used with the overall number rating to further distinguish performance level).

| 3+ |
|---|

**OVERALL RATING**
(1,2,3,4 or 5)

**EMPLOYEE COMMENTS** (OPTIONAL): 

| | | | |
|---|---|---|---|
| SUPERVISOR: | *W. D. Fencil* | W.D.Fencil (SIGNATURE) | 1/9/89 (DATE) |
| | B. R. Pohlot | (SIGNATURE) | 1-24-89 (DATE) |
| SECONDARY REVIEWER: | L. W. Bullock (TYPE OR PRINT) | (SIGNATURE) | 1-26-89 (DATE) |

*E. Mistovich*    2/2/89

EMPLOYEE'S SIGNATURE      DATE

My signature indicates that I have a copy of my job description and reviewed my evaluation with my supervisor. It does not imply



*Mistovich Aff - Exh. B*

# ANNUAL PERFORMANCE EVALUATION
## FOR MANAGEMENT EMPLOYEES

| P15 |
| --- |

NFIDENTIAL

PERSONNEL USE ONLY

| ST NAME Mistovich | INITIALS. E. | SOCIAL SECURITY NUMBER 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 | APPRAISAL PERIOD 01/01/89 TO 01/01/90 |
| --- | --- | --- | --- |
| DAPTMENT DURING APPRAISAL PERIOD | RES/LOC 9651 | LOCATION Boston | NEXT APPRAISAL DUE MONTH DAY |
| JB TITLE DURING APPRAISAL PERIOD Assistant Division Engr.-Track | JOB CODE 6NC30 | MONTHS IN POSITION 36 | HIRE DATE TO MANAGEMENT 01/16/78 |

### USE THE FOLLOWING SEQUENCE IN COMPLETING THIS APPRAISAL

- FORMALLY REVIEW EACH EMPLOYEE'S PERFORMANCE AT LEAST ONCE A YEAR. PERFORMANCE SHOULD BE INFORMALLY REVIEWED ONCE A QUARTER OR SEMI-ANNUALLY.

- COMPLETE ALL SECTIONS EXCEPT THE PERSONAL DEVELOPMENT PLAN ON LAST PAGE. SEND FORM TO THE SECONDARY REVIEWER FOR APPROVAL.

- BEFORE MEETING WITH THE EMPLOYEE FOR THE FORMAL APPRAISAL SESSION, GIVE THE EMPLOYEE A COPY OF THIS FORM AND ASK HIM/HER TO USE IT AS A BASIS FOR THINKING ABOUT HIS/HER PERFORMANCE AND DEVELOPMENT NEEDS.

- DISCUSS THE COMPLETED PERFORMANCE EVALUATION WITH THE EMPLOYEE. MODIFY IF NECESSARY. COMPLETE THE PERSONAL DEVELOPMENT PLAN THROUGH MUTUAL DISCUSSION AND AGREEMENT. REVIEW AND CHANGE THE POSITION DESCRIPTION AS APPROPRIATE DURING THIS PROCESS.

- AFTER COMPLETION OF THE APPRAISAL INTERVIEW, HAVE THE EMPLOYEE REVIEW, SIGN AND COMMENT IN THE SPACES PROVIDED. (COMMENTS ARE OPTIONAL.) GIVE THE EMPLOYEE A COPY OF THE EVALUATION. SEND COMPLETED ORIGINAL TO PERSONNEL DEPARTMENT FOR PERMANENT RECORDS STORAGE.

CTION A: PERFORMANCE FACTORS-Rate the employee's performance during this evaluation period by checking appropriate scale.

| NOT APPL. TO POSITION | | EXCEEDS REQUIREMENTS | ACCEPTABLE TO POSITION | IMPROVEMENT NEEDED |
| --- | --- | --- | --- | --- |
| ☐ | 1. Verbal communications | ☒ | ☐ | ☐ |
| ☐ | 2. Writing skills | ☐ | ☒ | ☐ |
| ☐ | 3. Gets along well with others | ☐ | ☒ | ☐ |
| ☐ | 4. Cooperation, teamwork | ☐ | ☒ | ☐ |
| ☐ | 5. Ability to work under pressure | ☐ | ☒ | ☐ |
| ☐ | 6. Management of own work time | ☐ | ☒ | ☐ |
| ☐ | 7. Ability to anticipate and avoid problems | ☐ | ☒ | ☐ |
| ☐ | 8. Keeps supervisor/superior informed | ☒ | ☐ | ☐ |
| ☐ | 9. Timeliness in meeting deadlines/schedules | ☐ | ☒ | ☐ |
| ☐ | 10. Completeness of assignments | ☐ | ☒ | ☐ |

COMMENTS: [IDENTIFY BY ITEM NUMBER AND MAKE COMMENTS AS NEEDED]

#1& 8 - Eli's verbal skills enables him to get his "message" across to subordinates, staff
and myself.  He continues to provide the best information of all ADE's and outlines
his work on a regular basis.

CTION B: ACCOUNTABILITY RATINGS-All "comments on performance" must fully and completely justify the rating given, e.g., A TWO rating, comments ist clearly specify how individual generated results above those expected of position.

FINITIONS OF CATEGORIES USED: (Plus (+) and minus (−) may be used with the number rating to further distinguish performance level.)

IE: Extraordinary and exceptional accomplishments with significant contribution to objectives of the department or the division.

IO: Consistently generates results above those expected of the position. Contributes in a superior manner to innovations both technical and functional. Demonstrates ability to get good results from others.

REE: Fulfills all major position requirements and generates desired results. There may be a minor deviation above or below expectations but the genera al of performance accomplishes what the job was designed to do.

IUR: Category for an employee with sufficient time and experience in position who shows shortcomings in major position requirements. Also category for w/inexperienced employee who is progressing adequately, but not yet fulfilling all position requirements.

IE: Overall work performance is unsatisfactory and does not meet minimum job standards.

. KEY ACCOUNTABILITY
IS ONE OF THE PRIMARY RESPONSIBILITIES OF ALL SUPERVISORS AND MANAGERS TO ADHERE TO AND COMPLY WITH THE FOLLOWING
IVE AREAS OF JOB PERFORMANCE. THESE ACCOUNTABILITIES ARE IMPORTANT AND EACH INDIVIDUAL'S PERFORMANCE SHOULD BE
VALUATED INDEPENDENTLY OF THE OTHER KEY JOB ACCOUNTABILITIES AND THE SUBSEQUENT RESULTS ACHIEVED. EACH OF THE FIVE
REAS SHOULD BE ADDRESSED IN THE COMMENTS SECTION BELOW, WHERE APPLICABLE, AND INCLUDE SPECIFIC QUANTITATIVE REMARKS.
- ADHERES TO ALL AFFIRMATIVE ACTION PROGRAMS AND ENSURES OPEN ACCESS TO ALL DEVELOPMENTAL AND PROMOTIONAL
  OPPORTUNITIES IN AN ENVIRONMENT OF NON-DISCRIMINATION.
- ADHERES TO ALL CORPORATE PERSONNEL POLICIES AND SOUND MANAGERIAL PRINCIPLES.
- EFFECTIVELY UTILIZES AMTRAK FINANCIAL RESOURCES (BUDGETS, COST CONTROLS, ETC.) AND
- EXAMINES, RECOMMENDS AND IMPLEMENTS VARIOUS AREAS OF POSSIBLE PRODUCTIVITY IMPROVEMENTS.
- COMPLIES WITH SAFETY AND OPERATING RULES TO ENSURE A SAFE, CLEAN ENVIRONMENT FOR EMPLOYEES AND THE PUBLIC.

COMMENTS ON PERFORMANCE                                      RATING  2−

°Eli continued his dedicated effort in the area of hiring this year, without sacrificing any
of his other responsibilities.  By year's end, more than 250 were interviewed with 100+
being hired.  Eli maintained his strict adherence to AAP programs and corporate policies.

°Eli utilized extremely effective cost controls in dealing with an early overtime problem.
He is continuing to work in this area and places controls as necessary.

°Eli has worked with maintenance forces to improve productivity and has assisted the
Force Account Staff by doing the same.

2. KEY ACCOUNTABILITY—Instills in subordinates the fact that safety is a corporate priority and a
successful safety program is a prime responsibility of all supervisory personnel.  Consistently
observes, corrects and trains subordinates to ensure compliance with safety rules, corporate
safety policies and procedures.  Monitors the work environment for cleanliness and safety.

COMMENTS ON PERFORMANCE                                      RATING  2+

Eli's group has done extremely well in this area with a current year-to-date ratio of 5.3% − bel
both Corporate and Engineering goals.  This is not only a reduction from last year's 6.7% goal
but also a reduction is Year-to-date total injuries, lost time cases and FRA injuries.  A large
effort was made in STOP to help continue this trend.

3. KEY ACCOUNTABILITY
Supervises subordinates in the construction and maintenance of track and associated appurtenance
Guidance is provided to subordinates with daily contact, training and review of projects and
work requirements.

COMMENTS ON PERFORMANCE                                      RATING  2−

Eli provides excellent leadership to his subordinates with written
instructions and daily meetings.  Several training programs were personally attended and lead
by Eli and his staff to ensure a high level of instruction.  The Track Group is the best
organized and managed Department in Commuter Engineering.

EY ACCOUNTABILITY

Must meet maintenance and production goals with budget and appropriate time frames. Must be flexible to address emergency situations as they arise.

MMENTS ON PERFORMANCE                                    25%   RATING   2

Not only were last year's goals met, production units increased over an extremely good year before figures. This work was accomplished with minimal impact to train operations. Many critical areas were remedied to improve service and reduce restrictions (Andover St., Derby Curve). Although beyond his scope, Eli led the Force Account group through many projects to achieve a good final product (Wellington).

EY ACCOUNTABILITY

Responsible for technical expertise in railroad maintenance and construction and the compliance with all related regulations.

MMENTS ON PERFORMANCE                                    RATING   3+

Eli continues to maintain a high degree of proficiency in both technical and federal regulations concerning track. He has also increased his knowledge in the area of vegetation management by volunteering to go to town and consultant meetings. Great improvement was made in inspections and meeting dates.

KEY ACCOUNTABILITY

Comply in a timely fashion with all administrative material inventory and other managerial functions as required by the position.

MMENTS ON PERFORMANCE                                    RATING  3

The material inventory was completed on a timely and accurate basis with accolades from the auditors. All time claims were addressed promptly and labor issues dealt with expeditiously. Great inroads were made over last year's performance in this accountability. A good relationship was developed with MBTA managers during this time frame.

KEY ACCOUNTABILITY

OMMENTS ON PERFORMANCE                                    RATING

. KEY ACCOUNTABILITY

COMMENTS ON PERFORMANCE                                    RATING

**(USE ADDITIONAL SHEETS AS REQUIRED)**

CTION C: PERSONAL DEVELOPMENT

PLOYEE STRENGTHS

Team player willing to help other managers and Departments.

Technical expertise that continues to grow.

Good communication skills especially with Senior Engineer.

EAS NEEDING IMPROVEMENT

Continue work with labor and MBTA issues.

Continue to develop subordinates.

RSONAL DEVELOPMENT PLAN (To be completed through mutual discussion and agreement between the employee and
ervisor during the appraisal discussion. Supervisor is accountable for monitoring progress against this plan.)

| EAS FOR DEVELOPMENT | ACTION STEPS | RESPONSIBILITY | TARGET DATE |
|---|---|---|---|
| | | | |

CTION D: SUMMARY COMMENTS   Eli worked hard this past year to better himself and his
Department--by all counts he has achieved this.  He is a dedicated employee and a valuable
asset to the Corporation.

VERALL RATING: The overall rating should be determined based upon all ratings received
ith consideration given to the importance of each accountability. (Plus (+) and minus (−) may be
sed with the overall number rating to further distinguish performance level).

| 2− |
|---|

OVERALL RATING
(1,2,3,4 or 5)

MPLOYEE COMMENTS (OPTIONAL): _____

UPERVISOR:   W.D. Fencil _____   _WDFencil_____   _12/21/89_
            (TYPE OR PRINT)          (SIGNATURE)        (DATE)

ECONDARY
EVIEWER:   _Lee W. Bullock_   _____   _1-3-89_
            (TYPE OR PRINT)          (SIGNATURE)        (DATE)

My signature indicates that I have a copy of my job description
and reviewed my evaluation with my supervisor. It does not imply

EMPLOYEE'S SIGNATURE         DATE

CONFIDENTIAL

# ANNUAL PERFORMANCE EVALUATION
# FOR MANAGEMENT EMPLOYEES

P15

PERSONNEL USE ONLY

| LAST NAME Mistovich | INITIALS E. | SOCIAL SECURITY NUMBER 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 | APPRAISAL PERIOD 1/1/91 TO 1/1/92 |
|---|---|---|---|
| DEPARTMENT DURING APPRAISAL PERIOD Engineering - Commuter | RES/LOC 9651 | LOCATION Boston, MA | NEXT APPRAISAL DUE MO. 1 DAY 1 YR 93 |
| JOB TITLE DURING APPRAISAL PERIOD A.D.E. - Track | JOB CODE 6NC30 | MONTHS IN POSITION 60 | HIRE DATE TO MANAGEMENT 1/16/78 |

### USE THE FOLLOWING SEQUENCE IN COMPLETING THIS APPRAISAL

1. FORMALLY REVIEW EACH EMPLOYEE'S PERFORMANCE AT LEAST ONCE A YEAR. PERFORMANCE SHOULD BE INFORMALLY REVIEWED ONCE A QUARTER OR SEMI-ANNUALLY.

2. COMPLETE ALL SECTIONS EXCEPT THE PERSONAL DEVELOPMENT PLAN ON LAST PAGE. SEND FORM TO THE SECONDARY REVIEWER FOR APPROVAL.

3. BEFORE MEETING WITH THE EMPLOYEE FOR THE FORMAL APPRAISAL SESSION, GIVE THE EMPLOYEE A COPY OF THIS FORM AND ASK HIM/HER TO USE IT AS A BASIS FOR THINKING ABOUT HIS/HER PERFORMANCE AND DEVELOPMENT NEEDS.

4. DISCUSS THE COMPLETED PERFORMANCE EVALUATION WITH THE EMPLOYEE. MODIFY IF NECESSARY. COMPLETE THE PERSONAL DEVELOPMENT PLAN THROUGH MUTUAL DISCUSSION AND AGREEMENT. REVIEW AND CHANGE THE POSITION DESCRIPTION AS APPROPRIATE DURING THIS PROCESS.

5. AFTER COMPLETION OF THE APPRAISAL INTERVIEW, HAVE THE EMPLOYEE REVIEW, SIGN AND COMMENT IN THE SPACES PROVIDED. (COMMENTS ARE OPTIONAL.) GIVE THE EMPLOYEE A COPY OF THE EVALUATION. SEND COMPLETED ORIGINAL TO PERSONNEL DEPARTMENT FOR PERMANENT RECORDS STORAGE.

**SECTION A:** PERFORMANCE FACTORS-Rate the employee's performance during this evaluation period by checking appropriate scale.

| | NOT APPL. TO POSITION | | EXCEEDS REQUIREMENTS | ACCEPTABLE TO POSITION | IMPROVEMENT NEEDED |
|---|---|---|---|---|---|
| 1. Verbal communications | ☐ | | ☐ | ☒ | ☐ |
| 2. Writing skills | ☐ | | ☐ | ☒ | ☐ |
| 3. Gets along well with others | ☐ | | ☐ | ☒ | ☐ |
| 4. Cooperation, teamwork | ☐ | | ☒ | ☐ | ☐ |
| 5. Ability to work under pressure | ☐ | | ☐ | ☒ | ☐ |
| 6. Management of own work time | ☐ | | ☒ | ☐ | ☐ |
| 7. Ability to anticipate and avoid problems | ☐ | | ☐ | ☒ | ☐ |
| 8. Keeps supervisor/superior informed | ☐ | | ☒ | ☐ | ☐ |
| 9. Timeliness in meeting deadlines/schedules | ☐ | | ☐ | ☒ | ☐ |
| 10. Completeness of assignments | ☐ | | ☐ | ☒ | ☐ |

COMMENTS: [IDENTIFY BY ITEM NUMBER AND MAKE COMMENTS AS NEEDED]

_4 & 6. Eli pressures his staff to work as a team, this is aided by daily contact and information to ensure coordinated efforts. 6 & 8. Eli manages to juggle administrative and field duties well with no impact to the valuable information given to the Senior Engineer on a daily basis._

**SECTION B:** ACCOUNTABILITY RATINGS-All "comments on performance" must fully and completely justify the rating given. e.g., A TWO rating, comments must clearly specify how individual generated results above those expected of position.

**DEFINITIONS OF CATEGORIES USED:** (Plus (+) and minus (−) may be used with the number rating to further distinguish performance level.)

**ONE:** Extraordinary and exceptional accomplishments with significant contribution to objectives of the department or the division.

**TWO:** Consistently generates results above those expected of the position. Contributes in a superior manner to innovations both technical and functional. Demonstrates the ability to get good results from others.

**THREE:** Fulfills all major position requirements and generates desired results. There may be a minor deviation above or below expectations but the general level of performance accomplishes what the job was designed to do.

**FOUR:** Category for an employee with sufficient time and experience in position who shows shortcomings in major position requirements. Also category for new/inexperienced employee who is progressing adequately, but not yet fulfilling all position requirements.

**FIVE:** Overall work performance is unsatisfactory and does not meet minimum job standards.

## 1. KEY ACCOUNTABILITY

IT IS ONE OF THE PRIMARY RESPONSIBILITIES OF ALL SUPERVISORS AND MANAGERS TO ADHERE TO AND COMPLY WITH THE FOLLOWING FIVE AREAS OF JOB PERFORMANCE. THESE ACCOUNTABILITIES ARE IMPORTANT AND EACH INDIVIDUAL'S PERFORMANCE SHOULD BE EVALUATED INDEPENDENTLY OF THE OTHER KEY JOB ACCOUNTABILITIES AND THE SUBSEQUENT RESULTS ACHIEVED. EACH OF THE FIVE AREAS SHOULD BE ADDRESSED IN THE COMMENTS SECTION BELOW, WHERE APPLICABLE, AND INCLUDE SPECIFIC QUANTITATIVE REMARKS.

- ADHERES TO ALL AFFIRMATIVE ACTION PROGRAMS AND ENSURES OPEN ACCESS TO ALL DEVELOPMENTAL AND PROMOTIONAL OPPORTUNITIES IN AN ENVIRONMENT OF NON-DISCRIMINATION.
- ADHERES TO ALL CORPORATE PERSONNEL POLICIES AND SOUND MANAGERIAL PRINCIPLES.
- EFFECTIVELY UTILIZES AMTRAK FINANCIAL RESOURCES (BUDGETS, COST CONTROLS, ETC.) AND
- EXAMINES, RECOMMENDS AND IMPLEMENTS VARIOUS AREAS OF POSSIBLE PRODUCTIVITY IMPROVEMENTS.
- COMPLIES WITH SAFETY AND OPERATING RULES TO ENSURE A SAFE, CLEAN ENVIRONMENT FOR EMPLOYEES AND THE PUBLIC.

| COMMENTS ON PERFORMANCE | RATING | 2 |
|---|---|---|

° Eli maintains an atmosphere conducive to the equal development of all employees. Adhering to all corporate policies and procedures.

° Eli once again used sound budgetary management to bring the Track Department in 3% under budget for the second consecutive year. Effective controls and material management also contributed to this excellent achievement.

° Productivity continued to increase along with the quality of the finished product. Once again Eli and his staff participated in the planning and supervising of many Force Account Projects. This task is above and beyond assigned duties and responsibilities.

2. KEY ACCOUNTABILITY:   Instills in subordinates the fact that safety is corporate priority and a successful safety program is a prime responsibility of all supervisory personnel. Consistently observes, corrects and trains subordinates to ensure compliance with safety rules, corporate safety policies and procedures. Monitors the work environment for cleanliness and safety.

2. KEY ACCOUNTABILITY

| COMMENTS ON PERFORMANCE | RATING | 2+ |
|---|---|---|

The Track Department continued to lower all categories of injuries, finishing the year with a ratio of 4.6%. This is not only below last years ratio of 6.8% but also below the Commuter goal of 6.27 and the Division goal of 5.73. Emphasis was again placed on STOP and weekly meetings.

## 3. KEY ACCOUNTABILITY

Supervises subordinates in the construction and maintenance of track and associated appurtenances. Guidance is provided to subordinates with daily contact, training and review of projects and work requirements.

| COMMENTS ON PERFORMANCE | RATING | 2 |
|---|---|---|

One of the strongest points in the Track Department is the coordination of activities within the Department. Eli starts this process with the daily notes and updates to his staff. A sound foundation of teamwork has been established - the results prove it.

**4. KEY ACCOUNTABILITY**

Must meet maintenance and production goals with in budget and during appropriate time frames. Must be flexible to address emergency situations as they arise.

**COMMENTS ON PERFORMANCE**

**RATING**   2+

Eli set higher goals this year in the area of maintenance and production and once again exceeded them. During recent meetings the "T" expressed their satisfaction with the Track Departments work. In part this is due to the aggressive programs that led again to a decrease in Sperry Rail defects. Excelllent. Emergency situations were quickly responded to and addressed.

**5. KEY ACCOUNTABILITY**

Responsible for technical expertise in railroad maintenance and construction and the compliance with all related regulations.

**COMMENTS ON PERFORMANCE**

**RATING**   3+

Eli's technical background is excellent. He has added to and expanded this knowledge through his efforts in vegetation management. Commuter Rail had the first successful spray program largelly due to Eli's hard work. The Track Department staff also showed improvement in this area. Continued work is necessary to ensure no future problems.

**6. KEY ACCOUNTABILITY**

Comply in a timely fashion with all administrative, material inventory and other managerial functions as required by the position.

**COMMENTS ON PERFORMANCE**

**RATING**   3+

All administrative duties were handled well and in a timely fashion. Material inventories showed less tha 1% variance this year. Continued positive relationships were had with MBTA counterparts. Eli continued to provide this writer with valuable input on a daily basis.

**7. KEY ACCOUNTABILITY**

**COMMENTS ON PERFORMANCE**

**RATING**

**8. KEY ACCOUNTABILITY**

**COMMENTS ON PERFORMANCE**

**RATING**

**(USE ADDITIONAL SHEETS AS REQUIRED)**

## SECTION C: PERSONAL DEVELOPMENT

**EMPLOYEE STRENGTHS**

1. _Continual expansion of technical expertise._

2. _Organized team manager._

3. _Good communication._

4. _Ability to keep staff motivated during demanding times._

5. _____

**AREAS NEEDING IMPROVEMENT**

1. _Continue to strengthen staff on environmental issues._

2. _____

3. _____

4. _____

**PERSONAL DEVELOPMENT PLAN** (To be completed through mutual discussion and agreement between the employee and supervisor during the appraisal discussion. Supervisor is accountable for monitoring progress against this plan.)

| AREAS FOR DEVELOPMENT | ACTION STEPS | RESPONSIBILITY | TARGET DATE |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**SECTION D: SUMMARY COMMENTS** _The Track Department continues to be the best organized, managed and improved department. As developed through the evaluation text, this is due to Eli's outstanding abilities as a manager._

**OVERALL RATING:** The overall rating should be determined based upon all ratings received with consideration given to the importance of each accountability. (Plus (+) and minus (−) may be used with the overall number rating to further distinguish performance level).

| 2 |
|---|

**OVERALL RATING**
(1,2,3,4 or 5)

**EMPLOYEE COMMENTS** (OPTIONAL): _____

_____

_____

| | (TYPE OR PRINT) | (SIGNATURE) | (DATE) |
|---|---|---|---|
| SUPERVISOR: | W. D. Fencil | _signature_ | 1/20/92 |
| SECONDARY REVIEWER: | B. R. Pohlot | _signature_ | 1-28-92 |

| | EMPLOYEE'S SIGNATURE | DATE |
|---|---|---|

My signature indicates that I have a copy of my job description and reviewed my evaluation with my supervisor. It does not imply that I agree or disagree with the contents of this performance evaluation.

Amtrak

*Mistovich AH Ext. D*

**P15**

### ANNUAL PERFORMANCE EVALUATION
### FOR MANAGEMENT EMPLOYEES

CONFIDENTIAL

PERSONNEL USE ONLY

| LAST NAME Mistovich | INITIALS E. | SOCIAL SECURITY NUMBER 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 | APPRAISAL PERIOD 1/1/92 TO 1/1/93 |
|---|---|---|---|

| DEPARTMENT DURING APPRAISAL PERIOD Engineering - Commuter | RES/LOC 9651 | LOCATION Boston | NEXT APPRAISAL DUE MO 01 DAY 01 YR 94 |
|---|---|---|---|

| JOB TITLE DURING APPRAISAL PERIOD A.D.E. - Track | JOB CODE 6NC30 | MONTHS IN POSITION 72 | HIRE DATE TO MANAGEMENT 1/16/78 |
|---|---|---|---|

**USE THE FOLLOWING SEQUENCE IN COMPLETING THIS APPRAISAL**

1. FORMALLY REVIEW EACH EMPLOYEE'S PERFORMANCE AT LEAST ONCE A YEAR. PERFORMANCE SHOULD BE INFORMALLY REVIEWED ONCE A QUARTER OR SEMI-ANNUALLY.

2. COMPLETE ALL SECTIONS EXCEPT THE PERSONAL DEVELOPMENT PLAN ON LAST PAGE. SEND FORM TO THE SECONDARY REVIEWER FOR APPROVAL.

3. BEFORE MEETING WITH THE EMPLOYEE FOR THE FORMAL APPRAISAL SESSION, GIVE THE EMPLOYEE A COPY OF THIS FORM AND ASK HIM/HER TO USE IT AS A BASIS FOR THINKING ABOUT HIS/HER PERFORMANCE AND DEVELOPMENT NEEDS.

4. DISCUSS THE COMPLETED PERFORMANCE EVALUATION WITH THE EMPLOYEE. MODIFY IF NECESSARY. COMPLETE THE PERSONAL DEVELOPMENT PLAN THROUGH MUTUAL DISCUSSION AND AGREEMENT. REVIEW AND CHANGE THE POSITION DESCRIPTION AS APPROPRIATE DURING THIS PROCESS.

5. AFTER COMPLETION OF THE APPRAISAL INTERVIEW, HAVE THE EMPLOYEE REVIEW, SIGN AND COMMENT IN THE SPACES PROVIDED. (COMMENTS ARE OPTIONAL.) GIVE THE EMPLOYEE A COPY OF THE EVALUATION. SEND COMPLETED ORIGINAL TO PERSONNEL DEPARTMENT FOR PERMANENT RECORDS STORAGE.

**SECTION A: PERFORMANCE FACTORS**-Rate the employee's performance during this evaluation period by checking appropriate scale.

| NOT APPL. TO POSITION | | EXCEEDS REQUIREMENTS | ACCEPTABLE TO POSITION | IMPROVEMENT NEEDED |
|---|---|---|---|---|
| ☐ | 1. Verbal communications | ☐ | ☒ | ☐ |
| ☐ | 2. Writing skills | ☐ | ☒ | ☐ |
| ☐ | 3. Gets along well with others | ☐ | ☒ | ☐ |
| ☐ | 4. Cooperation, teamwork | ☒ | ☐ | ☐ |
| ☐ | 5. Ability to work under pressure | ☐ | ☒ | ☐ |
| ☐ | 6. Management of own work time | ☒ | ☐ | ☐ |
| ☐ | 7. Ability to anticipate and avoid problems | ☐ | ☒ | ☐ |
| ☐ | 8. Keeps supervisor/superior informed | ☒ | ☐ | ☐ |
| ☐ | 9. Timeliness in meeting deadlines/schedules | ☐ | ☒ | ☐ |
| ☐ | 10. Completeness of assignments | ☐ | ☒ | ☐ |

**COMMENTS:** [IDENTIFY BY ITEM NUMBER AND MAKE COMMENTS AS NEEDED]

4,6 & 8 - As developed in Section 'B' - Eli's strength as a manager lies in his organizational and communication skills. Daily information (written & verbal) provide valued insight to staff and Senior Engineer.

**SECTION B: ACCOUNTABILITY RATINGS**-All "comments on performance" must fully and completely justify the rating given, e.g., A TWO rating, comments must clearly specify how individual generated results above those expected of position.

**DEFINITIONS OF CATEGORIES USED:** (Plus (+) and minus (−) may be used with the number rating to further distinguish performance level.)

**ONE:** Extraordinary and exceptional accomplishments with significant contribution to objectives of the department or the division.

**TWO:** Consistently generates results above those expected of the position. Contributes in a superior manner to innovations both technical and functional. Demonstrates the ability to get good results from others.

**THREE:** Fulfills all major position requirements and generates desired results. There may be a minor deviation above or below expectations but the general level of performance accomplishes what the job was designed to do.

**FOUR:** Category for an employee with sufficient time and experience in position who shows shortcomings in major position requirements. Also category for new/inexperienced employee who is progressing adequately, but not yet fulfilling all position requirements.

**FIVE:** Overall work performance is unsatisfactory and does not meet minimum job standards.

NRPC 2047 (1/85)

## 1. KEY ACCOUNTABILITY

IT IS ONE OF THE PRIMARY RESPONSIBILITIES OF ALL SUPERVISORS AND MANAGERS TO ADHERE TO AND COMPLY WITH THE FOLLOWING FIVE AREAS OF JOB PERFORMANCE. THESE ACCOUNTABILITIES ARE IMPORTANT AND EACH INDIVIDUAL'S PERFORMANCE SHOULD BE EVALUATED INDEPENDENTLY OF THE OTHER KEY JOB ACCOUNTABILITIES AND THE SUBSEQUENT RESULTS ACHIEVED. EACH OF THE FIVE AREAS SHOULD BE ADDRESSED IN THE COMMENTS SECTION BELOW, WHERE APPLICABLE, AND INCLUDE SPECIFIC QUANTITATIVE REMARKS.

- ADHERES TO ALL AFFIRMATIVE ACTION PROGRAMS AND ENSURES OPEN ACCESS TO ALL DEVELOPMENTAL AND PROMOTIONAL OPPORTUNITIES IN AN ENVIRONMENT OF NON-DISCRIMINATION.
- ADHERES TO ALL CORPORATE PERSONNEL POLICIES AND SOUND MANAGERIAL PRINCIPLES.
- EFFECTIVELY UTILIZES AMTRAK FINANCIAL RESOURCES (BUDGETS, COST CONTROLS, ETC.) AND
- EXAMINES, RECOMMENDS AND IMPLEMENTS VARIOUS AREAS OF POSSIBLE PRODUCTIVITY IMPROVEMENTS.
- COMPLIES WITH SAFETY AND OPERATING RULES TO ENSURE A SAFE, CLEAN ENVIRONMENT FOR EMPLOYEES AND THE PUBLIC.

| COMMENTS ON PERFORMANCE | RATING | 2 |

° Eli perpetuates an environment favorable to the equal growth of all employees, heeding corporate policies and procedures.

° For the 3rd. consecutive year, Eli brought the Track Department in under budget ($37,167) controls and effective material management were once again used to achieve this result.

° Eli and the rest of the Track Department continued to help supervise and monitor many Force Account projects.  This is a task over and above assigned accountabilities and was performed with no impact to other responsibilities.

## 2. KEY ACCOUNTABILITY:

Instills in subordinates the fact that safety is a corporate priority and a successful safety program is a prime responsibility of all supervisory personnel.  Consistently observes, corrects and trains subordinates to ensure compliance with safety rules, corporate safety policies and procedures.  Monitors the work environment for cleanliness and safety.

~~2. KEY ACCOUNTABILITY~~

| COMMENTS ON PERFORMANCE | RATING | 2+ |

Track finished the year with an impressive ratio of 2.15%.  Well below the goal of 5.6%.  Once again all categories of injuries were reduced.  Continued hard work will keep this outstanding feat continue into 1993.  GREAT JOB.

## 3. KEY ACCOUNTABILITY

Supervises subordinates in the construction and maintenance of track and associated appurtenances.  Guidance is provided to subordinates with daily contact, training & review of projects and work requirements.

| COMMENTS ON PERFORMANCE | RATING | 2 |

Eli is well organized and provides worthwhile guidance to his subordinates on a daily basis.  His staff is continually updated and kept abreast of all activities.  The track staff is a well coordinated team.  Eli spends time with each Roadmaster for training and maintenance project reviews.

**4. KEY ACCOUNTABILITY**

Must meet maintenance and production goals with budget and appropriate time frames. Must be flexible to address emergency situations as they arise.

| COMMENTS ON PERFORMANCE | RATING   2+ |
|---|---|

Typical of previous years, the Track Department continued to do more than required by the MBTA. The maintenance program goals were exceeded: 31,237 ties were installed, 7 rail lubricators were installed etc. Several damaging storms were handled professionally and quickly. This prevented long delays to the commuters and a safe trip in severe weather.

**5. KEY ACCOUNTABILITY**

Responsible for technical expertise in railroad maintenance and construction and the compliance with all related regulations.

| COMMENTS ON PERFORMANCE | RATING   2- |
|---|---|

Eli continues to hone the skills of the Track Staff through his superb technical proficiency. Environmental issues were handled with professional sensitivity and without incident. Hard work and long hours (mostly of his own time) were spent on the vegetation plan. The program was personally administered by Eli.

**6. KEY ACCOUNTABILITY**

Comply in a timely fashion with all administrative material inventory and other managerial functions as required by the position.

| COMMENTS ON PERFORMANCE | RATING   3 |
|---|---|

Eli's administrative functions were managed effectively and in a propitious manner. Eli filled in for the Senior Engineer during vacations and business trips. He continued to furnish worthwhile information on a consistent basis. Field time was increased over previous years, this helped aid staff in many administrative functions. Eli must carefully consider the possible "political" outcome when dealing with sensitive contract issues.

**7. KEY ACCOUNTABILITY**

| COMMENTS ON PERFORMANCE | RATING |
|---|---|

**8. KEY ACCOUNTABILITY**

| COMMENTS ON PERFORMANCE | RATING |
|---|---|

(USE ADDITIONAL SHEETS AS REQUIRED)

**SECTION C: PERSONAL DEVELOPMENT**

**EMPLOYEE STRENGTHS**

1. Technical proficiency

2. Well organized

3. Dependable

4. Good communicator

5.

**AREAS NEEDING IMPROVEMENT**

1. Continue working and training staff in administrative functions

2.

3.

4.

**PERSONAL DEVELOPMENT PLAN** (To be completed through mutual discussion and agreement between the employee and supervisor during the appraisal discussion. Supervisor is accountable for monitoring progress against this plan.)

| AREAS FOR DEVELOPMENT | ACTION STEPS | RESPONSIBILITY | TARGET DATE |
|---|---|---|---|
| | | | |

**SECTION D: SUMMARY COMMENTS**    Eli is a solid, dependable manager. His abilities are more than ready to be tested by greater responsibilities and challenges.

**OVERALL RATING:** The overall rating should be determined based upon all ratings received with consideration given to the importance of each accountability. (Plus (+) and minus (−) may be used with the overall number rating to further distinguish performance level).

| 2 |
|---|

**OVERALL RATING**
(1,2,3,4 or 5)

**EMPLOYEE COMMENTS** (OPTIONAL): 

| | | |
|---|---|---|
| SUPERVISOR: | W. D. Fencil | 1/18/93 |
| | (TYPE OR PRINT)    (SIGNATURE) | (DATE) |
| SECONDARY REVIEWER: | B. R. Pohlot | 1-21-93 |
| | (TYPE OR PRINT)    (SIGNATURE) | (DATE) |

| EMPLOYEE'S SIGNATURE | DATE |
|---|---|

My signature indicates that I have a copy of my job description and reviewed my evaluation with my supervisor. It does not imply that I agree or disagree with the contents of this performance evaluation.

*Mistovich Aff. Exh. E*

**Amtrak**

**CONFIDENTIAL**

**ANNUAL PERFORMANCE EVALUATION
FOR MANAGEMENT EMPLOYEES**

| P15 | |
|---|---|

**PERSONNEL USE ONLY**

| LAST NAME | INITIALS | SOCIAL SECURITY NUMBER | APPRAISAL PERIOD |
|---|---|---|---|
| Mistovich | E. | 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 | 1/1/93 TO 1/1/94 |

| DEPARTMENT DURING APPRAISAL PERIOD | RESCEN | FIS LOCATION | MSA LOCATION | NEXT APPRAISAL DUE |
|---|---|---|---|---|
| Engineering - Commuter | 9651 | | Boston, MA | MO 01 DAY 01 YR 95 |

| JOB TITLE DURING APPRAISAL PERIOD | JOB CODE | MONTHS IN POSITION | HIRE DATE TO MANAGEMENT |
|---|---|---|---|
| A.D.E. Track | 6NC30 | | 1/16/78 |

### USE THE FOLLOWING SEQUENCE IN COMPLETING THIS APPRAISAL

1. FORMALLY REVIEW EACH EMPLOYEE'S PERFORMANCE AT LEAST ONCE A YEAR. PERFORMANCE SHOULD BE INFORMALLY REVIEWED ONCE A QUARTER OR SEMI-ANNUALLY.

2. COMPLETE ALL SECTIONS EXCEPT THE PERSONAL DEVELOPMENT PLAN ON LAST PAGE. SEND FORM TO THE SECONDARY REVIEWER FOR APPROVAL.

3. BEFORE MEETING WITH THE EMPLOYEE FOR THE FORMAL APPRAISAL SESSION, GIVE THE EMPLOYEE A COPY OF THIS FORM AND ASK HIM/HER TO USE IT AS A BASIS FOR THINKING ABOUT HIS/HER PERFORMANCE AND DEVELOPMENT NEEDS.

4. DISCUSS THE COMPLETED PERFORMANCE EVALUATION WITH THE EMPLOYEE. MODIFY IF NECESSARY. COMPLETE THE PERSONAL DEVELOPMENT PLAN THROUGH MUTUAL DISCUSSION AND AGREEMENT. REVIEW AND CHANGE THE POSITION DESCRIPTION AS APPROPRIATE DURING THIS PROCESS.

5. AFTER COMPLETION OF THE APPRAISAL INTERVIEW, HAVE THE EMPLOYEE REVIEW, SIGN AND COMMENT IN THE SPACES PROVIDED. (COMMENTS ARE OPTIONAL.) GIVE THE EMPLOYEE A COPY OF THE EVALUATION. SEND COMPLETED ORIGINAL TO PERSONNEL DEPARTMENT FOR PERMANENT RECORDS STORAGE.

**SECTION A: PERFORMANCE FACTORS-**Rate the employee's performance during this evaluation period by checking appropriate scale.

| NOT APPL. TO POSITION | | EXCEEDS REQUIREMENTS | ACCEPTABLE TO POSITION | IMPROVEMENT NEEDED |
|---|---|---|---|---|
| ☐ | 1. Verbal communications | ☐ | ☒ | ☐ |
| ☐ | 2. Writing skills | ☐ | ☒ | ☐ |
| ☐ | 3. Gets along well with others | ☐ | ☒ | ☐ |
| ☐ | 4. Cooperation, teamwork | ☒ | ☐ | ☐ |
| ☐ | 5. Ability to work under pressure | ☐ | ☒ | ☐ |
| ☐ | 6. Management of own work time | ☒ | ☐ | ☐ |
| ☐ | 7. Ability to anticipate and avoid problems | ☐ | ☒ | ☐ |
| ☐ | 8. Keeps supervisor/superior informed | ☒ | ☐ | ☐ |
| ☐ | 9. Timeliness in meeting deadlines/schedules | ☐ | ☒ | ☐ |
| ☐ | 10. Completeness of assignments | ☐ | ☒ | ☐ |

**COMMENTS:** [IDENTIFY BY ITEM NUMBER AND MAKE COMMENTS AS NEEDED]

Eli is an organized and well skilled manager, Items 4,6 & 8 are developed through the text

of Section B.

**SECTION B: ACCOUNTABILITY RATINGS-**All "comments on performance" must fully and completely justify the rating given, e.g., A TWO rating, comments must clearly specify how individual generated results above those expected of position.

**DEFINITIONS OF CATEGORIES USED:** (Plus (+) and minus (−) may be used with the number rating to further distinguish performance level.)

**ONE:** Extraordinary and exceptional accomplishments with significant contribution to objectives of the department or the division.

**TWO:** Consistently generates results above those expected of the position. Contributes in a superior manner to innovations both technical and functional. Demonstrates the ability to get good results from others.

**THREE:** Fulfills all major position requirements and generates desired results. There may be a minor deviation above or below expectations but the general level of performance accomplishes what the job was designed to do.

**FOUR:** Category for an employee with sufficient time and experience in position who shows shortcomings in major position requirements. Also category for new/inexperienced employee who is progressing adequately, but not yet fulfilling all position requirements.

**FIVE:** Overall work performance is unsatisfactory and does not meet minimum job standards.

RPC 2047 (4/93)

**1. KEY ACCOUNTABILITY**

IT IS ONE OF THE PRIMARY RESPONSIBILITIES OF ALL SUPERVISORS AND MANAGERS TO ADHERE TO AND COMPLY WITH THE FOLLOWING FIVE AREAS OF JOB PERFORMANCE. THESE ACCOUNTABILITIES ARE IMPORTANT AND EACH INDIVIDUAL'S PERFORMANCE SHOULD BE EVALUATED INDEPENDENTLY OF THE OTHER KEY JOB ACCOUNTABILITIES AND THE SUBSEQUENT RESULTS ACHIEVED. EACH OF THE FIVE AREAS SHOULD BE ADDRESSED IN THE COMMENTS SECTION BELOW, WHERE APPLICABLE, AND INCLUDE SPECIFIC QUANTITATIVE REMARKS.

- ADHERES TO ALL AFFIRMATIVE ACTION PROGRAMS AND ENSURES OPEN ACCESS TO ALL DEVELOPMENTAL AND PROMOTIONAL OPPORTUNITIES IN AN ENVIRONMENT OF NON-DISCRIMINATION.
- ADHERES TO ALL CORPORATE PERSONNEL POLICIES AND SOUND MANAGERIAL PRINCIPLES.
- EFFECTIVELY UTILIZES AMTRAK FINANCIAL RESOURCES (BUDGETS, COST CONTROLS, ETC.) AND
- EXAMINES, RECOMMENDS AND IMPLEMENTS VARIOUS AREAS OF POSSIBLE PRODUCTIVITY IMPROVEMENTS.
- COMPLIES WITH SAFETY AND OPERATING RULES TO ENSURE A SAFE, CLEAN ENVIRONMENT FOR EMPLOYEES AND THE PUBLIC.

**COMMENTS ON PERFORMANCE**                                **RATING**    2

° Eli maintains and adheres to Amtrak's programs on Affirmative Action and opportunity. Everyone is treated the same in his dealings with managers and craft personnel.

° The Track Department was on target for the FY 93 budget outside of the additional CRSEP projects and several major rain and snow storms that were not under his control.

° Work continued outside of scope for Eli amd his department regarding CRSEP and F/A projects. No impact to regular assignments was evident in spite of the additional responsibilities. This was accomplished through cooperation and teamwork style of management.

**2. KEY ACCOUNTABILITY:** "Acts to establish safety as an intergral and continuous part of all processes and procedures. Motivates subordinates to recognize and act upon the premise that safety is a line management responsibility. Monitors all aspects of work performance, identifies hazards, and acts proactively to protect employees and the public."

XXKEY XXCCOUNXXBXKMXX

**COMMENTS ON PERFORMANCE**    The Track Department finished the year with a    **RATING**    3
ratio of 7% belying the safety dedication of the group. The excellent example set the previous year shows the the Department can get back to target to reduce injuries. There were some pockets of quality performance with the South side supervisor's group going over 12 months with out a reportable.

**3. KEY ACCOUNTABILITY**
Supervises subordinates in the construction and maintenance of track and associated appurtenances. Guidance is provided to subordinates with daily contact, training and review of projects and work requirements.

**COMMENTS ON PERFORMANCE**    Daily job outlines and notes continue to help    **RATING**    2
the Track Department to be the most organized and supervised team. Eli manages, trains, and supervises his subordinates using good organizational and communication skills. Much time is spent with each manager to ensure coordinated efforts with positive results. When situations dictate, special meetings are held to make sure everyone is clear on the task at hand.

## SECTION C: PERSONAL DEVELOPMENT

**EMPLOYEE STRENGTHS**

1. Technical skills and solid experience in track and environmental issues.

2. Team manager.

3. Reliable and dependable.

4. Good communicator with subordinates.

5.

**AREAS NEEDING IMPROVEMENT**

1. Continue working with staff through field time.

2. Strengthen safety program with staff.

3.

4.

**PERSONAL DEVELOPMENT PLAN** (To be completed through mutual discussion and agreement between the employee and supervisor during the appraisal discussion. Supervisor is accountable for monitoring progress against this plan.)

| AREAS FOR DEVELOPMENT | ACTION STEPS | RESPONSIBILITY | TARGET DATE |
|---|---|---|---|
| Staff | 1. Continue progress w/ staff development thru delegation  2. Continue to strengthen safety program w/ staff | 1. EM  1. EM/WDF | ongoing  " |

**SECTION D: SUMMARY COMMENTS** ___ Eli is a team manager that gets the job done consistently. He has developed an excellent and reliable staff. He is personally dedicated to the task at hand.

**OVERALL RATING:** The overall rating should be determined based upon all ratings received with consideration given to the importance of each accountability. (Plus (+) and minus (−) may be used with the overall number rating to further distinguish performance level).

| 2 |
|---|

**OVERALL RATING**
(1,2,3,4 or 5)

**EMPLOYEE COMMENTS** (OPTIONAL): _____

SUPERVISOR: _WDFencil_ _(signature)_ _1/5/94_
(TYPE OR PRINT)        (SIGNATURE)        (DATE)

SECONDARY
REVIEWER: _B. R. Pohlot_ _(signature)_ _1-17-94_
(TYPE OR PRINT)        (SIGNATURE)        (DATE)

_(signature)_ _2/03/94_
EMPLOYEE'S SIGNATURE        DATE

My signature indicates that I have a copy of my job description and reviewed my evaluation with my supervisor. It does not imply

**4. KEY ACCOUNTABILITY**

Must meet maintenance and production goals with budget and appropriate time frames. Must be flexible to address emergency situations as they arise.

**COMMENTS ON PERFORMANCE**   Maintenance and production goals continue to **RATING** 2+ be met or exceeded in all categories. Over 30,000 ties were installed (9,480 in program), 6 grade crossings renewed (2 in contract), 8 lubricators installed (4 in program) to mention a few. Once again, adverse weather conditions i.e. snow, wind and rain storms, were handled, repairs made quickly and damages minimized by close coordination and advance planning. Additional trap rock was unloaded at several key areas that were susceptible to flooding and ocean damage.

**5. KEY ACCOUNTABILITY**

Responsible for technical expertise in railroad maintenance and construction and the compliance with all related regulations.

**COMMENTS ON PERFORMANCE**   Eli has developed the Engineering staff **RATING** 2 through training by utilizing his technical proficiency and experience. His staff could be successful anywhere in the Corporation or Country primarily due to his dedication to them. All environmental issues were handled properly with several potential concerns mitigated through advance planning and following procedures — ditching and culvert job on Gloucester Branch are some examples.

**6. KEY ACCOUNTABILITY**

Comply in a timely fashion with all administrative material inventory and other managerial functions as required by the position.

**COMMENTS ON PERFORMANCE**   **RATING** 3+

All administrative functions were managed and handled properly and timely. Eli continues to be the lead mananger, coordinating activities of other departments when necessary to get the job done. This is over and above his duties as A.D.E. Track. Field time continued to be utilized to the benefit of the staff and Commuter Rail.

**7. KEY ACCOUNTABILITY**

**COMMENTS ON PERFORMANCE**   **RATING**

**8. KEY ACCOUNTABILITY**

**COMMENTS ON PERFORMANCE**   **RATING**

**(USE ADDITIONAL SHEETS AS REQUIRED)**

## SECTION C: PERSONAL DEVELOPMENT

### EMPLOYEE STRENGTHS

1. Technical skills and solid experience in track and environmental issues.
2. Team manager.
3. Reliable and dependable.
4. Good communicator with subordinates.
5. _____

### AREAS NEEDING IMPROVEMENT

1. Continue working with staff through field time.
2. Strengthen safety program with staff.
3. _____
4. _____

**PERSONAL DEVELOPMENT PLAN** (To be completed through mutual discussion and agreement between the employee an supervisor during the appraisal discussion. Supervisor is accountable for monitoring progress against this plan.)

| AREAS FOR DEVELOPMENT | ACTION STEPS | RESPONSIBILITY | TARGET DATE |
|---|---|---|---|
|  |  |  |  |

**SECTION D: SUMMARY COMMENTS** _____ Eli is a team manager that gets the job done consistently. He has developed an excellent and reliable staff. He is personally dedicated to the task at hand.

**OVERALL RATING:** The overall rating should be determined based upon all ratings received with consideration given to the importance of each accountability. (Plus (+) and minus (−) may be used with the overall number rating to further distinguish performance level).

| 2 |
|---|

**OVERALL RATING**
(1,2,3,4 or 5)

**EMPLOYEE COMMENTS** (OPTIONAL): _____

_____

SUPERVISOR: W D Fencil _____ _WDFencil_ _1/5/94_
(TYPE OR PRINT)        (SIGNATURE)        (DATE)

SECONDARY
REVIEWER: B. R. Pohlot _____ _BRPohlot_ _1-17-94_
(TYPE OR PRINT)        (SIGNATURE)        (DATE)

_____    _____
EMPLOYEE'S SIGNATURE              DATE

My signature indicates that I have a copy of my job description and reviewed my evaluation with my supervisor. It does not imply that I agree or disagree with the contents of this performance evaluation.

# Amtrak Performance Evaluation Form

*for Management Employees*

*Mistovich Aff*
*Exh. F*

*Confidential*

**Use the following sequence for completing this appraisal.**

· Formally review each employee's performance at least once a year.

· Complete all sections and send the evaluation form to the secondary reviewer for approval.

· Discuss the completed performance evaluation with the employee. Modify if necessary and clear any changes with the secondary reviewer.

· After completion of the appraisal interview, have the employee review, sign and comment in the spaces provided. *(comments are optional).* Give the employee a copy of the evaluation. Send the completed original to the appropriate Human Resources office for inclusion in the employee's personnel file.

**Refer to this accountability rating scale.**

All comments on performance must fully and completely justify the rating given. Plus (+) and minus (-) may be used with the numerical rating to further distinguish performance level. Use an "N" if employee is new or inexperienced in the job, although he/she may be progressing adequately.

| JOB CODE: | 6NC30 | | |
|---|---|---|---|
| LAST NAME | | FIRST NAME | MIDDLE INITIAL |
| Mistovich | | Eli | |
| SOCIAL SECURITY NUMBER | | HIRE DATE TO MANAGEMENT | |
| 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 | | 1/16/78 | |
| APPRAISAL PERIOD (MONTH/YEAR TO MONTH/YEAR) | | | |
| 10/1/97 to 9/30/98 | | | |

| DEPARTMENT DURING APPRAISAL PERIOD | RESCEN | FIS LOCATION | MSA LOCATION |
|---|---|---|---|
| 1K | 7060 | 1212 | |
| JOB TITLE DURING APPRAISAL PERIOD | JOB BAND | | MONTHS IN POSITION |
| ADE - Track | | | 129 |
| NEXT APPRAISAL DUE | HUMAN RESOURCES DEPARTMENT USE ONLY | | |
| 9/30/99 | | | |

| **1** | **2** | **3** | **4** | **5** |
|---|---|---|---|---|
| Employee has demonstrated distinctly superior performance and consistently exceeds expectations. | Employee has demonstrated above average performance and sometimes exceeds expectations. | Employee has demonstrated satisfactory performance and meets expectations. | Employee has shown some performance deficiencies and needs improvement in certain areas. | Employee's overall performance is unsatisfactory and does not meet minimum standards. |

**A. Core Accountabilities** All management employees must adhere to and comply with the following important values of Amtrak. These accountabilities are significant and should be evaluated independently of the accountabilities listed in Sections B and C. Each accountability should be addressed in the comments section below and must include specific, qualitative remarks. Use additional sheets if necessary.

1. Core Accountability:     **Safety:** Promotes a safe, clean environment for employees and the public and where applicable, complies with safety and operating rules.

| RATING | |
|---|---|
| 2+ | |

*Comments on performance:*

Eli has personally planned and executed the annual weed and brush spray programs resulting in no environmental complaints. Eli coordinated cleanup of oil spills at Columbia Road and Winchester Station in compliance with DEP. Track department injury ratio for this period was 2.8, the lowest in Commuter Rail with over 200 employees. He is an active participant in the Engineering Department safety committee. I think this participation is one reason for his departments success. Eli coordinates all Drug & Alcohol testing for the Track Department. He always participates in division safety Walkabouts and STOP audits. Eli needs to hold more regional quarterly safety meetings with his employees to keep the lines of communication open.

2. Core Accountability:     **Equal Employment:** Promotes equal employment policies and ensures open access to all developmental and promotional opportunities in a non-discriminatory environment.

| RATING | |
|---|---|
| 2+ | |

*Comments on performance:*

Eli conducted job interviews one or two days per week during October, November & December to fill twenty-eight vacancies. The guideline of 30% minority candidates was exceeded. Three female candidates were hired during this period. A minority candidate was hired to fill a Roadmaster vacancy.

*Customers:* They come first *Employees:* The strength of our product *Excellence:* Our commitment to safety and quality *Integrity:* The truth even when it hurts *Trains:* Our passion

NRPC 2047 (6/96)

3. Core Accountability:    **Financial Resources**  Effectively manages and utilizes Amtrak's financial resources (budgets, cost controls, etc.).

| RATING | Comments on performance: |
|---|---|
| 2 | $15 million dollar Track Dept. budget finished this period $1,626,961 under budget, despite being short-handed due to extra work projects with minimum impact on train schedules. Eli should gain a deeper understanding on budgetary issues and costs as they relate to manpower and equipment. |

## B. Key Accountabilities  All management employees should be evaluated for their performance in the following seven areas that represent important qualities of a management employee. Each accountability should be addressed in the comments section below and must include specific qualitative remarks. Use additional sheets if necessary.

1. Key Accountability:    **Customer Service:** Responds in a timely manner to both external and internal customer needs. Seizes opportunities to meet or exceed customers expectations. Responds to customers' needs with flexibility. Treats customers with courtesy and respect. Assumes personal responsibility for correcting service problems. Maintains an enthusiastic approach toward his/her job and the company.

| RATING | Comments on performance: |
|---|---|
| 2+ | Quick response at MP 29 culvert washout minimized impact on train schedules. Planned snow coverage last winter to insure train schedules, clean platforms and parking lots. Quick response at Ferry Road during heavy rain June 14th minimized impact on trains. These, in addition to last minute request from the MBTA that require immediate attention. In addition to responding to numerous request to clean up the ROW, most clean up is trash dumped by abutters, not random material. Consistently accommodates the MBTA "needs" in snow duty response. |

2. Key Accountability:    **Leadership:** Shows initiative and acts as an agent for change. Communicates Amtrak's vision, values and business goals. Encourages employee involvement and teamwork. Fosters an environment of trust and mutual respect. Facilitates and coaches effectively. Supports team through effective communication and removal of barriers. Motivates others to achieve positive results and common goals.

| RATING | Comments on performance: |
|---|---|
| 2 | All department management "go-to" Eli for advice. He has a wide area of expertise and experience. He is counted on by many departments as their tough case Charging Officer i.e. Charging Officer for C&S J. Griffiths & J. McGrath. The claim department constantly uses his skills and talents to achieve their goals. |

3. Key Accountability:    **Vision:** Understands the department's strategies and operating objectives. Promotes the integration of corporate-wide and departmental strategies and operating objectives. Influences others when developing or marketing a new concept, product or service area. Contributes to the development of business strategy. Where applicable, identifies trends and initiatives that will have an impact on the services Amtrak provides as well as to the changing needs of customers.

| RATING | Comments on performance: |
|---|---|
| 2 | Amtrak strategy to keep Commuter Rail contracts is the basis to Eli's management of the MBTA. At one time this year I was unable to arrange for compromise with the Engineering Dept. section chief. I asked Eli as department head to intervene. My faith in Eli was well founded as he was able forge an agreement I could not. Eli forecasts future needs and routinely plans vegetation programs and MW-1 qualification class one year in advance. |

4. Key Accountability:    **Development of Employees:** Motivates and assists employees to improve their performance. Recognizes and develops skills and abilities of employees. Provides effective guidance, supervision, and professional growth opportunities to employees.

| RATING | Comments on performance: |
|---|---|
| 2- | Planned coordinated, and scheduled various training for employees including MW-1 1 day and two week classes and Training Camp during the spring. Fostered an environment that allowed employees to come to him with seminar and training opportunities, in addition to suggesting training options to his employees. |

5. Key Accountability:    **Communication:** Provides clear and concise oral communication in individual and group situations. Possesses effective writing skills. Demonstrates the ability to use tact and diplomacy with others. When applicable, demonstrates the ability to negotiate by presenting reasonable arguments that support Amtrak's interests and achieves beneficial results. Commands and maintains the respect and confidence of others. Accepts constructive criticism and direction from supervisors.

| RATING | Comments on performance: |
|---|---|
| 3+ | Eli stays in communication with all members of his staff and me through his e-mail system. Regular meetings with his staff should improve performance in this area. Eli should, at times, take the opportunity to fully explain the intent of his memos and correspondence. His brevity is sometimes a detraction. |

6. Key Accountability:   **Analytical Skills:** Demonstrates a knowledge of techniques, principles, technical disciplines and procedures require for effective job performance. Shows the ability to obtain facts, evaluate them and apply good judgement to the solution of problems in order to arrive at sound conclusions. Performs assignments creatively, conscientiously and accurately, with a high degree of quality and overall effectiveness.

RATING
**2**

*Comments on performance:*
Eli's preparation with MBTA Attorney Sahovey and court testimony resulted in a successful defense of W. Daly jury trial. Eli is the best Charging Officer and is routinely consulted by other Engineering managers concerning difficult investigations. The C&S department requested Eli as Charging Officer for the Griffiths and McGrath hearings during this period.

7. Key Accountability:   **Planning and Organization:** Demonstrates the ability to plan his/her work to ensure efficient use of time. Establishes goals/priorities, meets deadlines, and performs independently with minimal or no need for follow-up.

RATING
**2+**

*Comments on performance:*
Complies daily list of work and executed in priority order to accommodate the various demands of the largest Engineering sub-department. Aggressive preventive maintenance program allows trains to operate without obstruction as verified by Amtrak's Geometry Car during August. Eli schedules vegetation program one year in advance to comply with state regulations. He plans MW-1 requalification training one year in advance to match the instructors schedule with the maintenance program. Eli schedules weekend duty coverage for both Engineering and Track staffs.

## C. Job Specific Accountabilities
All management employees have accountabilities that are specifically related to their individual jobs. Please list and define at least one (but no more than four) of the most critical job specific accountabilities. Each job specific accountability should be addressed in the comments section below and must include specific qualitative remarks. Use additional sheets if necessary.

1. Job Specific Accountability:   Emergency response to maintain service despite snow, rain, derailments, etc. On call 24 hours per day & weekend duty.

RATING
**2**

*Comments on performance:*
The Track Dept. under Eli's direction does an outstanding job maintaining train service during snowstorms working around the clock cleaning switches, platforms and parking lots for our customers. The General Manager commended his department for returning switch heaters to service at Tower A before the November 14, 1997 snow storm. Quick response to MP 29 culvert washout effected temporary repairs returning train service by 10:00 p.m. September 22, 1998. Also Eli's quick response at Ferry Road during heavy rain June 14 minimized impact on trains.

2. Job Specific Accountability:   Comply with Federal Regulations and Amtrak Engineering Standards and Procedures. Maintain track within FRA, MW-1000 & MW-1 Standards.

RATING
**2**

*Comments on performance:*
Eli department is able to maintain track speed despite deferring maintenance while working short-handed due to Tie & Rail jobs, training and extra work. This was verified by the Amtrak Geometry Car which Eli was on. There were no FRA track defects during this period. Other projects during the period include rehab. of 13 grade crossings, Rail Grinding Train, Sperry Car, rail on the NHML and Fitchburg routes. Joint elimination and installation of derails at 6 layover yards to avoid FRA mechanical violations.

3. Job Specific Accountability:   Extra Work Support in addition to maintenance responsibilities

RATING
**2**

*Comments on performance:*
During this period Eli's department performed the following extra work projects in addition to his maintenance responsibilities: Tie & rail jobs, CA/T projects including CP "Sand" switch work, North Station tracks, material yard relocation to Lynn and complete rehab. of freight tracks near FX including Prinz track derailment; relocation of North Street facilities to Castle Hill and West Cambridge, transport Old Colony CWR from Plymouth to Newburyport, Old Colony transition from construction to limited and full service including flagging defective crossings and contractor punch list items.

4. Job Specific Accountability:

RATING

*Comments on performance:*

**Personal Development**

List areas where employee shows strengths:

1) Focused leader

2) Win-win relationship with MBTA

3) Vast technical knowledge

4) Analytical ability is routinely utilized by Claims and Attorneys to defend Corporation in litigation.

5) Plans work one year in advance, then executes efficiently in priority order without supervision

List areas where employee needs improvement:

1) Computer training

2) Writing effective correspondence (outside of Amtrak class)

**Overall Rating**

The overall rating should be based upon all ratings received with consideration given to the importance of each accountability.
Plus (+) and minus (-) may be used with the overall numerical rating to further distinguish performance level.
Use an "N" if employee is new or inexperienced in the job, although he/she may be progressing adequately.

| OVERALL RATING |
| --- |
| (1,2,3,4,or 5) |
| 2 |

**EmployeeComments** (Optional)

| | TYPE OR PRINT NAME | SIGNATURE | DATE |
| --- | --- | --- | --- |
| **SUPERVISOR:** | A.J. Cloutier | | 11/17/98 |
| **SECONDARY REVIEWER:** | J.F. Flaherty | John F. Flaherty | 11/23/98 |
| **EMPLOYEE:** | Eli Mistovich | Eli Mistovich | 11/17/98 |

*My signature indicates that I have a copy of my job description and have reviewed my evaluation with
my supervisor. It does not imply that I agree or disagree with the contents of this performance evaluation.*



# Amtrak® Job Performance Form

*Mistovich Aff*
*Exh G*

## for Management Employees

*Confidential*

### Instructions

- Complete all sections of this form, being sure to include consideration of the employee's self assessment of his/her progress against goals.
- Attach the signed Functional Evaluation Form identifying goals and supervisor's Performance Index.
- Provide a numerical rating for each functional area.
- Sign and forward form to secondary reviewer.
- For additional guidance, refer to the detailed instructions provided in your management training and available in your local Human Resources office.

| LAST NAME | FIRST NAME | MIDDLE INITIAL |
|---|---|---|
| Mistovich | Eli | |

| SOCIAL SECURITY NUMBER | HIRE DATE TO MANAGEMENT | MONTHS IN POSITION |
|---|---|---|
| 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 | 1/16/1978 | 141 |

| JOB TITLE DURING APPRAISAL PERIOD |
|---|
| ADE - Track |

| DEPARTMENT DURING APPRAISAL PERIOD |
|---|
| IK |

| APPRAISAL PERIOD (MONTH/YR TO MONTH/YR) | RESCEN | FIS LOCATION | MSA LOCATION |
|---|---|---|---|
| October 1998 - September 1999 | 7060 | 1212 | |

| NEXT APPRAISAL DUE | JOB BAND | JOB CODE | HUMAN RESOURCES DEPARTMENT USE ONLY |
|---|---|---|---|
| October 2000 | D1 | 6NC30 | |

**Refer to this accountability rating scale.**
All comments on performance must fully and completely justify the rating given.

| ABOVE COMPETENT | | | COMPETENT | | BELOW COMPETENT | |
|---|---|---|---|---|---|---|
| 7 | 6 | 5 | 4 | 3 | 2 | 1 |
| Consistently exceeded expectations; achieved stretch goals. | Often exceeded expectations; partially achieved stretch goals. | Sometimes exceeded expectations; progressed toward stretch goals. | Consistently met expectations; achieved goals. | Met expectations; partially achieved goals. | Rarely met expectations. | Failed to meet expectations. |

**A. Core Functional Areas**   Our strategic business goals are dependent upon exceptional performance by all management employees in the following areas. Given the importance of diversity, all Amtrak management employees must be evaluated on the Valuing Diversity criterion, which has a preassigned weighting. Each employee is expected to receive a rating in five of the six remaining areas. Goals should have been set for the other functional areas. Note in the designated area, if the manager and employee made a joint decision to not set a goal in a particular area. These core functions should be evaluated independently of those listed in Section B. Each area should be addressed in the comment section, and must include specific remarks and examples of conduct of performance that support or justify the rating. The descriptors provided are for guidance only and should not replace goals set by the manager and employee. Use additional sheet if necessary.

**1. Core Function:**     **Valuing Diversity:**  Complies with all legal requirements as well as Amtrak's policies regarding diversity, affirmative action, equal employment opportunity and non-discrimination. Creates an environment wherein people from diverse backgrounds feel comfortable. Works cooperatively with individuals from diverse backgrounds and supports and encourages their contributions. Makes personnel and job assignment decisions in a non-discriminatory manner.

| WEIGHT | RATING |
|---|---|
| 20% | 6 |

Additional goals: [X] Yes  [ ] No  If yes, see attached functional Evaluation form.

*Comments on perfomance:*

During October, November, and December Eli conducted over 100 job interviews and subsequently hired 6 minority and 2 female candidates; 8 of 24 total candidates = 33.3% thus exceeding the 30% goal by 11%.

**2. Core Function:**     **Customer Service:**  Responds in a timely manner to both external and internal customer needs. Seizes opportunities to meet or exceed customers' expectations. Responds to customers' needs with flexibility. Treats customers with courtesy and respect. Assumes personal responsibility for correcting service problems. Maintains an enthusiastic approach toward his/her job and the company. Establishes and maintains constructive

| WEIGHT | RATING |
|---|---|
| | |

Mistovich, Eli   (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)   [October 1998 - September 1999]                                                                Page 2

| 20% | 6 |

working relationships with clients, customers and business partners.

Additional goals: [X] Yes ☐ No   If yes, see attached Functional Evaluation Form.

*Comments on performance:*

Eli planned and provided coverage to maintain train service during rain and wind storms, every snow storm last winter, Tropical storm Floyd, Southampton St. derailment, and weekend duty.

---

**3. Core Function:**   Safety:   Promotes a safe, clean environment for employees and the public and where applicable, complies with safety and operating rules.

| WEIGHT | RATING |
|--------|--------|
| 20%    | 3      |

Additional goals: [X] Yes ☐ No   If yes, see attached Functional Evaluation form.

*Comments on performance against goals:*

Track Department FRA injury ratio of 5.5 was above 3.4 goal.  However a series of safety meetings during August resulted in great improvement (zero injuries August, September, and October.) Eli coordinates all Drug Alcohol testing for Track Department.

---

**4. Core Function:**   Employee Satisfaction:   Interpersonal skills and efforts are directed to employee development and enhancement of work life.

| WEIGHT | RATING |
|--------|--------|
| 20%    | 6      |

Additional goals: [X] Yes ☐ No   If yes, see attached Functional Evaluation Form.

*Comments on performance against goals:*

Eli planned and coordinated various training for employees including MW-1 requalification for 54 in March, Training Camp 25 employees for 10 weeks March to May, AMT-2 for 200, Tamper school for 12 in March, Leadership, OA Welding, Electric Welding for 8 weeks, FRA track standards, Diversity, New Hire.

---

**5. Core Function:**   Financial Resources:   Effectively manages and utilizes Amtrak's financial resources (budgets, cost controls, etc.).

| WEIGHT | RATING |
|--------|--------|
| 20%    | 5      |

Additional goals: [X] Yes ☐ No   If yes, see attached Functional Evaluation form.

*Comments on performance against goals:*

Track Department budget ended FY99 with 0% variance on $15,495,685 budget, despite adding service to Newburyport

---

**B. Key Functional Areas**   Document here those other functional areas critical to the success of your respective department for which goals and stretch goals were set. Use additional sheets if necessary.

**1. Key Function:**   Describe according to attached Functional Evaluation Form.

| WEIGHT | RATING |
|--------|--------|
| 20%    | 6      |

*Comments on performance against goals:*

Key Function:  Maintain track within FRA, Amtrak and MBTA Standards.

Track Department is able to maintain track speed despite working short-handed due to Tie & Rail Jobs and Training. There were 36 FRA and 50 Sperry defects during this period.  15 speed restrictions were applied.

---

## Additional Comments

List areas where employee shows strengths:

Focused leader, vast technical knowledge, Analytical ability is routinely utilized by Claims and Attorneys to defend Corporation in litigation.  Plans work one year in advance and executes in priority order.

List areas where employee needs improvement:

Computer skills.

---

## Employee Comments *(Optional)*

| SUPERVISOR: | Jack Flaherty | | |
| --- | --- | --- | --- |
| | TYPE OR PRINT NAME | SIGNATURE | DATE |
| SECONDARY REVIEWER: | Al Cloutier | | |
| | TYPE OR PRINT NAME | SIGNATURE | DATE |
| EMPLOYEE: | Eli Mistovich | *Eli Mistovich* | 11/12/99 |
| | TYPE OR PRINT NAME | SIGNATURE | DATE |

My signature indicates that I have reviewed my evaluation with my supervisor.
It does not imply that I agree or disagree with the contents of this performance evaluation.

**Amtrak®**

# AMTRAK MANAGEMENT ANNUAL PERFORMANCE EVALUATION

## 1999 FUNCTIONAL EVALUATION FORM

| Eli Mistovich | ADE - Track | A. J. Cloutier |
| Name | Print Your Title | Your Print Your Supervisor's Name |

| **1** Functional Area | **2** Your Goals | **3** Your "Stretch + " Goals | **4** Your Weightings |
|---|---|---|---|
| You must choose 5 of these 6. Check (X) the box next to each one you choose. | A "3" rating for a competent manager achieving business plan | A "5" rating requires achieving results 20% beyond your goals in (2) | Minimum of 5%, maximum of 80% for any one goal. Total must = 100% |
| **[X] Safety** | Meet goal of 3.4% injury ratio. | Exceed goal by 20% = 2.7 | 20% |
| **[X] Financial** | End fiscal year within budget. | Exceed goal by 20%. | 20% |
| **[X] Customer Service** | Maintain train service during rain, wind, 10 snow storms, derailments and cover weekend duty. | Provide coverage during 12 storms. | 20% |
| **[X] Employee Satisfaction** | Conduct training at average rate of 5 employees daily. | Conduct training at average rate of 6 employees daily | 20% |
| **[X] Diversity (mandatory)** | Comply with all legal requirements, as well as Amtrak's policies regarding diversity, affirmative action, equal employment opportunity and non-discrimination. Create an environment wherein people from diverse backgrounds feel comfortable. Work cooperatively with individuals from diverse backgrounds and support and encourage their contributions. Make personnel and job assignment decisions in a non-discriminatory manner. | Positively impact diversity by ensuring an environment for employees and customers that is respectful, sensitive to and accepting of an individual's differences. Seek to recruit, hire and promote a diverse workforce. Offer developmental opportunities to subordinates from different backgrounds and experiences. Manage conflict and seek to informally resolve disputes before they escalate - encourage dialogue and communication to resolve conflict. Send the message through personal conduct that personal conduct that discrimination/inappropriate conduct will not be tolerated. | 20% |
| **[X] Other:** Maintain track within FRA, Amtrak, and MBTA Standards. | Limit number of obstructions to 20 speed restrictions, 50 FRA and 75 Sperry defects. | Limit obstructions to 16 speed restrictions, 40 FRA defects and 60 Sperry Defects. | 20% |
| *Your signature and date:* | *Your Boss's Signature and date:* | | **120%** |

# AMTRAK MANAGEMENT ANNUAL PERFORMANCE EVALUATION
## 2000 FUNCTIONAL EVALUATION FORM

| Name | Print Your Title | Print Your Supervisor's Name |
|---|---|---|
| Eli Mistovich | ADE – Track | John B. Mitchell |

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| **Functional Area**<br>You must choose 5 of these 6. Check (X) the box next to each one you choose. | **Your Goals** | **Your "Stretch + Goals"** | **Your Weightings**<br>Minimum of 5%, maximum of 80% for any one goal.<br>Total must = 100%. |
| [X] **Safety** | A "4" rating for a competent manager achieving business plan | A "7" rating requires achieving results 20% beyond your goals in (2). | 16% |
| | Meet goal of 5.0% injury ratio. | Exceed goal by 20% = 4.0%. | 16% |
| [X] **Financial** | End fiscal year 1% under budget. | End fiscal year 1.2% under budget. | 16% |
| [X] **Customer Service** | Maintain train service during 5 rain, wind, snowstorms, and derailments and cover weekend duty. | Provide coverage during 6 storms. | 16% |
| [X] **Employee Satisfaction** | Conduct training at average rate of 5 employees daily. | Conduct training at average rate of 6 employees daily. | 16% |
| [X] **Other:** Maintain track within FRA, Amtrak and MBTA Standards. | Limit number of obstructions to 25 speed restrictions, 60 FRA and 90 Sperry defects. | Limit obstructions to 20 speed restrictions, 48 FRA defects and 72 Sperry defects. | 16% |
| [X] **DIVERSITY [mandatory]** | Comply with all legal requirements, as well as Amtrak's policies regarding diversity, affirmative action, equal employment opportunity and non-discrimination. Create an environment wherein people from diverse backgrounds feel comfortable. Work cooperatively with individuals from diverse backgrounds and support and encourage their contributions. Make personnel and job assignment decisions in a non-discriminatory manner. | Positively impact diversity by ensuring an environment for employees and customers that is respectful, sensitive to and accepting of an individual's differences. Seek to recruit, hire and promote a diverse workforce. Offer developmental opportunities to subordinates from different backgrounds and experiences. Manage conflict and seek to informally resolve disputes before they escalate – encourage dialogue and communication to resolve conflict. Send the message through personal conduct that discrimination/inappropriate conduct will not be tolerated. | 20% |
| | | | **100%** |

Your signature and date: *Eli Mistovich*  1/10/00

Your Boss's Signature and date: *[signature]*  1/12/00

# Amtrak Job Performance Form

*For Management Employees*                                            *Confidential*

*Mistovich Aff. Exh. H*

### Instructions

- Complete all sections of this form, being sure to include consideration of the employee's self-assessment of his/her progress against goals.

- Provide a numerical rating for each functional area.

- Sign and forward form to secondary reviewer.

- For additional guidance, refer to the detailed instructions available in your local Human Resources Office.

| Last Name; First Name; Middle Initial | | | |
|---|---|---|---|
| **Mistovich      Eli** | | | |
| Social Security Number | | Hire Date to Management | Month in Position |
| **016448850** | | | |
| Job Title During Appraisal Period | | | |
| **Assistant Division Engineer, Track** | | | |
| Department During Appraisal Period | | | |
| **Customer Services** | | | |
| Appraisal Period (Month/Yr to Month/Yr) | Rescen | FIS location | MSA Location |
| **10/01/99   TO   09/30/00** | **7060** | | |
| Next Appraisal Due | Job Band | Job Code | Human Resources Department Use Only |
| **10/01** | **D-1** | **60441** | |

**Refer to this accountability rating scale.**
All comments on performance must fully and completely justify the rating given.

| 7 | 6 | 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|---|---|
| Consistently exceeded expectations. | Often exceeded expectations. | Sometimes exceeded expectations. | Consistently met expectations. | Sometimes met expectations. | Rarely met expectations. | Failed to meet expectations. |

## A. Functional Goals
Our strategic business goals are dependent upon exceptional performance by all management employees in the following areas. Each area should be addressed in the comment section, and must include specific remarks and examples of conduct or performance that support or justify the rating. The descriptors provided are for guidance only and should not replace goals set by the manager and employee.

**1. Functional Goal:   Financial Resources:** Effectively manages and utilizes Amtrak's financial resources (budgets, cost controls, etc.).

| Weight | Rating |
|---|---|
| 20 | 5 |

*Comments on performance against goals:*
Eli's group finished the year only slightly over budget; however they also were required to perform increased scope on the fixed price contract due to political interference from the client on the Western Route tie installation work. Further Eli correctly expended extra resources on this job due to its impact on the upcoming Amtrak Maine service. Eli has started to develop contract administration skills with his group to assure we perform only to the limits our contract.

**2. Functional Goal:     Valuing Diversity:** Takes appropriate action in support of employment diversity, supplier diversity, and affirmative action as well as the support of equal opportunity policies.

| Weight* | Rating |
|---|---|
| 20 | 6 |

*Must be at least 10%*

*Comments on performance against goals:*
Eli has supported all of the myriad training programs and has exceeded his goals in hiring minority candidates  year. Additionally Eli has provided mentoring support for one of his minority managers who has struggled with his assignments

**3. Functional Goal: Customer Service:** Responds in a timely manner to both external and internal customer needs in support of Amtrak's unconditional service guarantee.  Seizes opportunities to meet or exceed customers' expectations. Respond s to customers' needs with flexibility.  Treats customers with courtesy and respect.  Assumes personal responsibility for correcting service problems. Maintains an enthusiastic approach toward his/her job and the company.  Establishes and maintains constructive working relationships with clients, customers and business partners.

| Weight | Rating |
|--------|--------|
| 20 | 6 |

*Comments on performance against goals:*

Eli has developed a group of managers and employees who are dedicated to the success of the MBTA service. He has a rapport with the client that has fostered a collaborative rather than adversarial contract atmosphere. Eli is the driving force behind our snow removal efforts in the winter and has developed a system that provides for exceptional customer safety and service.

---

4. Functional Goal:      **Safety:** Promotes a safe, clean environment for employees and the public and where applicable, complies with safety and operating rules.  Additional goals: ☐ Yes   ☐ No   If yes, see attached Management Functional Goals.

| Weight | Rating |
|--------|--------|
| 20 | 5* |

*Comments on performance against goals:*

**\*This is a forced rating as Eli has supported his safety Liasons and their safety committees as well as Amtrak's program to produce a 3.1 ratio for FY2000. This compared with the 9.4 ratio from the previous year!!** *Eli is personally responsible for our successful compliance with MA complex weed spray regulations*

---

5. Functional Goal:      **Management:** Provides clear direction; develops appropriate plans to meet goals; builds and fosters collaboration among team; makes timely and sound decisions; motivates, coaches and develops staff.   Exhibits and develops the leadership behaviors identified as key to Amtrak's success.

| Weight | Rating |
|--------|--------|
| 20 | 6 |

*Comments on performance against goals:*

Eli expends an enormous effort in coaching his subordinates. He communicates, effectively, the needs of the service and provides support to the often fluid Amtrak managerial focus. Eli is effective in our multi-task environment, successfully juggling the Western Route Tie job with related infrastructure improvements as well as a full plate of capital improvements on the New Hampshire Route. His staff routinely works extra hours without being directed to do so. This is a clear indicator that Eli has instilled the mission parameters in his people. *Additionally one of Eli's employees was named employee of the year for achievement.*

---

**B. Job Specific Functional Goals**  Document here those other functional areas critical to the success of your respective department for which goals were set.

---

1. Functional Goal:   Describe according to attached Functional Goal Form.

| Weight | Rating |
|--------|--------|
|  |  |

*Comments on performance against goals:*

---

2. Functional Goal:   Describe according to attached Functional Goal Form.

| Weight | Rating |
|--------|--------|
|  |  |

*Comments on performance against goals:*

---

**Additional Comments** *5.60*

---

List areas where employee shows strengths:
**Eli has a thorough and all encompassing knowledge of the territory and its requirements.** *Eli performs substantial service as a carrier expert witness in legal proceedings.*

---

List areas where employee needs improvement:
**Work hard on improving inter-departmental communication/coordination.**

---

Employee Comments (Optional)

---

**Supervisor:**          J.M. Prugh

Name                          Signature                                    11/28/00
                                                                              Date

**Secondary Reviewer:**   K. Lydon

Name                          Signature                                    12-7-0
                                                                              Date

**Employee:**

Name                          Signature                                    12/7/00
                                                                              Date

*My signature indicates that I have reviewed my evaluation with my supervisor.  It does not imply that I agree or disagree with the contents of this performance evaluation.*

**Amtrak·**

NRPC 2047 (10/00) Word Template

**amazon.com**    Your
Store    Magazine Subscriptions    See All 32
Product Categories    Your Account | Cart | Wish List | H

Advanced    Browse    Top    Today's    Gift    Newspapers    Professional
Search    Subjects    Sellers    Deals    Ideas    & Trade

**Search** | Magazines |    GO    Find Gifts    A9 Web Search

**MAGAZINE INFO**

**Explore this magazine**

buying info

**editorial reviews**

**Share your thoughts**

write a review

write a So You'd Like to... guide

e-mail a friend about this item

**RATE THIS MAGAZINE**

(Sign in to rate this item.)

**Spectacular Readers**

Never misplace your reading glasses again with the hip and stylish magnetic readers from CliC.

# Bay State Banner [NEWSPAPER SUBSCRIPTION]

**Price:** $35.00 ($0.67/issue)

**Issues:** 52 issues/12 months

**Availability:** The first issue should arrive in 2-4 weeks. Here's why

---

## Editorial Reviews

***From the Publisher***
Community newspaper of greater Boston's African-American community.

---

**READY TO BUY?**

Add to Shopping Cart

**or**

Sign in to turn on 1-Click ordering.

A9.com users save **1.57%** on Amazon. Learn how.

Add to Wish List

Add to Wedding Registry

Don't have one?
We'll set one up for you.

---

Browse for **magazine subscriptions** in:

- Subjects > Professional & Trade
- Subjects > Newspapers > General Interest

---

- **I have read this magazine, and I want to review it.**
- Is there a specific product you'd like us to sell? Tell us about it.

## Suggestion Box

Your comments can help make our site better for everyone. If you've found something incorrect, broken, or frustrating on this page, let us know so that we can improve it. Please note that we are unable to respond directly to suggestions made via this form.

**If you need help with an order, please contact Customer Service.**

**Please mark as many of the following boxes that apply:**

- [ ] Product information is missing important details.
- [ ] Product information is incorrect.
- [ ] The page contains typographical errors.

*Mistorel Aff*
*Exh - I*

**ShopperReports**

### Read product information for the Bay State Banner Magazine

**Product Rating**
☆☆☆☆☆

Community newspaper of greater Boston's African-American community.

| Key Features | |
|---|---|
| Genre | **News & Politics** • |
| Type | **General** |
| **Miscellaneous** | |
| Product ID | **21463277** • |