# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

ELI MISTOVICH, Jr.
                **Plaintiff**

V.

ELIZABETH BOWDEN, STEPHEN
URBAN, STEPHEN NEVERO and
ALISON LEATON,
                **Defendants**

**CIVIL ACTION NO. 04-12340-EFH**

## AFFIDAVIT OF PLAINTIFF'S COUNSEL AUTHENTICATING SUMMARY JUDGMENT OPPOSITION MATERIALS

Frank J. Teague deposes and says as follows:

1. I am counsel of record for the Plaintiff Eli Mistovich, Jr. This affidavit is submitted for the purpose of authenticating materials in opposition to Defendants' motion for summary judgment.

2. Attached hereto as Opposition Exhibit 1 is a true and accurate copy of certain pages of the deposition of Plaintiff Eli Mistovich Jr. taken on September 22, 2005.

3. Attached hereto as Opposition Exhibit 2 is a true and accurate copy of certain pages of the deposition of Defendant Elizabeth Bowden taken on September 27, 2005.

4. Attached hereto as Opposition Exhibit 3 is a true and accurate copy of certain

pages of the deposition of Defendant Stephen Urban taken on September 14, 2005.

5.  Attached hereto as Opposition Exhibit 4 is a true and accurate copy of certain pages of the deposition of Defendant Stephen Neverro taken on September 15, 2005.

6.  Attached hereto as Opposition Exhibit 5 is a true and accurate copy of certain pages of the deposition of Alison Leaton taken on September 29, 2005.

7.  Attached hereto as Opposition Exhibit 6 are true and accurate copies of Deposition Exhibits 1,2,5,6,8,11,18-22, and 28-32 marked for identification during the above depositions.

Signed under penalties of perjury this 28th day of November, 2005.

Frank J. Teague, BBO#493780
Frank J. Teague & Associates
One Liberty Square, 4th Floor
Boston, MA  02109
(617) 350-7700

**OPPOSITION EXHIBIT 1 – Deposition of Plaintiff Eli Mistovich, Jr.**

Eli Mistovich, Jr.                                    09/22/2005

1

1                                          VOLUME: I

2                                          PAGES:  1 - 330

3                                          EXHIBITS:  11 - 27

4                    COMMONWEALTH OF MASSACHUSETTS

5     MIDDLESEX, ss.                  SUPERIOR COURT DEPARTMENT
                                      CIVIL ACTION NO. 04-3746
6
      - - - - - - - - - - - - - - - - - - - - x
7     ELI MISTOVICH, JR.,
                    Plaintiff,
8
      vs.
9
      ELIZABETH BOWDEN, STEPHEN URBAN,
10    STEPHEN NEVERO, AND ALISON LEATON,
                    Defendants.
11    - - - - - - - - - - - - - - - - - - - -x

12

13                DEPOSITION OF ELI MISTOVICH, JR.

14        Thursday, September 22, 2005, 11:30 a.m.

15            Prince, Lobel, Glovsky & Tye, LLP

16                585 Commercial Street

17            Boston, Massachusetts 02109

18

19        Reporter:  Deborah L. Maren, RPR

20                LegaLink Boston

21      320 Congress Street, Boston, MA 02210

22                (617)542-0039

23

24



Eli Mistovich, Jr.                                      09/22/2005

2

1        APPEARANCES:

2

3        FRANK J. TEAGUE & ASSOCIATES

4        By Frank J. Teague, Esq.

5        One Liberty Square, 4th Floor

6        Boston, Massachusetts 02109

7        Counsel for Plaintiff

8

9        PRINCE, LOBEL, GLOVSKY & TYE, LLP

10       By Laurie F. Rubin, Esq.

11       585 Commercial Street

12       Boston, Massachusetts 02109

13       Counsel for the Defendants

14

15       RICHARD A. DAVEY, ESQ.

16       Massachusetts Bay Commuter Railroad Company

17       89 South Street, 8th Floor

18       Boston, Massachusetts 02111

19       Counsel for MBCR

20

21

22

23

24

Eli Mistovich, Jr.                                        09/22/2005

3

1                        I N D E X

2   WITNESS              DIRECT   CROSS   REDIRECT  RECROSS

3     ELI MISTOVICH, JR.

4     By Ms. Rubin      4                    326

5     By Mr. Teague           301

6                      E X H I B I T S

7     Number              Description                Page

8     11  Document                                   206

9     12  Complaint                                  234

10     13  Effective interviewing techniques        238

11     14  Receipt                                   239

12     15  Diversity policy                         239

13     16  MBCR human resource policy               240

14    17  Code of conduct policy                    240

15    18  Position description                      247

16    19  Interview schedule                        249

17    20  List                                      251

18    21  Interview schedule                        255

19    22  List of interviews                        271

20    23  Schedule                                  272

21    24  Initial disclosure                        275

22    25  Estimate                                  296

23    26  Estimate                                  297

24    27  Estimate                                  297

23

1   documents home with you that were related to MBCR?

2           A.   No.

3           Q.   After you left MBCR, did you take any

4   records home with you relating to MBCR business?

5           A.   No.

6           Q.   After you left MBCR, did you ask anybody at

7   Mass. Bay Commuter Rail to get you any records?

8           A.   No.

9           Q.   I'd like to turn to some questions about

10  your education and training and experience.  Would you

11  begin by first telling me about your educational

12  background.

13          A.   High school?  College?  What would you

14  like?

15          Q.   When did you graduate high school?

16          A.   1970.

17          Q.   And did you get a degree from college?

18          A.   Yes.

19          Q.   What college did you go to?

20          A.   Northeastern University in Boston.

21          Q.   And what degree did you get?

22          A.   Bachelor of science with honors, civil

23  engineering.

24          Q.   And when was that?

Eli Mistovich, Jr.                                    09/22/2005

24

1         A.    1975.

2         Q.    Had you received any other degrees other

3    than those, the high school diploma and the bachelor of

4    science?

5         A.    No.

6         Q.    And what was your first job after getting

7    your bachelor of science?

8         A.    Penn Central Railroad, management trainee.

9         Q.    And how long did you work with Penn

10   Central?

11        A.    A little less than one year.

12        Q.    And then what was your next job?

13        A.    Assistant supervisor in Stamford,

14   Connecticut.

15        Q.    And was that also for Penn Central?

16        A.    By then Penn Central had become Conrail

17   Consolidated Rail Corporation.

18        Q.    And when was that that you became an

19   assistant -- was it assistant superintendent?

20        A.    Assistant supervisor.

21        Q.    Supervisor at Conrail?

22        A.    Summer of 1976.

23        Q.    And what was your next position after that?

24        A.    Assistant supervisor at Warren,

Eli Mistovich, Jr.                                    09/22/2005

25

1       Pennsylvania.

2              Q.    Again for Conrail?

3              A.    Yes.

4              Q.    And when was that?

5              A.    From the autumn of 1976 until the spring of

6       1977.

7              Q.    And what was your next job after that?

8              A.    Track supervisor at Beacon Park in Boston.

9              Q.    And is Beacon Park the name of the

10      location?

11             A.    It's the yard over in Allston, the Allston

12      section of Boston.

13             Q.    And was that still with Conrail?

14             A.    Yes.

15             Q.    And what period of time did you serve in

16      that position?

17             A.    For the remainder of 1977.

18             Q.    And what was your next position after

19      that?

20             A.    Amtrak project engineer.

21             Q.    And when did you take that position?

22             A.    In January of 1978.

23             Q.    And how long were you the Amtrak project

24      engineer?

Eli Mistovich, Jr.                                                    09/22/2005

26

1           A.    One year.

2           Q.    And then what's your next position after

3     that?

4           A.    Assistant production engineer.

5           Q.    Was that also with Amtrak?

6           A.    Yes.

7           Q.    And how long were you in that position?

8           A.    One year.

9           Q.    Through the end of '79?

10          A.    Yes.

11          Q.    And what was your next position?

12          A.    Engineer track.

13          Q.    Still with Amtrak?

14          A.    Yes.

15          Q.    And when did you serve in that position?

16          A.    1980 to 1986.

17          Q.    And what was your next position after that?

18          A.    Assistant division engineer.

19          Q.    Still with Amtrak?

20          A.    Amtrak commuter rail.

21          Q.    And when were you in that position?

22          A.    1987 to 19 -- to 2003 when MBCR assumed the

23    contract.

24          Q.    And are you currently working?

Eli Mistovich, Jr.                                    09/22/2005

                                                            28

1    positions?

2            A.    I don't remember the exact amount.

3            Q.    Do you recall approximately?

4            A.    I think that's been provided to you.  I

5    don't -- I don't remember exactly.  I'm sure you have

6    that.  We provided that to you.  I can't remember

7    exactly.  It was -- I don't know.  I'd be guessing.  I

8    can't remember.

9            Q.    How did you find out that MBCR was going to

10   be taking over the operations of the commuter rail?

11           A.    It was common knowledge.  This was

12   approximately -- approximately nine months before the

13   end of Amtrak's contract before Amtrak ended that MBCR

14   had been awarded the contract.

15           Q.    And what happened with your employment when

16   MBCR took over the commuter rail?

17           A.    Transferred to the same position.

18           Q.    And are your duties and responsibilities --

19   or were your duties and responsibilities at MBCR the

20   same as your duties and responsibilities at Amtrak?

21           A.    Yes.

22           Q.    Were there any differences?

23           A.    No.

24           Q.    Name each person who you think was

Eli Mistovich, Jr.                                    09/22/2005

53

1    talking right now about just doing an investigation

2    without dealing with the investigation that she did.

3    Just the idea of doing an investigation.  Was it

4    appropriate for Ms. Bowden to investigate the

5    allegations that Alison Leaton raised against you?

6        A.    Not for me to determine.

7        Q.    Do you have any reason to think that it was

8    inappropriate for her to look into these allegations?

9        A.    No.

10       Q.    Do you have any reason to conclude that

11   Ms. Bowden acted improperly in the manner in which she

12   investigated these allegations?

13       A.    Yes.

14       Q.    Name each way that you thought it was

15   improper.

16       A.    I thought it was, as I described earlier,

17   similar to the Spanish inquisition.  I was bought into a

18   room with three people sitting there with no prior

19   warning of what was going to be discussed so I could

20   prepare.

21            Ms. Bowden started right off, and as I

22   described earlier, took the lead and made these

23   allegations about me.  And I just thought the whole

24   thing was a Spanish inquisition, very poorly done.

Eli Mistovich, Jr.                                    09/22/2005

56

1    didn't know what to say, didn't know how to respond,

2    sitting there in a stupor under this medication.  It was

3    just bizarre.

4         Q.   So are you saying it was inappropriate for

5    her to present the allegations to you?

6         A.   In the manner it was done, yes.

7         Q.   Okay.  What was improper about the manner

8    in which she presented the allegations to you?  That's

9    what I'm trying to understand.

10        A.   To be called into a room with three people

11   sitting there, resembling the Spanish inquisition, and

12   to be accused of these alleged deeds I felt was

13   outrageous based on my 28-year plus railroad career,

14   wherein of all things I've been interviewing for 26

15   years, processing thousands of resumes, had been -- had

16   annual performance reviews done by engineering and

17   general managers, executive people, documenting that I

18   would exceed guidelines for hiring minorities and

19   females.

20             One such evaluation was signed by Kevin

21   Lydon when he was general manager of Amtrak.  I felt in

22   light of my lengthy railroad career, it was outrageous

23   to be accused of something so ridiculous.

24        Q.   So are you saying that Ms. Bowden shouldn't

60

1          A.    Very accusing, not what you would call a

2     fair, impartial tone of voice and very curt questions.

3     And the whole mannerisms and tone was very accusing and

4     left no doubt that she had already made her mind up.  So

5     it was a charade, a set-up, basically.

6          Q.    **What were the types of questions that she**

7     **asked that made you conclude that they were improper?**

8     **What were the questions that you were referring to when**

9     **you say they were improper questions?**

10         A.    She -- one -- one I recall was she was

11    asking me about -- accusing me of, in reviewing resumes,

12    that I'm excluding resumes based on where a candidate

13    lives.  I had no idea what she was talking about.

14         Q.    **Do you think it was inappropriate for her**

15    **to ask you that question?**

16         A.    I think it could have been asked in a

17    different forum.  But in the forum with her asking --

18    and the other two gentlemen there, what their roles

19    were, I don't know -- witnesses or observers, whatever.

20             To me, the deck was stacked already.

21    Somebody had made up their mind that this must have been

22    true, and let's set Eli up, for whatever reason.  I

23    don't know.

24         Q.    **Well, name each reason why you think**

Eli Mistovich, Jr.                                          09/22/2005

67

1    Q.    You indicated that because she -- because

2    Ms. Bowden said that if you couldn't answer the

3    questions they were going to conclude that you had

4    discriminated, is there anything about her telling you

5    that, apart from her tone of voice, that you think was

6    improper?

7          A.    I think it was improper to be accused of

8    something like that.  I'm sitting there in a daze,

9    unable to respond.  I thought it was incredibly

10   improper, the whole inquisition.

11   Q.    What was improper about her telling you

12   that if you couldn't answer the questions they were

13   going to have to conclude that they were true?  What was

14   improper about that?

15         A.    What was improper is Ms. Bowden came in

16   with a prearranged list of questions all scripted out.

17   I'm coming in stone cold, not a clue what's going on,

18   heavily medicated with high blood pressure -- a total

19   contrast.  It was -- it was unfair, to say the least.

20   The whole process was unfair.

21   Q.    Was there anything improper -- here's my

22   question to you on specifics.  I understand you're

23   complaining about things generally.  But I'm trying to

24   figure out for each of those things whether you thought

78

 1        Clarify me if I'm wrong.  The reasons why you think that
 2        it was inappropriate for Ms. Bowden to believe Alison
 3        Leaton instead of you was because of your long
 4        experience as an employee in the railroad industry
 5        versus Alison Leaton being on a short-term contract; is
 6        that correct?
 7                A.    Not quite.  That wasn't quite my words.
 8                Q.    Okay.
 9                A.    Again, not just that.  As I alluded to
10        earlier, over the 26 years, I've looked at thousands of
11        resumes, done thousands of interviews with Amtrak and
12        always in the presence of HR -- never had a problem, was
13        rated above average in valuing diversity, equal
14        employment opportunity, affirmative action, hiring
15        females in non-traditional roles.
16                One of the vacancies we were interviewing
17        for during this time period was a female who resigned
18        and left the railroad.  So don't -- you know, you didn't
19        quite paint an accurate picture.  You base it on the
20        entire career.  You base it on that versus Ms. Leaton --
21        it's apples and oranges when it comes to credibility.
22                Q.    But you had only worked for Mass. Bay
23        Commuter Rail for approximately nine months at this
24        time; isn't that correct?

80

1     **person who was responsible for what you say was the lack**

2     **of advance notice about the meeting on March 26th?**

3          A.    Yes.

4          **Q.   And on what basis do you make that**

5     **statement?**

6          A.    I placed -- when I first became aware -- I

7     placed a call the day before to her to inquire what the

8     nature of this meeting was going to be so I could be

9     better prepared.  As I testified earlier, as usual, you

10    never get her to respond.  You get a voice mail or an

11    answering machine.

12         **Q.   But you understood that the meeting was**

13    **going to be discussing concerns about hiring in the**

14    **track department; isn't that correct?**

15         A.    The e-mail she had sent the day previous,

16    which I got the Thursday morning, said there was going

17    to be a meeting to address concerns over hiring in the

18    track department, I think.

19         **Q.   So you understood, going to this meeting,**

20    **that you were going to be discussing concerns about**

21    **hiring in the track department; isn't that correct?**

22         A.    But nowhere near the nature of the meeting

23    as it degenerated, no.  I had no idea -- inkling what

24    was coming.  No.

81

1          Q.    That wasn't my question.  My question was:

2     When you went into the meeting, you understood that you

3     were going to be talking about concerns about hiring in

4     the track department; isn't that correct?

5          A.    That's what the e-mail said.

6          Q.    And you knew that before going into the

7     meeting?

8          A.    Yes.  I tried to get more information to

9     elaborate with Bowden.  I also -- now, I also -- I'm

10    glad you brought this up.  That same day, failing to

11    hear back from Ms. Bowden, my only other contact on this

12    matter was Alison Leaton.

13               I called Alison Leaton, asked her, What's

14    the nature of this meeting tomorrow that I'm going to

15    about some concerns?

16               Her response was, I don't know anything

17    about it.  You'll have to talk to Liz Bowden, which was

18    an absolute lie because, as the e-mails you provided

19    show, they were talking -- there was e-mails going back

20    during this time between Bowden and Leaton.

21               So Leaton, after that call, contacts --

22    sent an e-mail to Bowden saying, FYI, received a call

23    from Eli Mistovich inquiring about the meeting.  I just

24    said, I don't know anything it, refer him to you.

Eli Mistovich, Jr.                                    09/22/2005

82

1          So that was an absolute lie because she

2    obviously knew somewhat about the meeting because she

3    had been exchanging e-mails, Leaton and Bowden.

4          So Bowden knew -- she heard from Leaton

5    also that I was inquiring.  She could have made an

6    attempt, didn't try too hard, to inform me a tidbit of

7    what was coming down the pike, I believe deliberately to

8    keep me in the dark so I was totally blind sided when I

9    walked into that meeting with the three inquisitors

10   sitting there.  It was a deliberate attempt to keep me

11   in the dark so I would be unable to be prepared and

12   intelligently discuss it.

13        Q.   **Apart from this meeting on March 26th, did**

14   **you ever attend any other meetings at MBCR of any kind**

15   **where you didn't know what was going to get discussed in**

16   **the meeting before the meeting started?**

17        A.   Yes.  Occasionally there might be one or

18   two.

19        Q.   **And do you think those meetings were**

20   **improper?**

21        A.   No.  Because they were of a routine

22   fashion, and absurd, ridiculous accusations weren't

23   being made singling me out at these other meetings.  It

24   was routine business that you transact every day.

Eli Mistovich, Jr.                                      09/22/2005

84

1    Bowden deliberately did not return my phone call, did

2    not get back to me by phone or e-mail or any other way.

3        Q.    And apart from the fact that you believe

4    that it put you at a disadvantage because you weren't

5    prepared and that they were prepared, is there any other

6    reason why you think it was improper to have a meeting

7    with no advance notice or have this meeting with no

8    advantage notice?

9        A.    Yes.   A meeting that ultimately resulted in

10   my employment termination, I would think it would be

11   common courtesy to give a little hint -- to give a

12   little agenda.   It's not unusual to have an agenda

13   distributed before a meeting so that all participants

14   can prepare and intelligently have a discussion and have

15   a productive meeting.

16        But it seems in this case it was

17   deliberately kept one-sided so I had no idea what was

18   coming at me.   And they achieved their ultimate goal.

19       Q.    Is there any other reason, other than

20   reasons that you've given, why you think it was improper

21   for them to have this meeting on March 26th without

22   giving you what you considered to be advance notice?

23       A.    Could you repeat that question one more

24   time?

Eli Mistovich, Jr.                                      09/22/2005

89

1    at the time?

2           A.   At the time I was shocked and stunned.   I

3    couldn't quite figure out what the hell she was talking

4    about at first.   I didn't -- at first I didn't

5    understand what the hell she was talking about.

6           Q.   And did you at some point during the

7    meeting understand what she was talking about?

8           A.   As best I could, I tried to piece together

9    where this -- where these ridiculous allegations came

10   from.   The only contact person I had with anything

11   involved in this hiring process was Alison Leaton.   So

12   as I sat there in a daze, I tried to piece together as

13   best I could how I came to be accused by Ms. Bowden of

14   these things.

15          Q.   And you understood the specific -- at the

16   time of the meeting, you understood the specific

17   allegations that -- you understood that Ms. Leaton was

18   accusing you of screening out black applicants based on

19   where they lived; is that correct?

20          A.   At first I didn't.   At first I couldn't

21   understand what the hell she was accusing me of.

22          Q.   But during the meeting --

23          A.   As time went on and as best I could I tried

24   to piece together what the hell was going on there.

Eli Mistovich, Jr.                                    09/22/2005

90

1       Then I tried as best I could to piece together what she

2       was saying.

3              Q.   And you understood when you pieced things

4       together that you were being questioned about

5       allegations that Alison Leaton had made about your

6       hiring practices; is that correct?

7              A.   Yes.

8              Q.   And you understood at the meeting that

9       Alison Leaton was accusing you of discriminating against

10      black applicants; isn't that correct?

11             A.   As best I could put it together, no,

12      because I didn't know the applicant was black.  But

13      apparently this one particular resume, Alison Leaton and

14      possibly Ms. Bowden, they knew the applicant was black.

15      I didn't know the applicant was black.  I looked at a

16      resume.  I couldn't tell from the resume what the

17      applicant was.

18             Q.   I'm not asking you about Marvin Morgan's

19      resume.  I'm asking about what you understood they were

20      talking about with you in the meeting.  You understood

21      in the meeting that they were presenting allegations

22      from Alison Leaton that you were discriminating against

23      an applicant because of his race; isn't that correct?

24             A.   At first I didn't.  But as the meeting went

Eli Mistovich, Jr.                                    09/22/2005

91

1    -- degenerated, yes, I did understand that.

2         Q.    While you were there, you understood that

3    that was the allegation that was being made?

4         A.    Yes.

5         Q.    And you understood at the time of the

6    meeting while you were in the room that Alison Leaton

7    was making some link between race and where the person

8    lived and their name; is that correct?

9         A.    No.  At the time I couldn't quite figure

10   out and decipher what the hell I was being accused of.

11   I was so shocked and sitting there in a daze, I didn't

12   know what the hell they were saying.  I didn't know what

13   the hell they were accusing me of.  And I just couldn't

14   quite fathom why I was there and what the whole purpose

15   of this thing was.

16        Q.    But you came to understand during the

17   meeting that you were there because they were -- Alison

18   Leaton was accusing you of discriminating against black

19   applicants?

20        A.    Yes.

21        Q.    And did you tell anybody at the meeting

22   that you couldn't respond to any of the allegations

23   because you were not feeling well?

24        A.    I worked on the railroad over 28 years,

Eli Mistovich, Jr.                                    09/22/2005

92

1      never took a sick day.  I've been here no matter how I

2      felt.  That's the kind of dedication I have, which was

3      always rewarded and appreciated by prior employers till

4      this cast of characters came in MBCR.

5          Q.    So the answer to the question is?

6          A.    Repeat the question.

7          Q.    Did you ever tell anybody at the meeting

8      that you couldn't answer the questions because you

9      weren't -- respond to the accusations because you

10     weren't feeling well?

11         A.    I didn't know why -- I didn't understand

12     why I was feeling that way.  I didn't understand that

13     until almost a month later when I had a follow up with

14     my personal care physician and he changed the

15     medication.

16             And I explained what I was feeling.  And

17     apparently it was side effects.  It wasn't until early

18     April, after I was terminated.  Only then did I

19     understand side effects.  And he took me off the

20     medication and changed it.  And I was back to normal.  I

21     didn't understand what I was going through.

22             At the time of this session it was

23     approximately one week after I started the medication.

24     As far as I was concerned, it says it takes your body a

Eli Mistovich, Jr.                                    09/22/2005

93

1    while to adjust to any new medication.  I'd never been

2    on high blood pressure medication in my life.  This was

3    the first time.

4            I figured my body was adjusting.  I didn't

5    know what condition I was in at the time.  And I didn't

6    know till a month later or till the first week of April

7    after I had been on the medication for more than a

8    month.  Once I was off it, then I understood what I had

9    been experiencing.

10        Q.   You know, you need to respond to the

11   question.  Did you tell anybody at the meeting that you

12   couldn't answer the questions because you weren't

13   feeling well?

14        A.   No.  I didn't understand what my state was.

15        Q.   Okay.  So you didn't tell anybody at the

16   meeting that you couldn't answer the questions because

17   you weren't feeling well --

18        A.   No.

19        Q.   -- is that correct?  You didn't tell them?

20        A.   That's correct.

21        Q.   And what were the side effects of this

22   medication that you were experiencing on March 26th at

23   the time of the meeting?

24        A.   Mental sluggishness.  The medication acts

Eli Mistovich, Jr.                                      09/22/2005

94

1    to slow your entire metabolism, heart beat, pulse, blood

2    pressure.  It affects your mental capability, severe

3    headaches, diarrhea, gas, problems digesting anything.

4    That's the major ones.

5          Q.    And when you say mental sluggishness, what

6    did that mean?  How did that affect your ability to hear

7    what they were telling you at the meeting?

8          A.    As I described, it was almost a surreal --

9    like I was in a daze or a stupor sitting there.  And I

10   was able to do my routine day-to-day stuff and get by.

11   But I was hit with this.

12               This was not routine.  This was -- ended up

13   being career threatening.  I just -- I just couldn't

14   deal with it.  I didn't understand what the hell was

15   going on.  And I didn't have the mental capacity to -- I

16   wasn't sharp enough to respond or to intelligently have

17   a two-way discussion.

18         Q.    And so the mental sluggishness that you say

19   you were experiencing didn't affect your ability to do

20   other aspects of your job at MBCR; is that correct?

21         A.    I was doing routine stuff, the day-to-day

22   stuff.  I've been doing it for 28 years.  I can get by,

23   the routine stuff.  I have enough experience.  I could

24   get by.

Eli Mistovich, Jr.                                              09/22/2005

98

1      for your belief for other reasons,

2              A.   I believe it was a combination of the life

3      insurance, 401K.  And this meeting that she had with

4      City Councilor Chuck Turner played a huge role in this

5      series of events.  No question in my mind.

6              Q.   Now, you indicated that -- any other

7      reason?

8              A.   No.

9              Q.   You indicated that Ms. Bowden had

10     determined that you were -- she believed that you were

11     discriminating against black applicants.  Assuming that

12     she -- I understand that you question the source -- I

13     understand that you're not agreeing with her belief,

14     that you disagree with that.  But assuming that that is

15     her belief, that you were discriminating against black

16     applicants, was there something improper about her

17     terminating your employment on that basis?

18             A.   Yes.

19             Q.   What was improper about that?

20             A.   As I tried to explain at the meeting, I try

21     to select -- I didn't know whether that candidate was

22     black.  I try to select above average candidates.  I

23     judged that candidate that was the crux of this matter

24     to be a below average candidate based on the resume.

Eli Mistovich, Jr.                                    09/22/2005

99

 1    That's what I based all my decisions on.  I didn't know

 2    whether the guy was black or white or blue.

 3         Q.    Excuse me, because that's not the

 4    question.

 5              MR. TEAGUE:  Well, if he's going to answer,

 6    let him finish the answer and not interrupt him.

 7              MS. RUBIN:  I'm sorry.

 8              MR. TEAGUE:  If you want to move to strike

 9    --

10              MS. RUBIN:  I'm trying to move this

11    deposition forward, and that wasn't the question that I

12    asked.

13         Q.    I'm not asking you whether you

14    discriminated or didn't discriminate.  And I'm not

15    questioning that in this question.  My only question

16    was, Ms. Bowden was head of HR at MBCR; correct?

17         A.    Correct.

18         Q.    And, to your knowledge, she had determined

19    that you were discriminating against black applicants;

20    correct?

21         A.    Correct.

22         Q.    Was there something wrong -- again,

23    assuming based on her belief -- I understand that you

24    think her belief was wrong -- apart from that, apart

Eli Mistovich, Jr.                                    09/22/2005

108

1          A.    I explained to Mr. Urban -- it was the

2     end -- towards the end of winter.  In the wintertime, to

3     do my job, I live out of that vehicle literally some

4     nights -- work all night in the vehicle during snow

5     storms.  I had a large amount of personal effects --

6     snow gear and all kinds of personal effects -- tools,

7     equipment, snow shovels, much of it personal.

8                I asked Mr. Urban -- you know, I even said

9     to him -- I said, Steve, I'm not going to steal a

10    company vehicle with MBCR on it.  Can I drive it home,

11    empty out all gear?  I'll drive it back that night or

12    the next morning, whatever his preference was.

13                He explained, No.  So, as a result, right

14    out there in front of full view of the entire Cobble

15    Hill office, my coworkers for 18 years, union and

16    management, everybody, in full view of everybody, T

17    railroad operations, the dispatchers, my fellow

18    assistant division engineers, everybody that has a view

19    out the picture windows, I had to transfer this large

20    volume of gear from the company vehicle into this sedan,

21    which was much smaller.  I had to cram everything in.

22    It was ridiculous.  It was a circus.

23                And then, upon being transported home by

24    this limousine -- the driver was employed by Paul Revere

Eli Mistovich, Jr.                                      09/22/2005

109

1    Bus Company, another MBCR affiliate, so they made money

2    on both ends, I guess -- I had to empty this gear in my

3    driveway and front yard at my house.

4              And after the car had left, my wife came

5    home, looked at all my possessions strewn all over the

6    driveway, and asked me what happened.  Embarrassing in

7    front of my coworkers at Cobble Hill.  Embarrassing at

8    home to have my wife pull up and see all my railroad

9    gear and snow gear and paperwork -- everything, all over

10   the yard and driveway.  Humiliating to be put through

11   that.

12             Q.    And when you were escorted by Mr. Urban to

13   your office initially, were there other people who saw

14   you being escorted to your office?

15             A.    Not that I can recall.

16             Q.    And when he escorted you out to the parking

17   lot, was there anybody who observed you being escorted

18   to the parking lot?

19             A.    Yes.  There were other people coming in and

20   out.

21             Q.    Who?

22             A.    I don't remember everybody because, again,

23   my frame of mind, I was so upset and shocked at just

24   being -- losing my job --

110

1        Q.    I'm asking who you recall.

2        A.    -- and under this medication.  I think

3   Steve Hansberry, assistant chief dispatcher, came out.

4   And he had some kind of discussion with Mr. Urban.  I

5   don't remember what the nature was.  And he's the only

6   person I can recall.  I know there were others in and

7   out.  And I know there were others seen because it

8   wasn't -- as soon as I got home, the phone was ringing

9   off the hook with phone calls from various people.  So

10  people saw it right there and they knew something was

11  going on.  And --

12       Q.    Who called you when you got home?

13       A.    Oh, that's a year and a half ago.  I can't

14  remember exactly who.

15       Q.    Name anybody.

16       A.    Probably Peter Wright.

17       Q.    And did Peter Wright see you unpacking one

18  car and loading another?

19       A.    I don't think so.  But he asked me what the

20  hell happened so apparently the word had been related to

21  him.

22       Q.    Who besides Peter Wright called you?

23       A.    I had many calls the first night, and I

24  can't remember who -- who called me that first night.  I

111

1    received ultimately many calls of support from -- almost

2    unanimous from many members of MBCR commuter rail

3    management and union people.  But I can't remember who

4    I -- again, I wasn't -- I had just been terminated.  I

5    was shocked, stunned.  And I'm still under this

6    medication that I can't remember.

7         Q.   **Did anybody tell you that they had seen you**

8    **taking things out of the MBCR car and putting it in**

9    **another car?**

10        A.   They might have.  I can't remember a year

11   and a half ago the exact nature of the discussion.

12        Q.   **And do you recall anybody seeing that --**

13   **seeing you move things from one car to another?**

14        A.   Oh.  Steve Hansberry was there.  And I know

15   there were people -- there were -- in the parking lot

16   there were trucks leaving and going.  Some people --

17   many people were leaving around 4 o'clock, the end of

18   the regular work day.  Some were coming in.

19            Second shift was starting.  There was a

20   traffic of people and vehicles in and out.  But do I

21   remember?  I wasn't in the frame of mind to remember who

22   was there.  I was shocked that I had to remove all my

23   possessions from one vehicle to the next because I just

24   lost my job.

Eli Mistovich, Jr.                                        09/22/2005

112

1          Q.    So the only person that you can recall

2     seeing this was Steve Hansberry; is that correct?

3          A.    That's the only one right now, a year and a

4     half later.  That's the only person I can specifically

5     recall.

6          Q.    And you're saying that Mr. Urban concluded

7     that you had discriminated against black people -- it

8     was your belief that Mr. Urban concluded that you were

9     discriminating against black applicants?

10          A.    That's what he testified to.

11          Q.    Right.  Do you have any reason to believe

12     that he doesn't believe that?

13          A.    I have no idea.

14          Q.    So as far as you know, Mr. Urban did

15     conclude that you were discriminating against black

16     applicants?

17          A.    Apparently.

18          Q.    When did you first meet Steve Urban?

19          A.    With Amtrak.  Maybe late '70s early '80s.

20     I can't remember exactly.

21          Q.    And during the period of time before

22     that -- before you came to MBCR, did you have any

23     relationship with him outside of work?

24          A.    No.

Eli Mistovich, Jr.                                    09/22/2005

113

1        Q.    And during the period of time after you

2   became an MBCR employee, did you have any relationship

3   with him outside of work?

4        A.    No.

5        Q.    Before you became an MBCR employee in your

6   interactions with Mr. Urban, did he have any familiarity

7   with your hiring practices, to your knowledge?

8        A.    He might have.  I have no specific

9   knowledge of that.

10        Q.    And in the course of your employment after

11   you became an MBCR employee, approximately how

12   frequently did you have interactions with Mr. Urban?

13        A.    Maybe once every two weeks.

14        Q.    And on what kinds of issues?

15        A.    I'd see him at Cobble Hill on routine

16   issues.  I can't remember the exact nature of it.

17        Q.    Did you enjoy a good working relationship

18   with Mr. Urban?

19        A.    I seemed to.

20        Q.    Do you have any difficulties with Mr. Urban

21   before the March 26th meeting?

22        A.    Only once.

23        Q.    And what was that?

24        A.    Are you referring to MBCR or Amtrak?

Eli Mistovich, Jr.                                    09/22/2005

114

1       Q.    MBCR.

2       A.    No.

3       Q.    **What was the issue you had with him in the**

4   **Amtrak days?**

5       A.    This was an issue back in the early '80s.

6   Mr. Urban -- I think he was a superintendent.  He was in

7   charge of the train dispatches over on the Amtrak

8   intercity side, including South Side commuter rail,

9   which included the Dorchester branch.

10           And the dispatchers under his supervision

11  refused to give my track patrols time to perform their

12  normal track inspections to comply with FRA rules.

13           Since we were in violation, I took the

14  Dorchester branch out of service and was summoned over

15  to a meeting to discuss it.  And in no uncertain terms,

16  I looked right across the table and explained what the

17  problem was, that it was incompetent dispatching -- lazy

18  and incompetent dispatching by the dispatchers under the

19  supervision of Mr. Urban.  That was really the only

20  unusual thing that had transpired between us.

21      Q.    **And did you experience any hostility from**

22  **Mr. Urban as a result of that event that happened in the**

23  **early 1980s?**

24      A.    No.  That was long ago.

Eli Mistovich, Jr.                                    09/22/2005

115

1    Q.   While you were at Mass. Bay Commuter Rail,

2  did you have any -- strike that.

3           Again, now I'm just focusing on the period

4  of time when you were at Mass. Bay Commuter Rail.  Did

5  Mr. Urban ever say anything that was complementary to

6  you about your performance as an MBCR employee?

7    A.   Not that I can recall.

8    Q.   Did anybody ever tell you that Mr. Urban

9  said anything -- did anybody ever tell you that

10 Mr. Urban said anything that was complimentary about

11 your performance?

12   A.   Yes.

13   Q.   And what was that?

14   A.   Somebody told me that -- and I don't know

15 how they -- whether it was directly from Urban or what

16 -- that he had related that his participation in this

17 process in terminating me was the hardest thing he ever

18 had to do in the railroad -- in his railroad career.

19   Q.   And who told you that?

20   A.   It was long -- I can't remember who said

21 that.

22   Q.   And what did you understand that remark to

23 mean?

24   A.   I thought it meant that it was the hardest

Eli Mistovich, Jr.                                    09/22/2005

116

1    thing -- I thought it meant that Mr. Urban really didn't

2    believe that was the proper action, that there should

3    have been some action less than termination taken, some

4    intermediary action, that it really didn't warrant

5    terminating a 28-year railroad career.

6        Q.    Did Mr. Urban ever say anything to you that

7    was critical about your performance as an employee?

8        A.    No.

9        Q.    Did anybody ever tell you that Mr. Urban

10   said anything that was critical about your performance

11   as an MBCR employee?

12       A.    No.

13       Q.    Did Mr. Urban ever say anything to you that

14   was complimentary about your hiring practices at MBCR?

15       A.    No.

16       Q.    Did anyone ever tell you that Mr. Urban

17   said anything that was complimentary about your hiring

18   practices at MBCR?

19       A.    No.

20       Q.    Did Mr. Urban ever say anything to you that

21   was negative about your hiring practices at MBCR?

22       A.    No.

23       Q.    Did anyone ever tell you that Mr. Urban

24   said anything that was negative about your hiring

119

1    Amtrak.  And then MBCR came on the scene.

2                 Due to normal attrition, entering the

3    winter of 2003, 2004, I had 37 fewer track department

4    employees than I had two winters ago with Amtrak.  I

5    made this known through the normal chain of command at

6    our snow meetings -- with my meetings with supervisor

7    Steve Nevero.

8                 And after a month nothing happened so I

9    wrote a memo, which you have as an exhibit in front of

10   you, from Mr. Nevero's testimony.

11                As relates to Mr. Lydon, the first snow

12   storm at MBCR's tenure was December 6th and 7th of

13   2003.  It snowed most of the weekend.  And it

14   degenerated into a complete fiasco where we didn't even

15   have enough forces to go out and clean certain platforms

16   and parking lots.  And I believe the memo -- it was the

17   worst fiasco of any snowstorm since I had been on the

18   commuter rail.

19                And despite the fact that at Amtrak we had

20   handled many larger storms in routine fashion because we

21   had the proper forces, the storm was such a fiasco --

22   including there was one fatality, incidentally.  There

23   was a B&B employee, a Mr. McTague who was killed by a --

24   struck by a train.  One contributing factor was they

120

1    were working shorthanded out there because MBCR --

2    Mr. Lydon hadn't hired anybody.

3              There was a snow meeting called with the

4    MBTA the following week to discuss the previous

5    weekend's snowstorm and to ensure it didn't happen

6    again.  During the course of the three-hour meeting,

7    there was much discussion about processes.

8              After two hours of listening about

9    processes, I finally spoke up and told Anna Barry, the

10   head of railroad operations who conducted the -- who

11   called the meeting, the reason wasn't the process of

12   dealing with the snowstorm.  We had handled multiple

13   larger snowstorms with Amtrak in routine fashion because

14   we had sufficient forces.  The problem with this storm

15   is that since their arrival, MBCR had not hired anybody

16   into the engineering or the track department.  That was

17   the one and only reason for the fiasco.

18             I told the truth.  That was the true cause.

19   I was told from several different sources that in the --

20   within the following week, Mr. Lydon was overheard

21   commenting at meetings or someplace by two different

22   sources that he was not pleased with my comments that --

23   saying the truth, that the reason for the snow fiasco

24   was lack of MBCR's hiring.

Eli Mistovich, Jr.                                        09/22/2005

122

1    Kevin Lydon was not pleased with what you had said at

2    this meeting.  Who were those sources?

3         A.    That's almost two years ago.  I can't

4    remember who.

5         Q.    You don't know who said that to you?

6         A.    I remember I got it from two different

7    sources.

8         Q.    But you don't know who those people are?

9         A.    I can't remember who that was.

10        Q.    And what is your understanding about what

11   you said at this meeting that Kevin Lydon didn't like?

12        A.    He specifically objected to the fact that I

13   said I told the truth, that the true reason for the lack

14   of proper handling of that snowstorm was we just did not

15   have enough bodies to perform snow duty as we routinely

16   had for the prior 18 winters.

17             As a matter of fact, Mr. Nevero was at the

18   same meeting.  I presented Mr. Nevero -- I had a copy of

19   that memo that has been entered as an exhibit.  We were

20   37 people less.  I had previous provided Mr. Nevero --

21   as you see, there's an attachment to that letter.  It

22   wasn't on this one, but I gave him the names of the 37

23   people we had the two winters prior.

24             It was clear and simple, a hundred percent

123

1    certain the reason for the fiasco was MBCR did not hire

2    anybody and we were short bodies.  We had to decide for

3    the first time ever to clean snow from this platform and

4    not that platform.  Never had been done in 18 winters

5    with Amtrak.

6            Q.   **When you say the "fiasco" what are you**

7    **referring to?**

8            A.   The fiasco was the two-day snowstorm

9    December 6th and 7th where trains were late, station

10   platforms were not done.  They were -- had feet of snow

11   on them.  It was a complete fiasco.  One employee got

12   killed, struck by a train out at Wellesley Farm, a

13   complete fiasco.

14           Q.   **And where did this meeting take place?**

15           A.   At MBTA's 45 High Street operations center.

16           Q.   **And who there was -- who was present at**

17   **that meeting from Mass. Bay Commuter Rail?**

18           A.   There was a total of probably 20 people.

19           Q.   **Was Mr. Urban there?**

20           A.   Mr. Urban -- I can't remember if he was

21   there or not.  He probably was, but I don't specifically

22   remember.

23           Q.   **Was Mr. Nevero there?**

24           A.   Mr. Nevero was there.

Eli Mistovich, Jr.                                    09/22/2005

130

1       you were treated by Mr. Urban?

2               A.    No.

3               Q.    Did you notice any change in how you were

4       treated by Ms. Bowden?

5               A.    No.

6               Q.    Did you notice any change in how you were

7       treated by Steve Nevero?

8               A.    No.   At the meeting, Mr. Nevero tried to

9       dispute the numbers that I was giving him.  And I had to

10      allude -- I said, Steve, you know, you can spin it any

11      way that you want.  But we're 37 short of what we had

12      two winters ago.

13                    No matter how MBCR tried to spin it, we

14      have 37 less bodies this winter than we did two winters

15      ago.  Other than that, there was no other difference in

16      treatment.

17              Q.    And he was just disagreeing with you at the

18      meeting when you say no difference in treatment?

19              A.    Yes.

20              Q.    He didn't express any hostility towards you

21      after the meeting?

22              A.    No.

23              Q.    Did you notice any change in how you were

24      treated by Kevin Lydon after this meeting?

Eli Mistovich, Jr.                                    09/22/2005

152

1    said anything that was critical about your performance

2    as an MBCR employee?

3            A.    No.

4            Q.    Did Mr. Nevero ever say anything to you

5    that was complimentary about your hiring practices at

6    MBCR?

7            A.    No.

8            Q.    Did anyone ever tell you that Mr. Nevero

9    said anything that was complimentary about your hiring

10   practices at MBCR?

11           A.    No.

12           Q.    Did Mr. Nevero ever say anything to you

13   that was negative about your hiring practices at MBCR?

14           A.    No.

15           Q.    Did anyone ever tell you that Mr. Nevero

16   said anything that was negative about your hiring

17   practices at MBCR?

18           A.    No.

19           Q.    Did you regard Mr. Nevero as an

20   approachable person, somebody that you could speak to if

21   you had to?

22           A.    Yes.

23           Q.    Did you trust him?

24           A.    No.

Eli Mistovich, Jr.                                    09/22/2005

155

1        A.    Mr. Nevero doesn't lie.  He just doesn't

2   respond or doesn't take any action; therefore, he saves

3   -- he doesn't spend any of MBCR's money, increasing

4   their profits.  In every aspect of his operation, that's

5   how he conducted himself.

6        Q.    And you're not aware of any other instances

7   other than that meeting when you believe that he lied;

8   is that correct?

9        A.    There's a fine line between lying and half

10  truths and no response.  There's a fine line there.

11       Q.    Okay.  But I'm asking about lying.

12       A.    No.

13       Q.    And at that meeting, what makes you say

14  that Mr. Nevero lied as opposed to expressing his

15  belief?

16       A.    Because he was basing it on an Amtrak

17  budget.  And, again, I had had this discussion with him

18  multiple times previous to this meeting to the point

19  where rather than -- I had discussed it verbally at the

20  snow meeting in August to no avail.  I had to then, a

21  month later, in September -- I think September 25th --

22  document it with that memo that's previously been

23  entered as a memo saying how shorthanded we were and we

24  need to hire additional people.

Eli Mistovich, Jr.                                      09/22/2005

178

1    other way that you think Alison Leaton wrongfully

2    interfered with your employment relationship at MBCR?

3             A.    Yes.

4             Q.    Okay.  I want you to name each reason.

5             A.    The original incident that led to this

6    episode, we had three no-shows.  We were scheduled for a

7    day of interviews.  There were three no-shows.

8                   During this time we realized because of the

9    no-shows we'd have to consider additional candidates.  I

10   had previously sent Alison Leaton all the resumes I had

11   in my possession which I gathered from employee

12   references.  And she now showed me a stack of resumes --

13   I don't know, a dozen, 15, 25, something like that or a

14   stack of resumes -- and said, We'd better start

15   considering these because with these no-shows we are

16   going to need to set up an additional day of

17   interviews.

18                   As I was sorting through the pile looking

19   at each one, this one particular resume, as soon as I

20   was putting -- I'd examine them.  I'd put them aside.

21   And as soon I put one aside in particular, she yelled

22   across the table, You're excluding that resume because

23   with the name Marvin Morgan and being from Dorchester,

24   you think he's a minority.  That's discrimination.

186

1    this work based on my 28-year career here.  What her

2    interpretation or what her take on it was, I wouldn't

3    attempt to enter the mind of Alison Leaton.

4           Q.    Okay.  So you don't know whether she

5    believed it or not?

6           A.    I have no idea.

7           Q.    And in terms of your interactions with

8    Alison Leaton in general, when did you first meet her?

9           A.    Sometime in the late autumn early winter of

10   03.

11          Q.    And was this in connection with hiring

12   trackmen?

13          A.    Yes.

14          Q.    Do you have any relationship with her

15   outside of work?

16          A.    No.

17          Q.    And in the course of your employment,

18   approximately how many times did you have interactions

19   with Ms. Leaton?

20          A.    On the phone?  Or in person?

21          Q.    Either way.

22          A.    Days of interviews or -- I mean, how do you

23   want --

24          Q.    Approximately how many days out of your

Eli Mistovich, Jr.                                    09/22/2005

187

1    employment were you --

2        A.    Interviews in person or on the phone

3    talking?  15.

4        Q.    And this was exclusively around hiring

5    trackmen?

6        A.    Yes.

7        Q.    Do you enjoy a good working relationship

8    with Alison Leaton?

9        A.    I'd say decent.

10       Q.    Did you have any difficulties with

11   Ms. Leaton before the issues that surfaced around Marvin

12   Morgan?

13       A.    Not really.  I mean, like I said, she was a

14   bit odd.  She really went off on a tangent on this -- on

15   this presidential primary thing.  She was really, really

16   off, almost on an irrational basis on that.  But I can's

17   say there was any problems.

18       Q.    Okay.  Did Ms. Leaton ever say anything to

19   you that was complimentary about your performance as an

20   MBCR employee?

21       A.    Not that I can remember.

22       Q.    Did anyone ever tell you that Ms. Leaton

23   said anything that was complimentary about your

24   performance as an MBCR employee?

Eli Mistovich, Jr.                                           09/22/2005

190

1    **Dean thing and the Map Quest thing?**

2           A.    That and that time where, you know, I'm

3    going through two dozen resumes, and as soon as I put

4    one -- in the middle of the stack, when she was looking

5    over -- as soon I put one like that, along with the rest

6    of them, she says, You're excluding that because you

7    think being Marvin Morgan from Dorchester, you think

8    he's a minority.  That's pretty bizarre.  Do I trust a

9    person like that?  No.

10          Q.    **To your knowledge, when she made that**

11   **statement, did she believe it?**

12          A.    I don't know whether she believed it.

13   Or -- apparently -- I don't know that she believed it.

14   Apparently, I was being set up.  She knew that was a

15   minority.  I didn't know.  And as you look at that

16   resume now, you don't know if Marvin Morgan is a black

17   or an Irish guy.  You have no idea from Dorchester.

18   Kevin Lydon is from Dorchester.  I don't know if he's

19   black or white.

20                But it was just bizarre.  And it was so

21   immediate that it had to be I was being set up.  It had

22   to be.

23          Q.    **Did Alison Leaton have any reason to set**

24   **you up?**

Eli Mistovich, Jr.                                    09/22/2005

192

1         A.   It didn't help me.

2         Q.   **Okay.  I'm not sure what you mean by that.**

3    **Do you know whether it played a role --**

4         A.   I think it may have played a role in her

5    deliberations.  That's how odd and bizarre and

6    irrational --

7         Q.   **And when you say it may have played a role,**

8    **why are you saying that?  On what basis?**

9         A.   Because how else can I explain this

10   incredible scenario where she's asking me to sort

11   resumes?  And there's a stack of two dozen resumes.  And

12   no comment is made as I'm looking through these resumes

13   until I put one there, along with -- I'm putting them

14   all there

15                . As I read it -- and during this time I

16   don't think I covered -- during all this time, I'm doing

17   the best I can.  I'm reading them with one eye.  During

18   this time I'm blind in my right eye.  I think you have

19   documentation.  I had a branch retinal vein occlusion.

20   A blood vessel burst in my right eye sometime over the

21   winter.

22             So during this entire time period, I cannot

23   see anything out of my right eye but a red blotch.  The

24   left eye has always been my weakest eye.  I'm trying to

Eli Mistovich, Jr.                                         09/22/2005

193

1    do the best I can going through these resumes.  We got

2    three no-shows consecutive.

3              And as soon as I do this -- as soon as --

4    the others, nothing was said.  As soon as that one was

5    put there, she yelled, You're putting that one there

6    because with the name Marvin Morgan from Dorchester, you

7    think he's a minority.  It was absolutely bizarre how

8    she could make -- that's racist on her part to make that

9    accusation.

10             Apparently -- the only conclusion I could

11   draw is she knew it was a minority and this was a

12   set-up, a plant, whenever scenario you want to say.  She

13   had to have knowledge of that.

14        Q.   Okay.  You've already -- I mean, again, I

15   don't want you to repeat things that you've already

16   testified to.  I'm trying to explore new territory.

17             When I'm asking you -- or the question I

18   was asking you is why you thought it may have been a

19   set-up.  And you indicated that it may have been because

20   she was in favor of Kerry and you were in favor of Bush.

21   And the reason for that belief is because you think

22   otherwise it's just too incredible to have happened.  Is

23   that fair -- is that what your testimony is?

24        A.   I thought I already covered that.

Eli Mistovich, Jr.                                    09/22/2005

206

1          A.    No.   What I've already said about it.

2          Q.    **To your knowledge, did Alison Leaton tell**

3    **anyone other than Liz Bowden that Alison Leaton believed**

4    **that you were discriminating?**

5          A.    I have no idea.

6          Q.    **And do you know what role, if any, Alison**

7    **Leaton had in the termination decision?**

8          A.    She provided the fodder.   That's the extent

9    of her role.   And she lied about -- you know, I asked --

10   I inquired if she had any idea what this meeting was

11   about on March 26th, and she outright lied to me on the

12   phone that she had no knowledge and that I'd have to

13   contact Liz Bowden.

14         MS. RUBIN:   I'd like to have this marked as

15   Deposition Exhibit No. 11.

16         (Exhibit No. 11 document marked.)

17         Q.    **Going back to the March 26th meeting, did**

18   **you take any notes during or after that meeting**

19   **regarding what happened at that meeting?**

20         A.    No.   I was sitting there in a daze stunned

21   and speechless.   And I didn't know it was a forum for

22   note taking.   I didn't bring a notebook.   I tried to get

23   some hint or inkling what the meeting was about so I

24   could have a productive meeting.   But I was told

207

1    nothing, and I was blind sided.  And I didn't take any

2    notes.  I was speechless.

3            Q.    Okay.  Looking at what has been marked as

4    Deposition Exhibit 11, I would like to go through it and

5    find out which of these statements you agree occurred,

6    which of them you disagree with, which you can't recall.

7                    So I'd like to go through it.  It deals

8    with the March 26th meeting.  And I'd like to start at

9    page one.  And the second paragraph starting with,

10   Meeting held March 26th at 1:30.  In that paragraph it

11   refers to the time, the place, and the people who were

12   there.  To your knowledge, is that a correct statement

13   of the time, place, and the participants?

14           A.    Yes.

15           Q.    Moving to the next paragraph, it says,

16   Statement from E. Bowden indicating that MBCR is an

17   equal opportunity employer is indicated in the policy

18   signed by our general manager in August 2003.  The

19   reason for the meeting is a report by the recruiter,

20   Alison Leaton, that Eli Mistovich was eliminating

21   qualified applicants because of their name and their

22   home address as is indicated on their resume under the

23   assumption that they were black.

24                   Do you recall Elizabeth Bowden making a