*Frank J. Teague, Esquire*
**Frank J. Teague & Associates**
**One Liberty Square, 4th Floor**
**Boston, MA  02109**

*Telephone:  (617) 350-7700*                                                                                   *E-Mail: FJT@mlgllc.com*
*Facsimile:  (617) 350-0007*

November 28, 2005

Clerk for Civil Business
U.S. District Court for the District of Mass.
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

      Re:    Eli Mistovich, Jr. vs. Elizabeth Bowden, et als.,
             Civil Action No. 04-12340-EFH

Dear Sir/Madam:

      Enclosed for filing in the above captioned Civil Action are (1) Plaintiff's Opposition to /defendants' Motion for Summary Judgment; (2) Plaintiff's Statement of Material Facts; (3) Affidavit of Eli Mistovich, Jr. and (4) Affidavit of Plaintiff's Counsel Authenticating Summary Judgment Opposition Materials.

                                                             Very truly yours,

                                                              Frank J. Teague

Enclosures
cc:  Laurie F. Rubin, Esq.
      Eli Mistovich, Jr.