UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ELI MISTOVICH, Jr.<br>       Plaintiff<br><br>V.<br><br>ELIZABETH BOWDEN, STEPHEN URBAN, STEPHEN NEVERO and ALISON LEATON,<br>       Defendants | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 04-12340-EFH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CHANGE OF ADDRESS

TO:   THE CLERK OF THE ABOVE-NAMED COURT

Please take notice that as of April 15, 2006, we will be located at a new Boston address:

**Prince, Lobel, Glovsky & Tye LLP**
**100 Cambridge Street, Suite 2200**
**Boston, MA 02114**
**(617) 456-8000**
**(617) 456-8100 (fax)**

Respectfully submitted,

Elizabeth Bowden, Stephen Urban
and Stephen Nevero,
by their attorney:

      /s/ Laurie F. Rubin
Walter B. Prince, BBO# 406640
Laurie F. Rubin, Esq., BBO#564947
Prince, Lobel, Glovsky & Tye, LLP
585 Commercial Street
Boston, MA  02109
(617) 456-8000

CERTIFICATE OF SERVICE

    I, Laurie F. Rubin, attorney for the plaintiff in the above referenced matter, hereby certify that on the 13th day of April, 2006, I served the within document upon the plaintiff by via electronic filing to their counsel of record, Frank J. Teague, Esq., Frank J. Teague & Associates, One Liberty Square, 4th Floor, Boston, MA  02109.

                                                    s/sLaurie F. Rubin_____
                                                    Laurie F. Rubin