## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ELI MISTOVICH, Jr. | ) | |
|         **Plaintiff** | ) | |
| | ) | **CIVIL ACTION NO. 04-12340-EFH** |
| V. | ) | |
| | ) | |
| ELIZABETH BOWDEN, STEPHEN | ) | |
| URBAN, STEPHEN NEVERO and | ) | |
| ALISON LEATON, | ) | |
|         **Defendants** | ) | |
| | ) | |

## JOINT LIST OF PROPOSED EXHIBITS

Now come the parties to the above civil action and submit the following list of

trial exhibits in the anticipated order of introduction:

1.  Memorandum of September 25, 2003 to Stephen Nevero from Eli
    Mistovich    (Urban Dep. Exh. 1);

2.  Alison Leaton schedule of trackman interviews November 24th and
    25th, 2003  (Mistovich Dep. Exh. 19);

3.  Eli Mistovich list of track resumes dated January 20, 2004 (Nevero
    Dep.  Exh. 8);

4.  Revised list of track resumes February 9, 2004 (Mistovich Dep. Exh.
    20);

5.  Alison Leaton schedule of track interviews Thursday March 4th and
    Friday.  March 5th, 2004 (Mistovich Dep. Exh. 21 – first page only);

6.   Alison Leaton schedule of interviews Thursday March 11, 2004
    (Mistovich Dep. Exh. 22);

7.  Resume of Marvin F. Morgan, Jr. (Urban Dep. Exh. 2);

8.  Annual performance reviews of Plaintiff Eli Mistovich, Jr. at Amtrak
    for the years 1989, 1990. 1991, 1992, 1993, 1994, 1999 and 2000

(Exhibits A-H to Affidavit of Eli Mistovich, Jr. submitted in opposition to Summary Judgment Motion).

9. E-mails dated March 11, 2004 between Elizabeth Bowden and Alison Leaton  (Nevero Dep. Exh. 5);

10. E-mails and Attachment between Elizabeth Bowden and Alison Leaton dated March 15th and March 16th, 2004 (Bowden Dep. Exh. 29 and 30);

11. Alison Leaton e-mail to Elizabeth Bowden March 25, 2004 (Bowden Dep. Exh. 31);

12. Elizabeth Bowden e-mail to Alison Leaton March 26, 2004 (Bowden Dep. Exh. 32);

13. Bowden diary note of March 15, 2004 (Nevero Dep. Exh. 6);

14. Elizabeth Bowden interview questions to ask Eli Mistovich (Bowden Dep. Exh. 28);

15. Elizabeth Bowden interview questions to ask Eli Mistovich (Mistovich Dep. Exh. 11);

16. HR, Diversity/EEO Policies and Procedures (2 pages, dated May 1, 2003; Mistovich Dep. Exh. 16);

17. Employee Policy Acknowledgement Form, signed by Eli Mistovich on 5/8/03 (Mistovich Dep. Exh. 14);

18. HR, Personnel Requisition, Selection and Hiring (5 pages, dated July 1, 2003; Mistovich Dep. Exh. 15);

19. Effective Interviewing Techniques (Bates nos. M-0029-64; Mistovich Dep. Exh. 13);

20. Charts of Resumes Referred to Eli Mistovich by Alison Leaton (Bates Nos. M-0019-20) (first two pages of Mistovich Dep. Exh. 9).

This joint exhibit list includes exhibits proposed by plaintiff and the defendants.  All parties reserve the right to object to any of these proposed exhibits.

Respectfully submitted:

Eli Mistovich, Jr.,                          Elizabeth Bowden, Stephen Urban
by his attorney:                             and Stephen Nevero,
                                             By their attorneys:


/s/ Frank J. Teague                          /s/Laurie F. Rubin
Frank J. Teague, Esq., BBO#493780            Walter B. Prince, Esq., BBO#406640
Frank J. Teague & Associates                 Laurie F. Rubin, Esq., BBO# 564947
One Liberty Square, 4th Floor                Prince, Lobel, Glovsky & Tye, LLP
Boston, MA  02109                            100 Cambridge Street, Suite 2200
(617) 350-7700                               Boston, MA  02114
                                             (617) 456-8000


Dated:  June 12, 2006