UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ELI MISTOVICH,
     Plaintiff

v.

ELIZABETH BOWDEN, ET AL.,
     Defendants.

CIVIL ACTION NO.:
04-12340-EFH

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL

June 26, 2006

HARRINGTON, S.D.J.

 The above-entitled case, having been reported settled by the parties, is hereby dismissed.

 SO ORDERED.

          /s/ Edward F. Harrington
          EDWARD F. HARRINGTON
          United States Senior District Judge