APPENDIX B
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELI MISTOVICH, JR. )<br>    Plaintiff )<br>)<br>v. )<br>)<br>ELIZABETH BOWDEN, STEPHEN )<br>URBAN, STEPHEN NEVERO and )<br>ALISON LEATON )<br>    Defendants )<br>) | C.A. No. 04-12340-EFH |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties to the above-entitled action hereby stipulate that said action be dismissed against all named defendants (Elizabeth Bowden, Stephen Urban, Stephen Nevero, and Alison Leaton) with prejudice and without costs. All rights of appeal are hereby waived.

Respectfully submitted,

| | |
|---|---|
| Eli Mistovich, Jr.,<br>by his attorney: | Elizabeth Bowden, Stephen Urban<br>and Stephen Nevero,<br>By their attorneys: |
| _/s/ Frank J. Teague_<br>Frank J. Teague, Esq., BBO#493780<br>Frank J. Teague & Associates<br>One Liberty Square, 4th Floor<br>Boston, MA 02109<br>(617) 350-7700 | _/s/ Walter B. Prince_<br>Walter B. Prince, Esq., BBO#406640<br>Laurie F. Rubin, Esq., BBO# 564947<br>Prince, Lobel, Glovsky & Tye LLP<br>100 Cambridge Street, Suite 2200<br>Boston, MA 02114<br>(617) 456-8000 |

Dated: Sept. 11, 2006